**REMV**
Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
kbranson@littler.com

Attorney for Defendant
TELUS INTERNATIONAL (U.S.) CORP.

DISTRICT COURT
CLARK COUNTY, NEVADA

DAVID ISLAS, an Individual,

Plaintiff,

v.

TELUS INTERNATIONAL (U.S.) CORP., a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,

Defendants.

Case No.: A-24-904438-C

Dept. No. 29

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

TO THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant TELUS INTERNATIONAL (U.S.) CORP. filed a Notice of Removal of the above-referenced matter in the Office of the Clerk of the United States District Court in and for the District of Nevada. A true and correct copy of said notice and accompanying exhibits is attached hereto and incorporated herein as **Exhibit A.**

/ / /

/ / /

/ / /

PLEASE TAKE FURTHER NOTICE that the filing of said Notice of Removal, together with the filing of a copy of said notice with the Clerk of this Court, effectuates the removal of this action in accordance with 28 U.S.C. §§ 1332, 1441(a) and (b), and 1446.

Dated: December 2, 2024

LITTLER MENDELSON, P.C.

Zoe K Branson

Z. Kathryn Branson, Esq.

Attorney for Defendant
TELUS INTERNATIONAL (U.S.) CORP.

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169-5937. On December 2, 2024, I served the within document(s):

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

☒ By **Electronic Service** - pursuant to N.E.F.C.R Administrative Order: 14-2.

☐ By **United States Mail** – a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ By **Email** - by e-mailing a copy of the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Patrick W. Kang, Esq.
Kyle R. Tatum, Esq.
Paul H. Wolfram, Esq.
KANG & ASSOCIATES, PLLC
6480 W. Spring Mountain Rd, Suite 1
Las Vegas, NV 89146
Phone: 702.333.4223
Fax: 702.507.1468
pkang@acelawgroup.com
filing@acelawgroup.com

Attorneys for Plaintiff
DAVID ISLAS

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2024, at Las Vegas, Nevada.

*/s/ Maribel Rodriguez*
Maribel Rodriguez

4868-5210-3678.1 / 098858-1022