# EXHIBIT "C"

# EXHIBIT "C"

Electronically Filed
11/6/2024 2:48 PM
Steven D. Grierson
CLERK OF THE COURT

AOS
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
pkang@acelawgroup.com
filing@acelawgroup.com
P: 702.333.4223
F: 702.507.1468
*Attorneys for Plaintiff*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| DAVID ISLAS, an Individual, | Case No. : A-24-904438-C<br>Dept. No.: 29 |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE-TELUS INTERNATIONAL (U.S.) CORP** |
| TELUS INTERNATIONAL (U.S.) CORP., a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive, | |
| Defendants. | |

**AFFIDAVIT OF SERVICE-TELUS INTERNATIONAL (U.S.) CORP**
**SEE ATTACHED**

## AFFIDAVIT OF SERVICE

| Case:<br>A-24-904438-C | Court:<br>Eighth Judicial District Court | | County:<br>Clark, NV | Job:<br>12073501 |
|---|---|---|---|---|
| **Plaintiff / Petitioner:**<br>David Islas | | | **Defendant / Respondent:**<br>Telus International (U.S.) Corp. | |
| **Received by:**<br>Serve Vegas LLC | | | **For:**<br>Kang & Associates, PLLC d/b/a Ace Law Group | |
| **To be served upon:**<br>Telus International (U.S.) Corp. | | | | |

I, Richard Reese , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    KRIS OSBORN, Corporate: 112 North Curry Street, Carson City, NV 89703

**Manner of Service:**             Registered Agent, Oct 29, 2024, 10:22 am PDT

**Documents:**                     Complaint, Summons

**Additional Comments:**
1) Successful Attempt: Oct 29, 2024, 10:22 am PDT at Corporate: 112 North Curry Street, Carson City, NV 89703 received by KRIS OSBORN.
Age: 57; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Blond; Eyes: Brown;
Pursuant to NRS 14.020 Documents were served by leaving a true copy, with the person stated above, who is a person of suitable age and discretion at the most recent address of the registered agent shown on the information filed with the Secretary of State.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

_____        10/29/2024

Richard Reese                                   **Date**
PILB#1505

Serve Vegas LLC
6592 North Decatur Boulevard Unit 150-143
Las Vegas, NV 89131
702-209-2140
Nevada License 1914