1  Z. Kathryn Branson, Esq.
   Nevada Bar No. 11540
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada  89169.5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5  kbranson@littler.com

6  Attorney for Defendant
   TELUS INTERNATIONAL (U.S.) CORP.
7

8              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
9

10

11 DAVID ISLAS, an Individual,              Case No.: 2:24-cv-02230-MDC

12              Plaintiff,                  **STIPULATION AND PROPOSED ORDER
                                            TO EXTEND TIME FOR DEFENDANT TO
13     v.                                   FILE RESPONSIVE PLEADING**

14 TELUS INTERNATIONAL (U.S.)               **[FIRST REQUEST]**
   CORP., a Foreign Corporation; DOES 1
15 Through 25, inclusive; and ROE
   CORPORATIONS 1 Through 25,
16 inclusive,

17              Defendants.

18

19         Pursuant to LR IA 6-1 and LR 7-1, Plaintiff DAVID ISLAS ("Plaintiff") and Defendant

20 TELUS INTERNATIONAL (U.S.) CORP. ("Defendant") by and through their undersigned

21 counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading

22 from the current deadline of December 9, 2024, up to and including **December 17, 2024**.

23         Such extension is necessary in light of Plaintiff's counsel trial schedule and the parties'

24 ongoing good faith discussions of pursuing this matter in an alternative forum in light of the

25 existence of an arbitration agreement, which is currently being reviewed by Plaintiff's counsel.

26 / / /

27 / / /

28 / / /

1        This is the first request for an extension of time to respond to the Complaint in this Court.

2    This request is made in good faith and not for the purpose of delay.

3    Dated: December 5, 2024                                      Dated: December 5, 2024

4    Respectfully submitted,                                      Respectfully submitted,

5

6    /s/ *Paul H. Wolfram*
    PATRICK W. KANG, ESQ.                          Z. KATHRYN BRANSON, ESQ.

7    KYLE R. TATUM, ESQ.                               LITTLER MENDELSON P.C.

8    PAUL H. WOLFRAM, ESQ.
    KANG & ASSOCIATES, PLLC                         *Attorneys for Defendant*
                                              TELUS INTERNATIONAL (U.S.) CORP.

9

    *Attorney for Plaintiff*

10   DAVID ISLAS

11

12                                                          **IT IS SO ORDERED.**

13

14   _____

15   Hon. Maximiliano D. Couvillier III
    United States Magistrate Judge

16   Date: 12/9/2024

17

18

19

20

21

22

23

24

25

26

27

28   4905-6353-9715.1 / 098858-1022