Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
kbranson@littler.com

Attorney for Defendant
TELUS INTERNATIONAL (U.S.) CORP.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DAVID ISLAS, an Individual,

Plaintiff,

v.

TELUS INTERNATIONAL (U.S.) CORP., a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,

Defendants.

Case No.: 2:24-cv-02230-MDC

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 7.1-1, the undersigned, counsel of record for Defendant TELUS INTERNATIONAL (U.S.) CORP., certifies that the following have an interest in the outcome of this case:

Telus International (U.S.) Corp states that it is a non-governmental corporate party to this proceeding. Telus International (U.S.) Corp. is a publicly traded Canadian corporation.

//

//

//

//

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: December 12, 2024

LITTLER MENDELSON, P.C.

Z. Kathryn Branson, Esq.

Attorney for Defendant
TELUS INTERNATIONAL (U.S.) CORP.



LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169. On December 12, 2024, I served the within document(s):

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

☒ by serving the following parties electronically through CM/ECF.

Patrick W. Kang, Esq.
Kyle R. Tatum, Esq.
Paul H. Wolfram, Esq.
KANG & ASSOCIATES, PLLC
6480 W. Spring Mountain Rd, Suite 1
Las Vegas, NV 89146
Phone: 702.333.4223
Fax: 702.507.1468
pkang@acelawgroup.com
filing@acelawgroup.com

Attorneys for Plaintiff
DAVID ISLAS

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2024, at Las Vegas, Nevada.

*/s/ Maribel Rodriguez*
Maribel Rodriguez

4905-8448-5635.2 / 098858-1022



LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800