# EXHIBIT "C"

# EXHIBIT "C"

*Standard Documents*

| Document | Effective Date | Document Attachment | Signature Type | Signed By | Signature Date | Signature Statement |
|---|---|---|---|---|---|---|
| TIUS 2019 Team Member Handbook | 1/21/2019 | TELUS 2019 FINAL Handbook 1.22.19.pdf | Acknowledgment | David Islas (Terminated) (10072510) | 6/10/2019 15:45 | By Clicking here, You acknowledge you have reviewed the 2019 TIUS Team Member Handbook. If you would like to see any portions of the handbook please contact your direct supervisor or Human Resources. You may also request a printed copy from your direct supervisor or Human Resources |

| | | | | | |
|---|---|---|---|---|---|
| TIUS 2021 Team Member Handbook and Arbitration Agreement | 2/25/2021 | 2021 Team Member Handbook and Arbitration Agreement.pdf | Acknowledgment | David Islas (Terminated) (10072510) | 2/25/2021 15:46 | I acknowledge receipt of the Team Member handbook, and understand that my continued employment constitutes acceptance of any changes that may be made in content or application of the handbook.

By providing my electronic acceptance I acknowledge that I have been provided this handbook which contains important information on TELUS International's general policies and my responsibilities as a Team Member. I also understand I am expected to read, understand, and adhere to TELUS International policies. If I do not understand the material or have questions related to the material in the handbook, I must contact my Manager or Human Resources.

I also understand that by submitting my electronic acknowledgment that I have |

| Non-Exempt Team Member Timekeeping Attestation for WD | 8/15/2021 | Non-Exempt Team Member Timekeeping Attestation for WD 09.03.2021 (1).pdf | Acknowledgment | David Islas (Terminated) (10072510) | 8/16/2021 9:53 | I acknowledge by checking this box that I have read this letter and that I understand and will comply with the Company's timekeeping policy. I further agree that I will not work "off the clock" while working from home or on-site and that I will only work my regularly assigned hours unless otherwise authorized by my manager in writing. |

| TIUS 2022 Team Member Handbook and Arbitration Agreement | 8/31/2022 | 2022 Team Member Handbook - Final (Non-CA with Arb Agr).pdf | Acknowledgment | David Islas (Terminated) (10072510) | 9/2/2022 9:43 | I acknowledge receipt of the Team Member handbook, and understand that my continued employment constitutes acceptance of any changes that may be made in content or application of the handbook.<br><br>By providing my electronic acceptance I acknowledge that I have been provided this handbook which contains important information on TELUS International's general policies and my responsibilities as a Team Member. I also understand I am expected to read, understand, and adhere to TELUS International policies. If I do not understand the material or have questions related to the material in the handbook, I must contact my Manager or Human Resources.<br><br>By clicking accept, I also consent to signing or acknowledging TELUS |