Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
kbranson@littler.com

Attorney for Defendant
TELUS INTERNATIONAL (U.S.) CORP.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ISLAS, an Individual,<br><br>        Plaintiff,<br><br>v.<br><br>TELUS INTERNATIONAL (U.S.) CORP., a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>        Defendants. | Case No.: 2:24-cv-02230-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff DAVID ISLAS ("Plaintiff") and Defendant TELUS INTERNATIONAL (U.S.) CORP. ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of December 17, 2024, up to and including **December 24, 2024**.

Such extension is necessary in light of Plaintiff's counsel trial schedule, the parties' inability to come to a resolution concerning the existence of an arbitration agreement as of Friday, December 13, 2024, and Defendant's need to file a Motion to Compel Arbitration.

/ / /

/ / /

/ / /

1  This is the second request for an extension of time to respond to the Complaint in this
2  Court. This request is made in good faith and not for the purpose of delay.

3  Dated: December 17, 2024                                  Dated: December 17, 2024

4  Respectfully submitted,                                   Respectfully submitted,

6  /s/ *Paul H. Wolfram*
   PATRICK W. KANG, ESQ.                                     Z. KATHRYN BRANSON, ESQ.
7  KYLE R. TATUM, ESQ.                                       LITTLER MENDELSON P.C.
   PAUL H. WOLFRAM, ESQ.
8  KANG & ASSOCIATES, PLLC                                   *Attorneys for Defendant*
                                                             TELUS INTERNATIONAL (U.S.) CORP.
   *Attorney for Plaintiff*
10 DAVID ISLAS

                                                             **IT IS SO ORDERED.**

                                                             Dated: 12/19/2024

                                                             _____
                                                             Hon. Maximiliano D. Couvillier III
                                                             U.S. MAGISTRATE JUDGE