

# 2022 Team Member
# Handbook

Together we can
build great things!



This Team Member Handbook supersedes all previously issued Team Member handbooks and all previously issued Team Member handbooks are hereby revoked.

TELUS000001

## Table of Contents

| | |
|---|---|
| **About TELUS International** | **9** |
| **TELUS International Values** | **10** |
| **Community Involvement** | **10** |
| **Application of State or Federal Law** | **10** |
| **Employment-At-Will** | **11** |
| **Prohibition on Forced Labor** | **11** |
| **Equal Employment Opportunity** | **11** |
| **Our Commitment to Diversity** | **12** |
| **Pregnancy Accommodation** | **12** |
| **Accommodating Team Members with Disabilities** | **13** |
| **Religious Accommodation** | **13** |
| **Employment Eligibility** | **14** |
| **Background Investigations** | **15** |
| **Employment Verifications & Reference Checks** | **16** |
| **Employment Records** | **16** |
| **Employment Classification** | **17** |
| **General Housekeeping Guidelines** | **18** |
| Production Floor and Training Room Food Policy | 18 |
| Cleanliness | 19 |
| Workstation | 19 |
| Equipment | 19 |
| Aisles | 20 |
| Phone Calls | 20 |
| Parking | 20 |
| **Work-From-Home (WFH) Policy** | **20** |



TELUS000002

**WFH Policy Guidelines**    **21**
Length of the WFH Arrangement    21
WFH Responsibilities and Obligations    22
Equipment    22
Overtime Pay    23
Workspace and Safety    23

**Internal Job Transfers**    **24**

**Rehires**    **24**
Bridge of Service    25
Insurance Bridge of Service    25

**Open Door Policy**    **26**

**TELUS International Code of Ethics**    **26**
Ethics Training    27
Ethics Hotline    27
Make a Report    27

**Respectful Workplace Policy**    **28**

**Definitions**    **29**
Protected Characteristics    29

**Unacceptable Behavior**    **29**
Workplace Violence    30
Discrimination    30
Harassment    30
Sexual Harassment    31
Inappropriate Conduct    32
Retaliation    33

**What are Good Faith Behaviors?**    **34**

**Complaints made in Bad Faith**    **35**

**What should team members do when Unacceptable Behavior occurs?**    **35**
When unacceptable behavior occurs?    35

**Scope & Responsibilities**    **36**
Who does the Policy apply to?    36
When and where does the Policy apply?    36
What are the expectations of team members at TELUS International?    37



TELUS000003

**What are examples of Unacceptable Behaviors that would violate the Policy?**    **38**

**What are the consequences of a Policy violation?**    **39**

**What resources are available to team members?**    **39**

**Process**    **40**
    What should I do in the event of an emergency or physical violence?    40
    How will concerns or complaints of Unacceptable Behaviors be handled?    40
    Conflict of Interest    42
    Alternate Resolution Paths    42

**Training**    **42**

**Confidentiality and Privacy**    **43**

**Labor Code Compliance**    **44**

**Fraudulent Activity**    **44**

**Personal Relationships Affecting the Workplace**    **45**
    Applicable all Team Members:    46
    Applicable to leader-level Team Members and above:    47

**Confidentiality**    **47**
    Computer Software Licensing    49

**Clean Air Policy**    **51**

**Occupational Health & Safety Policy**    **51**

**Workers' Compensation Insurance**    **52**

**Workplace TELUS International Security**    **53**
    Identification Badges    53

**The Internet and Online Services**    **54**

**Social Media**    **55**
    Guidelines    55
    Be respectful    56
    Maintain confidentiality    56
    Express only your personal opinions    57
    Using social media at work    57
    Retaliation is prohibited    57
    Media contacts    57



TELUS000004

**Workplace Violence Prevention**                                              **58**

**Drug Free Workplace and Substance Abuse**                                     **59**
  Violations                                                                    60
  Workplace searches                                                            60
  Privacy                                                                       60

**Team Member Expectations**                                                    **61**

**Timekeeping Compliance**                                                      **64**
  Non-exempt Team Members                                                       64
  Start of Shift                                                                64
  Rest Periods                                                                  64
  Meal Periods                                                                  65
  End of Shift                                                                  66
  Team Member Expectations                                                      67
  Downtime                                                                      68
  Exempt Team Members                                                           68
  Pay Period/Pay Day                                                            68
  Overtime Pay and Work Schedule for non-exempt Team Members                    68

**Shift Differential**                                                          **70**

**Lactation Breaks**                                                            **70**
  Conduct at Client's Location                                                  71

**Attendance**                                                                  **71**
  Occurrences for non-exempt Team Members                                       71
  Hints for Success process for attendance                                      72

**Attendance During Training**                                                  **73**

**Dress Code**                                                                  **73**

**Device and Email Usage**                                                      **74**
  Standards for Usage                                                           75
  Bring Your Own Device Policy (BYOD)                                           76

**Outside Employment**                                                          **76**

**Benefits**                                                                    **77**

**Paid Time Off (PTO)**                                                         **77**
  Accrual Rules                                                                 77



TELUS000005

Carry over Rules ................................................................................................ 79

Holidays ............................................................................................................. 79

PTO upon Separation ........................................................................................ 81

**Leaves of Absence** .......................................................................................... **82**

Family and Medical Leave of Absence (FMLA) ................................................ 83

Eligibility ............................................................................................................ 83

Interaction between CFRA (California only) and FMLA ..................................... 83

Military Caregiver Leave .................................................................................... 84

Definitions: ......................................................................................................... 85

Notification ......................................................................................................... 87

Medical Certification .......................................................................................... 87

Intermittent Leave ............................................................................................. 87

Substitution of Paid Leave for Unpaid Leave ................................................... 87

Medical and Other Benefits ............................................................................... 88

Return from Leave ............................................................................................. 88

TELUS International Reasonable Accommodation Medical Leave of Absence ... 88

TELUS International Personal Leave of Absence .............................................. 89

Military Leave ..................................................................................................... 90

Military spouse leave (California only) ............................................................... 90

Jury Duty, Court Attendance and Witness ........................................................ 91

Victims of domestic violence, sexual assault or stalking .................................. 91

Volunteer Firefighter, Reserve Peace Officer, and Emergency Rescue Personnel leave ... 92

Pregnancy Disability Leave of Absence (California only) .................................. 92

Notice of Start and Duration of PDL ................................................................. 92

Civil Air Patrol Leave (California only) .............................................................. 95

Blood, Organ and Bone Marrow Donation Leave (Certain states) ................... 95

Paid State Mandated Insurance Benefit Programs (California) ......................... 96

Bereavement Leave ........................................................................................... 97

School Appearance and Activities Leave (applicable in certain states) ........... 98

Volunteer Emergency Responder Leave (applicable in certain states) ............. 98

**Solicitations, Distributions and Use of Bulletin Boards** ........................... **99**

**Visitors** ............................................................................................................. **100**

**Adverse Weather Conditions** ....................................................................... **100**

**Expense Policy & Guidelines** ...................................................................... **100**

**Mutual Agreement to Arbitrate Claims** ...................................................... **101**



TELUS000006

**Acknowledgement Page** — **104**

**Appendix A: Responsibilities** — **105**
TELUS International — 105
Human Resources — 105
All team members — 106



TELUS000007

## Welcome to TELUS International!

TELUS International is a high-performance, growth-oriented organization. We believe the standards of excellence we uphold at TELUS International will complement the high personal standards you demand of yourself.

It is important you know just how valued and integral you are to the TELUS International team. Your contributions are essential to our success. It is Team Members like you who will truly set us apart from the competition. The work you do and decisions you make enable our future. Your personal achievements combined with those of your fellow Team Members, set the stage for what we accomplish as a team.

At TELUS International, shared values underpin how we work. Membership on the TELUS International team is distinguished by our values that guide what we do and how we operate. At TELUS International, we:

- We passionately put our customers and communities first
- We embrace change and innovate courageously
- We grow together through spirited teamwork

I challenge you to consider what you might do to demonstrate these values. You will hear and see a lot more about the values as you spend time in the organization.

As a new member of our team, you will soon be registered for a new team member Welcome Session where you will learn more about TELUS International: our history, our culture, our brand, where we are going and how we will get there. These sessions provide a great way to network with other new Team Members. I encourage you to use this opportunity to learn about the Company and to more fully understand how the skills and knowledge you bring to your new role will contribute to the achievement of our goals.

TELUS International is an exciting place to be. Our future is bright. Our opportunities are endless. I am pleased you have chosen to join us. Congratulations and welcome to the TELUS International team.

Sincerely,

Jeffrey Puritt
President, TELUS International
Proud Member of the TELUS Team



TELUS000008

## About TELUS International

Our destination as a team is clear. We are a leading customer experience and digital services provider enabling our clients with a full range of products, services and solutions connecting clients worldwide.

We represent some of the world's largest and most disruptive brands. It's our ability to serve the needs of these "customer experience innovators" that sets us apart from the majority of business services providers. Our defining characteristic is the ability to enable innovation; to deliver the flexibility and agility required to support exponential growth and to support "proof of concept" trials to launch new products and services.

As the global arm of a multi-billion dollar Canadian telecommunications parent Company, TELUS, the TELUS International group of companies (TELUS International) provides leadership and customer service excellence – from engagement through implementation to post launch. TELUS International is a world-class provider of solutions that include customer experience, digital transformation, IT lifecycle, advisory and digital consulting, risk management, and back-office support, serving some of the world's most disruptive brands from fast-growing tech, financial services and fintech, games, travel and hospitality, and healthcare industries.

What distinguishes TELUS International from our competitors is our corporate culture. TELUS International is a great place to work and has the most engaged workforce in our industry and beyond. The diversity of the TELUS International team and their unique contributions set us apart from the competition. Our success is based as much on our future friendly® team, as the innovative client care, business and information technology solutions we offer. Our Team Members include people like you - enthusiastic, innovative, passionate and energetic. We believe that you'll find our high-performance culture personally fulfilling, professionally challenging and financially rewarding.

> **Vision:** We empower the **human experience** through digital enablement, agile and lean thinking, spirited teamwork and a caring culture that puts customers and the value of human connection first.



9

TELUS000009

Strategy – to use a mix of organic growth and strategic build/acquire initiatives, leveraging TELUS International sales channels, solution sets and functional excellence, as well as existing key marquee customers, for the development and acquisition of best-in-class solutions and cost-effective delivery models to differentiate from competitors and maximize benefits to TELUS International.

## TELUS International Values

TELUS International recognizes and embraces the importance of values in our ever-changing workplace. To be successful, TELUS International has committed to creating a culture that supports professional and personal values.

- We passionately put our customers and communities first
- We embrace change and innovate courageously
- We grow together through spirited teamwork

The TELUS International Values Statements were crafted specifically to inspire individual and group behavior that moves us into our future. They build from the solid foundation of our Basic Values (where we are today, based on the quality of our products and services), and move us into our Priority Values (where we need to be based on what our customers want us to anticipate and focus on).

## Community Involvement

At TELUS International, we are dedicated to setting a standard of excellence in good corporate citizenship. With a focus on youth and showcasing innovative technology, we look for opportunities to positively influence our communities. To ensure our support has the greatest impact possible, our community investment efforts are focused in three areas - education, health and the well-being of our environment.

## Application of State or Federal Law

If a law or statute in the state in which you live runs contrary to any provision in this Handbook, the applicable state law or statute will prevail and be applied by TELUS International.



10

## Employment-At-Will

Employment with TELUS International is on an at-will basis and either the Team Member or TELUS International may terminate the employment relationship, at any time, with or without notice, with or without cause. Nothing in this Team Member Handbook will alter the employment at-will relationship with TELUS International.

## Prohibition on Forced Labor

TELUS International will not allow forced, bonded, or indentured labor practices in our operations, and we forbid harsh or inhumane treatment including corporal punishment or the threat of corporal punishment.

## Equal Employment Opportunity

TELUS International is an equal opportunity employer and is committed to providing a work environment free of harassment, discrimination, retaliation and disrespectful or other unprofessional conduct based on sex (including pregnancy, childbirth, breastfeeding or related medical conditions), race, religion (including religious dress and grooming practices), protected hairstyles, color, gender (including gender identity, gender expression and transgender individuals who are transitioning, have transitioned, or are perceived to be transitioning to the gender with which they identify), national origin (including language use restrictions and possession of a driver's license), ancestry, physical or mental disability under the Americans with Disabilities Act, medical condition (including AIDS and HIV), genetic information, marital status, registered domestic partner status, age, sexual orientation, military and veteran status, union membership, political affiliation or any other basis protected by federal, state or local law or ordinance or regulation. TELUS International prohibits discrimination, harassment, disrespectful or unprofessional conduct based on the perception that anyone has any of those characteristics, or is associated with a person who has or is perceived as having any of those characteristics. In order to provide equal employment and advancement opportunities to all individuals, employment decisions will be based on merit, qualifications, and abilities.



TELUS000011

This policy governs all aspects of employment, including selection, job assignment, compensation, discipline, separation, and access to benefits and training. Any Team Member with questions or concerns about any type of discrimination in the workplace is encouraged to bring these issues to the attention of a leader (i.e. anyone in a supervisory role or supervises others) or a member of the Human Resources Department at TELUS International (Human Resources). Team Members can raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will not be tolerated.

## Our Commitment to Diversity

At the Company, we celebrate diversity and strive to create an environment that respects and embraces the different cultures, unique backgrounds, ideas, perspectives and experiences of our Team Members, clients, and business partners. This creates a work environment where differences are welcomed, appreciated, and valued. Therefore our Team Members are expected to strive to work collaboratively to identify opportunities that promote diversity and inclusion in our workplace, enhance the experiences of our diverse Team Member and client base and maximize the performance results of our Company.

## Pregnancy Accommodation

TELUS International complies with employment laws applicable to mothers and expectant mothers, including the Family and Medical Leave Act, Pregnancy Discrimination Act, Americans with Disabilities Act and applicable state laws.  The Company will consider reasonable accommodations for pregnancy, childbirth and medical and common conditions related to pregnancy and childbirth if requested by an employee and agreed upon by the Company.

Team Members that require accommodation(s) for pregnancy, childbirth, or medical or common conditions related to pregnancy or childbirth shall make the request to her immediate supervisor or Human Resources, which will work with them to determine any effective reasonable accommodation(s).  Reasonable accommodations may include a transfer to a temporary position if available.  An accommodation(s) may not be reasonable where it poses an undue hardship on the Company.



TELUS000012

The Team Member may be required to provide documentation from her physician to support the need for the reasonable accommodation(s).  Documentation may include the medical justification for the requested accommodation(s), a description of the reasonable accommodation(s) that is medically advisable, the date the reasonable accommodation(s) became medically advisable, and the probable duration of the reasonable accommodation(s).

TELUS International prohibits discrimination, harassment, and retaliation against applicants and Team Members for requesting and/or using accommodation(s).  If an applicant or employee experiences such prohibited conduct, they must file a complaint with the Company.

## Accommodating Team Members with Disabilities

TELUS International complies with the Americans with Disabilities Act (ADA) and applicable state and local laws in ensuring equal opportunity and employment for qualified persons with known disabilities. All employment practices, terms, and conditions of employment and privileges of employment are conducted on a non-discriminatory basis.

A Team Member needing a reasonable accommodation should inform his or her leader and Human Resources. On receipt of an accommodation request, the Company will engage in an interactive process with the Team Member to view possible reasonable accommodation options consistent with the ADA. Reasonable accommodations which do not result in an undue hardship on the operation of the Company will be considered for all Team Members with physical or mental disabilities. All employment decisions are based on the merits of the situation in accordance with applicable job criteria, not the disability of any individual.

A Team Member who has questions regarding this policy or believes that discrimination has occurred based on a disability should immediately notify Human Resources. All such inquiries will be treated as confidentially as possible without impeding the investigation process. TELUS International will not retaliate or otherwise discriminate against a Team Member or applicant who requests an accommodation in accordance with this policy.

## Religious Accommodation

TELUS International will provide reasonable accommodations for Team Members' sincerely held religious beliefs, observances and practices when a need for such accommodation is identified and reasonable accommodation is possible. A reasonable accommodation is one that eliminates the



TELUS000013

conflict between a Team Member's sincerely held religious beliefs, observances or practices and the Team Member's job requirements, without causing undue hardship to TELUS International.

TELUS International has developed an accommodation process to assist Team Members, management and Human Resources. Through this process, TELUS International establishes a system of open communication between Team Members and itself to discuss conflicts between religion and work in order to take action to provide reasonable accommodation for Team Members' needs. The intent of this process is to ensure a consistent approach when addressing religious accommodation requests.

Any Team Member who perceives a conflict between job requirements and sincerely held religious belief, observance or practice should bring the conflict and request for accommodation immediately to the attention of Human Resources to initiate the accommodation process. TELUS International asks that accommodation requests be made in writing, and in the case of schedule adjustments, as far in advance as possible but no less than two weeks notice.

TELUS International will not retaliate or otherwise discriminate against a Team Member or applicant who requests an accommodation in accordance with this policy.

## Employment Eligibility

In compliance with federal immigration laws and state regulations where applicable, TELUS International will hire only those individuals who are of the minimum age of employment and legally authorized to work in the United States. All individuals will be required to submit documented proof of their identity and employment authorization. Team Members will also be required to complete and sign under oath an immigration Form I-9 which requires Team Members to attest authorization to work in the United States and that the documents submitted are genuine.

If a Team Member is authorized to work in this country for a limited period of time, before the expiration of that period, the Team Member will be required to submit proof of their continued employment authorization and sign another Form I-9 in order to remain employed by the Company.

Providing false identification as eligibility to work in the United States is grounds for immediate dismissal. Similarly, Team Members who falsify information during the hiring process, including the employment application or I-9, will be subject to separation of employment regardless of when the falsification is discovered.



TELUS000014

Failure to provide acceptable documentation of identity, eligibility to work in the United States within 3 business days of the first day of employment may result in separation of employment. Likewise, failure to provide acceptable documentation demonstrating continued eligibility to work in the United States within 30 calendar days of the date of expiration of any work visa may result in separation of employment.

Pursuant to 8 C.F.R. Section 274a2(b)(2)(ii), the Department of Homeland Security ("DHS") is required to provide an employer with at least 3 days' notice prior to conducting an inspection of I-9 forms. It is TELUS International's policy to refuse to waive such notice. TELUS International will also refuse to permit DHS officials to review personnel records other than I-9 forms unless required to do so by an administrative subpoena or civil warrant. In addition, TELUS International will refuse to permit DHS officials to speak with Team Members during an inspection unless required to do so by a subpoena or warrant, and then only in the presence of an immigration attorney selected by the Team Member.

TELUS International will not provide voluntary consent to an immigration enforcement agent to enter nonpublic areas of a place of labor without a warrant. In addition, TELUS International will notify each current Team Member of an inspection of I-9 Employment Eligibility Verification forms or other employment records conducted by an immigration agency within 72 hours of receiving a federal notice of inspection. The notice will be posted in English, and TELUS International will provide a copy of the Notice of Inspection of I-9 Employment Eligibility Verification forms upon request. TELUS International will also provide each affected Team Member with a copy of the written immigration agency notice, a written notice of the obligations of TELUS International, and the affected Team Member within 72 hours of receiving the inspection results. TELUS International will not re-verify the employment eligibility of a current Team Member at a time or in a manner not required by specified federal law.

## Background Investigations

TELUS International requires a criminal background check for all Team Members once a conditional offer of employment has been extended by the hiring leader. Although a disqualification is possible, in accordance with federal and state laws, a previous conviction does not automatically disqualify an applicant from consideration for employment. Depending on a variety of factors (for example, the nature of the position, the nature of the conviction, age of the candidate when the illegal activity occurred, among others), the candidate may still be eligible for employment with TELUS International. If TELUS International intends to revoke a conditional offer of employment based



15

TELUS000015

upon a candidate and/or Team Member's conviction history, it will notify the candidate and/or Team Member and provide the candidate and/or Team Member at least five (5) business days to respond before TELUS International makes a final decision. The Company complies with EEOC and applicable state guidelines and will review criminal history on an individual case-by-case basis. All background checks will be conducted in accordance with the Fair Credit Reporting Act and applicable state laws. Moreover, candidates and/or Team Members may be subject to additional background requirements based on client requests.

If a candidate and/or Team Member attempts to withhold information or falsify information pertaining to criminal history, the candidate and/or Team Member will be disqualified from further employment consideration in any position with the Company due to falsification of an application.

TELUS International may also conduct criminal conviction checks on current Team Members at any time during their employment. In addition, Team Members are required to notify Human Resources immediately of any pending charge and/or criminal conviction that occurs post hire during their employment with TELUS International. The company reserves the right to undertake further background screening deemed necessary to assess suitability of further employment in accordance with law

## Employment Verifications & Reference Checks

TELUS International Human Resources will respond to all employment verifications and reference checks through WageVerify. No other persons within TELUS International are authorized to respond to employment verifications or reference requests. Verifications of employment or reference requests received by unauthorized persons should be directed to Human Resources. Responses to such inquiries will confirm only dates of employment, and position(s) held unless the Team Member has specifically consented in writing to the release of additional information permitted by law.

## Employment Records

TELUS International will retain records (digitally) from applicants and past and present Team Members in order to assess and evaluate its policies, and will conform to government standards.

TELUS International places great value on the right to privacy of our Team Members. Prior to releasing any information, TELUS International will obtain authorization from the Team Member. However, in the event TELUS International is required to provide information by law (i.e. obey a



TELUS000016

subpoena), Team Member consent is not required. Also, TELUS International can make available employment records without Team Member authorization when those records are relevant to administrative or judicial proceedings. In these situations, TELUS International will make every effort to protect the privacy of our Team Members to the greatest extent possible.

Team Members must update address and telephone number changes by making those changes in their Workday. Team Members are responsible to ensure their employment records are current. The following are changes that require an update in their Workday:

- Emergency Contacts
- Name
- Preferred Name
- Address and telephone numbers of Team Member, dependents, and spouse or former spouse (for insurance purposes)
- Number of dependents (for benefits and tax withholding purposes)
- Marital Status (for benefits and tax withholding purposes)
- Beneficiary designations for any of TELUS International benefits plans
- Voluntary EEO information (or designation that Team Member declines to report such information)

Team Members may request to view their employment file. All requests for copies of a Team Member's employment file must be submitted in writing to Human Resources and will be reviewed for consideration in accordance with applicable state and federal law.

## Employment Classification

All positions within the Company are classified as either "exempt" or "non-exempt." This designation defines which positions are eligible to receive overtime compensation, among other things, in accordance with applicable state and federal law. Exempt Team Members are those who meet certain job duties and are paid a salary regardless of the number of hours worked and  therefore not entitled to overtime pay or meal and rest periods in accordance with applicable federal and state laws. Non-exempt Team Members are those who are paid by the hour and are therefore eligible for overtime and meal and rest periods in accordance with state and federal law.



17

TELUS000017

Full-time Team Members are those who are regularly scheduled to work (typically a minimum of 30 hours per workweek) and who are not temporary Team Members.

Part-time Team Members are those who are regularly scheduled to work less than 30 hours per week and who are not temporary Team Members. Part-time Team Members receive all legally mandated benefits such as social security and workers' compensation insurance; however, part-time Team Members may not qualify for all benefits offered by the Company.

Positions are also classified as regular or temporary. Regular means holding a job of indefinite duration. Temporary means holding a job of limited duration to perform a particular project and will remain employed until that project is completed.

Employment with the Company remains at will at all times and nothing with regards to a Team Member classification alters this at will employment relationship.

## General Housekeeping Guidelines

### Production Floor and Training Room Food Policy

Food on the production floor and training rooms is allowed but must be a snack and not a full meal. Consumption of such snacks is only allowed before, after or in-between calls and not during a call.

<u>What is allowed:</u>

- Small snacks: small bags of chips, fresh fruit or vegetables in a small clear plastic snack bag
- Food or snack items provided by TELUS International or Vendor sponsored event
- Drinks: must be in a "spill proof" container. If there is an accidental spill, please report it to your leader immediately.

<u>What is not allowed:</u>

- Full meals (sandwiches included, hamburgers, slice of pizza, etc.)
- Use of utensils: fork, knife, spoon, chopsticks, etc.
- Any snack that can be considered a full meal
- Styrofoam food containers, to go containers (from food trucks/vendors)
- Tupperware or food items in a container



TELUS000018

- Liquid snack items that may spill and/or be sticky

All trash is to be properly disposed of and any particularly strong odors such as onions, garlic, tuna, etc. is to be disposed of in the receptacle in the lunch area.

Meals must be consumed in the Lunch Area (Cantinas) only or any designated area for food consumption.

Any Team Member in need of a medical accommodation for food must contact Human Resources or their immediate leader with their request.

TELUS International Management reserves the right to prohibit any items that are not within policy. Any infractions may result in discipline.

## Cleanliness

Each Team Member is responsible for cleaning up around their workstation at the end of a shift. Team Members are also responsible for cleaning up and properly disposing of trash used in the break area, restroom or other designated areas within the facility.

## Workstation

The location of a workstation on the production floor may change on a daily basis. In order to properly maintain work areas, cubicles are to be kept neutral. The following items are never to be used on workstations, as they damage the surface: adhesive tape, staples, or Velcro.

At no time is the headset cord to be stretched beyond the boundaries of a Team Member's own workstation (i.e. it may not be stretched to visit with the neighboring co-workers).

## Equipment

Equipment is provided for business purposes. It should not in any way be damaged, defaced, or written on; this applies to telephones, keyboards, stations, etc. Headsets are not to leave the station and/or Team Member to whom headsets have been assigned. Equipment should not be tampered with, moved, swapped or unplugged without prior approval from your leader or IT personnel.

The computers and copier machines have been installed to conduct Company business on behalf of our clients and personal use is prohibited.



### Aisles

Our goal is to provide and maintain a safe and clean production area. Items such as chairs or boxes are prohibited in or near aisles because they pose a safety hazard and are potential barriers to reaching emergency exits.

### Phone Calls

In accordance with PCI standards, cell phones are prohibited on the production floor unless authorized. Personal phone calls are prohibited on the production floor and are limited to meal or rest periods. Please ensure cell phones are turned off or in a silenced mode while in the locker.

### Parking

TELUS International provides parking areas for the convenience of our Team Members. Our designated parking is located in the front, back and sides of the Company premises. Handicap parking is limited to people who have the appropriate documentation from the Department of Motor Vehicles displayed on their vehicle. Violators will be towed at their own expense. Repeated violators will be addressed through the disciplinary process.

TELUS International may have designated reserved spaces for those with accommodation requests. If you are in need of an accommodated parking space, please talk to Human Resources. TELUS International is not responsible for damage to or theft of a vehicle or personal belongings in TELUS International parking areas.

If you are working at a client's location, you are required to park within the designated areas.

## Work-From-Home (WFH) Policy

TELUS International US (Company) will permit certain Team Members to WFH under appropriate circumstances and in accordance with the guidelines below. WFH allows a Team Member to work at home or in a satellite location for all or a designated portion of the regular workweek. WFH is a privilege and may be revoked at any time at management's discretion. Not all jobs are suitable for WFH and nothing in this policy alters the at-will employment relationship.

WFH can be informal, such as working from home for a short-term project or on the road during business travel, or formal, or as described in this policy and the WFH acknowledgement form, where applicable. WFH arrangements may be made for work reasons or for leave of absence



TELUS000020

accommodation reasons, or otherwise to the extent practical for the Team Member and the Company and where undue hardship does not occur. The Company will consider any information received from a Team Member's health care provider, as appropriate. All WFH arrangements are made on a case-by-case basis, focusing on the position and standing of a Team Member, the business needs of the Company and the abilities of the Team Member, to ensure productivity.

WFH is a privilege and the Company expressly reserves the right to refuse to make WFH available to a Team Member and/or to terminate a WFH arrangement at any time, in the sole discretion of management. Violation of this policy may result in discipline up to and including separation of employment.

WFH Team Members should also consult with their personal accountants, financial advisors and insurance representatives to provide guidance regarding any state tax laws which may impact a WFH Team Member.

For necessary and reasonable work from home expenses, non home office team members will be provided an allowance for the duration of time the team members are working from home. This expense allowance is in addition to pre-approved purchases of necessary, specific supplies and equipment. Employees who believe they have incurred reasonable and necessary business expenses either not accounted for in the existing expense categories or in an amount that exceeds the allowance, should submit a request for reimbursement for the extra expense and provide documentation to substantiate the need for and amount of the additional expense. The determination of whether to reimburse additional expenses will be made on a case by case basis in accordance with applicable law.

WFH in no way changes the terms and conditions of employment with the Company, which at all times remains at-will.

## WFH Policy Guidelines

### Length of the WFH Arrangement

- The Company can suggest WFH as a possible work arrangement if, in the sole discretion of management, the Team Member's job responsibilities can be performed effectively and efficiently, even in the absence of in-person leadership supervision.



TELUS000021

- The WFH arrangement may be discontinued at any time, at the sole discretion of management. Although the Company may choose to provide advance notice of such a change, there may be instances, however, where no notice is possible or practicable.

## WFH Responsibilities and Obligations

- WFH team members must comply with all Company employment policies, procedures, and guidelines contained in the Team Member handbook and as established by the Company from time-to-time, as if the WFH team member were performing work at TELUS International center of excellence or client location
- The WFH team member and either the direct leader or Human Resources will agree on the number of days of WFH allowed each week, the work schedule the WFH team member will maintain, and the manner and frequency of communication. The WFH Team Member must be accessible by phone, email, and/or hangouts during the agreed upon work schedule
- WFH Team Members are strictly expected to perform at the same level as if they were working at a TELUS International center of excellence or client location. Performance metrics will not be assessed differently simply because a WFH arrangement exists
- Certain meetings may be mandatory and may require the WFH Team Member to appear in-person at a Company location. Advance notice will be provided whenever possible
- WFH Team Members are not permitted to work from locations other than their home office in the state where they were originally hired unless agreed to by their direct leader. Any team member seeking to change their remote work location must receive prior permission which may be granted or denied in the Company's sole and absolute discretion
- WFH Team Members must immediately notify Human Resources if they relocate or take an extended trip to another city, county or state from where the Team Member was originally hired
- Team Members who relocate or take extended travel during their employment without the express written consent from TELUS International will be deemed to have voluntarily resigned from their employment

## Equipment

- Team Members are required to have a secure internet connection where employees can be reached at all times by their leaders and colleagues during working hours. Any questions regarding the expense reimbursement policy should be directed to a direct leader or Human Resources



TELUS000022

- The Company is responsible for maintaining, repairing and replacing Company-owned equipment issued to the WFH Team Member. The Company assumes no responsibility for the maintenance, repair or replacement of personally-owned equipment used for telecommuting

- Equipment issued by the Company is to be maintained in good working condition and used only for performing job responsibilities. The WFH Team Member is responsible for the safety and security of the Company's equipment, software, confidential information in accordance with the Team Member Confidentiality policy, data, and supplies at the WFH workplace. This includes maintaining data security and confidentiality to the same degree maintained by the Company. Upon request, or upon resignation or termination, the WFH team member will return any Company-owned equipment in good working order

- WFH team members must ensure that devices are locked and password protected when moving away from the working station. All passwords must be kept confidential and confidential information and Company equipment must never be left unattended at the WFH site

## Overtime Pay

- WFH Team Members who are not exempt from the overtime requirements of the Fair Labor Standards Act or comparable state laws are required to accurately record all hours worked in a manner designated by the Company in this handbook. Such Team Members are expressly prohibited from working off the clock. If a WFH Team Member works hours in excess of those specified per day and per workweek, such deviation will require advance notice to and approval from the supervisor. Failure to comply with this policy will result in discipline up to and including separation of employment

- WFH team members who are not exempt from meal and/or rest periods shall take all uninterrupted meal and/or rest periods per day for the entire duration specified on their schedule. Such team members are expressly prohibited from failing to take meal or rest periods at the designated time, at a different time (even one to two minutes later) or for less than the specified duration. Failure to comply with this policy will result in discipline up to and including separation of employment

## Workspace and Safety

- WFH Team Members shall maintain a designated workspace, in good working order and well maintained, and for maintaining telecommuting workspace in a safe manner, for employing appropriate telecommuting security measures (including, no trip hazards or fire hazards, and the fire extinguisher and smoke alarms are checked fully charged and in good working order),



TELUS000023

and for protecting Company equipment, information, confidential materials, and systems in accordance with TELUS International privacy, confidentiality, and **security policies** along with the policies described herein

- If a team member incurs a work-related injury while telecommuting, applicable workers' compensation law and rules apply. Liability for work-related injuries is limited to injuries arising out of and in the course of the telecommuting work. The telecommuter must notify their leader of the injury immediately and complete all necessary documents regarding the injury

## Internal Job Transfers

TELUS International's high performance culture rewards Team Member development by providing promotional opportunities. To be eligible for these opportunities, non-exempt Team Members must have been in their current role for a minimum of six (6) months, have no active Hint 2 or 3, and be meeting or exceeding performance requirements.  Before a transfer transaction can take place, both the receiving and current leaders must meet to acknowledge awareness of the transfer, debrief on development topics, and agree to the transfer and date of the transaction. Management reserves the right to waive the six (6) month requirement in cases where there is a business need to do so.

## Rehires

TELUS International finds value in giving qualified, former Team Members the opportunity to return to the Company. Team Members who leave are assigned a rehire eligibility status based on the circumstances surrounding their employment and separation.

Team Members who voluntarily leave the Company are requested to give as much written notice as possible although such notice is not required.

Team Members who leave in good standing, or are part of a reduction in force may be considered for rehire. Whether a former Team Member is rehired will depend upon the application, job-related qualifications, hours of availability, applicable testing and/or interview results as with any other external applicant.

Team Members may be considered ineligible for rehire for the following:

- Attendance – separations for attendance problems will be ineligible for rehire



- Performance – separations for performance deficiencies will be ineligible for rehire
- Violation of Policy and Procedure – separations due to violations of policies and procedures, other than the above, will not be considered for rehire
- No Call/No Show – separations for no call/no show (job abandonment) will be ineligible for rehire

This policy details the eligibility for rehire and does not guarantee that a Team Member will be rehired. Any exceptions to the rehire status must be approved through the Human Resources and Recruitment Departments.

## Bridge of Service

When a Team Member, with 1 year or more of continuous prior service, or is separated due to a reduction in force, leaves employment for no more than 90 calendar days, the original hire date prior to the separation may be reinstated and included in the total length of service.  While the original hire date will be reinstated, the onboarding process may need to be completed again, including criminal background checks.

Paid Time Off (PTO) paid out at separation will not be reinstated. PTO will accrue per Company policy. During a break in service, PTO will not accrue.

## Insurance Bridge of Service

If you terminate your employment and are rehired by the Company during the same calendar year and return to work for the Company within 30 days, then all of your prior benefit elections will automatically be reinstated. If you terminate your employment and are rehired by the Company after 30 days, you will be able to make new benefit elections for all benefits except for medical, which will automatically be reinstated if specific conditions are met (see Special Rehire Details for Medical Benefits below).

### Special Rehire Details for Medical Benefits

For medical benefits, you will be considered as having terminated employment and rehired as a new employee if you have a period of at least 13 consecutive weeks during which you are not credited with any hours of service. In such an event:

- If you are rehired as a full-time employee who is reasonably expected to average 30 or more hours of service per week, you will be eligible for medical benefits depending on your employee class, as  outlined in the "Eligibility" section above.



25

- If you are rehired and are not reasonably expected to average 30 or more hours of service per week, you will not be eligible for medical benefits.

If the period of your absence is less than 13 consecutive weeks during which you are not credited with any hours of service, your medical benefits will be reinstated on the first day of the month following your rehire date provided that you were eligible for and enrolled in medical benefits before your absence. If you were eligible for medical benefits prior to your absence but chose not to enroll, you will not have the opportunity to enroll upon your return.

Bridging of service may be allowed on more than one occasion, at the Company's discretion, when Team Members have been separated due to a reduction in workforce.

## Open Door Policy

The opinions, suggestions, constructive feedback, and complaints on matters affecting our Team Members are welcomed by TELUS International Management and Human Resources. Under TELUS International's open door policy, it is usually best to try to resolve any problems or questions by first talking to the immediate leader, where possible. If a Team Member is unable to go to their immediate leader (i.e. the immediate leader is the subject of the concern or unable a Team Member is uncomfortable going to their immediate leader), all Team Members may contact their next level leader, Human Resources or the Ethics hotline. Human Resources' door is always open, and Team Members may always bring issues to Human Resources' attention.

Retaliation is prohibited against any Team Member exercising their rights under this policy and applicable law.

## TELUS International Code of Ethics

TELUS International Team Members are committed to the highest standards of ethical behavior in their professional and business dealings. One of the critical elements in realizing this ambition is to ensure our individual and collective reputation is above reproach. How we work is just as important as what we do. Our goal is to demonstrate the highest level of ethics and integrity in our business dealings with all stakeholders (clients and their customers, shareholders, suppliers, colleagues and our communities). This is a corporate priority and a shared responsibility for all TELUS International Team Members. Each one of our actions and decisions affect our Company, its Team Members and its reputation.



TELUS000026

The Code of Ethics outlines the responsibilities and guidelines that describe the ethical standard expected of all Team Members. In addition, it provides a decision making process supporting the resolution of ethical issues and identifies members of the TELUS International team who are available for help and advice.

## Ethics Training

All Team Members are expected to take an Ethics Training Course on an annual basis.

## Ethics Hotline

TELUS International has selected EthicsPoint to independently administer our Ethics, Respectful Workplace and Compliance complaints and inquiries as well as whistleblower complaints. EthicsPoint provides secure, third-party reporting that allows Team Members and other stakeholders to anonymously and confidentially report any concerns using EthicsPoint website or call center.

EthicsPoint Call Center:

Available 24 hours a day, 7 days a week

Calls are initially answered in English or French

Translators are available in 100+ languages

You will be asked a series of questions designed to gather the facts of your report or inquiry.

Email is available 24 hours per day, 7 days per week at **ethics@telus.com**

## Make a Report

You may anonymously use the toll-free number below to submit a report: Call 888-265-4112 (toll free in Canada and the US) or by making a report through **www.telus.ethicspoint.com** or **ethics@telus.com**.

After you complete your report, you will be assigned a unique code called a "report key." Write down your report key and password and keep them in a safe place. After 5-6 business days, use your report key and password to check your report for feedback or questions.

Team Members will not be retaliated against for calling the ethics hotline or participating in any investigation based on an ethics hotline complaint.



27

TELUS000027

## Respectful Workplace Policy

TELUS International is committed to creating an inclusive workplace and leveraging the diversity of thought that exists within our teams with the goal of fostering a universal sense of belonging at work.

TELUS International is an equal opportunity employer and is committed to providing a work environment free of Unacceptable Behavior. TELUS International has a legal obligation to keep our team members safe, both physically and psychologically, and we embrace these obligations. Beyond our legal obligations, we hold ourselves to a high standard of behavior and commit to preventing unhealthy conflict, harassment, discrimination, retaliation, bullying, and other forms of Unacceptable  Behavior. When this conduct occurs, we aim to recognize and resolve these matters in a way that minimizes negative impact on our team members. TELUS International has a zero-tolerance policy for confirmed incidents of Workplace Violence, Discrimination, Harassment, or Retaliation in the workplace.

At TELUS International, the unwavering commitment to a positive, professional and respectful work environment is a foundational element of our culture of caring and inclusion. At TELUS International, we expect our team members to:

- Demonstrate healthy communication and value the strength of our team's diverse backgrounds and perspectives

- We listen, seek different opinions, and are respectful of others even when we don't agree with them

- Take responsibility for supporting our culture of caring and inclusion, and the well-being of our teammates

- We are mindful of what we say and do and pay attention to what's happening around us

- Take action when we observe unhealthy conflict or Unacceptable Behavior



TELUS000028

- We intervene or seek support so that concerns are addressed early, and negative impacts are minimized

## Definitions

**Protected Characteristics**

Protected Characteristics are certain protected personal characteristics that are defined by the applicable legislation for the jurisdictions in which TELUS International operates.

Protected Characteristics may include: sex (including pregnancy, childbirth, breastfeeding, or related medical conditions), sex characteristics, race, religion (including religious dress and grooming practices), protected hairstyles, color, gender (including gender identity, gender expression, and transgender individuals who are transitioning, have transitioned, or are perceived to be transitioning to the gender with which they identify), national origin (including language use restrictions and possession of a driver's license), ancestry, physical or mental disability under the Americans with Disabilities Act, medical condition (including AIDS and HIV), genetic information, marital status, registered domestic partner status, age, sexual orientation, military, and veteran status, union membership, political affiliation or any other basis protected by federal, state, provincial or local law or ordinance or regulation.

The Protected Characteristics in legislation governing TELUS International entities may differ by location. For further information, contact Human Resources.

TELUS International prohibits Unacceptable Behavior (as defined below) based on one's Protected Characteristics or the perception that anyone has any of those characteristics or is associated with a person who has or is perceived as having any of those characteristics.

## Unacceptable Behavior

Under this Policy, "Unacceptable Behavior" refers to the following types of conduct. Where there may



29

be differences, definitions in applicable legislation will prevail. It is recognized and intended that these definitions may overlap.

## Workplace Violence

Any attempted or actual conduct of a person toward a team member in the workplace that causes or can reasonably be expected to cause physical or psychological harm, injury, or illness to that team member.

## Discrimination

Discrimination means a distinction based on a Protected Characteristic, which has the effect of imposing burdens, obligations, or disadvantages on a team member, and that is not imposed on others, or which withholds or limits access to opportunities, benefits, and advantages available to other team members.

Discrimination may include behaviors, comments, or broader systemic issues related to one or more Protected Characteristics that have or could have a negative effect on individuals in the work environment, including adverse job-related consequences.

Discrimination may be lawful in circumstances of a bona fide occupational requirement in accordance with applicable law.

## Harassment

Harassment is a form of Discrimination. Any conduct, comment, display, action or gesture by a person,  including but not limited to, conduct of a sexual, racist, ethnophobic or xenophobic nature or conduct  or bullying, related to employment by TELUS International, that can reasonably be expected to cause  offence, humiliation or other physical or psychological injury or illness to a team member including,  but not limited to conduct that:



TELUS000030

- Based on or related to a Protected Characteristic of Discrimination or perceived Protected
- Characteristic of Discrimination as set out in the applicable Human Rights legislation
- Is objectionable or unwelcome, including in circumstances where the person knew or reasonably ought to have known the conduct would be unwelcome
- Violates a person's right to respect, dignity and protection of physical or psychological integrity
- Is prescribed or defined specifically in applicable legislation

By way of illustration only, and not limitation, prohibited harassment based upon such Protected Characteristics include:

- slurs, epithets, and any other offensive remarks;
- jokes, whether written, verbal, or electronic;
- threats, intimidation, and other menacing behavior;
- other verbal, graphic, or physical conduct;
- reinforcing stereotypes or racial, ethnic or gender distinctions (e.g. "those people [referring to a particular race, nationality or generation] don't do a good job");
- other conduct predicated upon one or more of the Protected Characteristics identified in this policy

Harassment may occur at or away from the workplace, and consists of repeated incidents or a single significant occurrence. Behavior need not be intentional in order to be considered harassment.

Harassment does not include any Good Faith action taken by TELUS International, relating to the management and direction of team members or the workplace.

If you have any questions about what constitutes prohibited harassing behavior, ask your leader or Human Resources.

## Sexual Harassment

Sexual Harassment is a form of Discrimination. Sexual Harassment is defined as unwelcomed sexual advances, requests for sexual favors, and conduct of a sexual nature when:



- submission to, or tolerance of, such behavior is made a condition of employment; or

- submission to, tolerance of, or rejection of such behavior is used as the basis for a decision affecting the individual; or

- such behavior unreasonably interferes with a team member's ability to perform his or her work or creates an intimidating and hostile work environment.

Any such behavior violates TELUS International policy; furthermore, it is also unlawful where the conduct is severe or pervasive.

Sexual harassment may be a single incident or a series of harassing acts. Inappropriate conduct that is sexually harassing in nature can involve individuals of the same or opposite sex, a leader and subordinate (or vice versa), co-workers, a team member, or a non-team member (third party) such as a customer, contractor, vendor, or supplier.

Sexual harassment also includes harassment based on gender (including gender identity, gender expression, and transgender individuals who are transitioning, have transitioned, or are perceived to be transitioning to the gender with which they identify), sex (including pregnancy, childbirth, breastfeeding, or related medical conditions), sex characteristics, sexual orientation (meaning one's heterosexuality, homosexuality, or bisexuality), and sex stereotyping. Sexual harassment does not need to be motivated by sexual desire to be unlawful or to violate this policy.

"Gender expression" means a person's gender-related appearance or behavior, whether or not stereotypically associated with the person's sex at birth. "Gender identity" means a person's identification as male, female, a gender different from the person's sex at birth, or transgender. "Sex stereotype" means an assumption about a person's appearance or behavior or about an individual's ability or inability to perform certain kinds of work based on a myth, social expectation, or generalization about the individual's sex.

## Inappropriate Conduct

At TELUS International, we aspire to a workplace where we do more than meet the standards



TELUS000032

required by law. While Discrimination and Harassment as defined herein are, among other things, based on Protected Characteristics set forth in the relevant human rights legislation, serious abusive or degrading conduct against any individual, or group of individuals, is not tolerated at TELUS International.

Bullying or abusive conduct is conduct in the workplace with malice, that a reasonable person would find hostile, offensive, and unrelated to TELUS International's legitimate business interest. Moreover, Inappropriate Conduct is defined broadly to mean an incident or series of incidents that do not violate applicable workplace Health and Safety or Human Rights legislation and do not meet the definition of Harassment, Discrimination, or Violence, but which create challenges in the work environment based on interactions, comments or conduct that:

- Are unwelcome or ought reasonably to be known to be unwelcome
- Are unconstructive or contrary to TELUS International values and our aspiration to create a workplace that values respect, civility, diversity, and inclusiveness
- infliction of verbal abuse, such as the use of derogatory remarks, insults, epithets, verbal or physical conduct that a reasonable person would find threatening, intimidating, or humiliating,
- gratuitous sabotage or undermining of a person's work performance.
- Are not included within Good Faith actions taken by TELUS International relating to the management and direction of team members or the workplace

## Retaliation

Retaliation means adverse employment action taken against an individual for engaging in a protected activity. Although not an exhaustive list, below are examples of conduct that could be considered to be protected activity for purposes of this policy:

- Making a complaint under this policy or cooperating in any investigation under this Policy in good faith;
- Filing an administrative complaint made in good faith with government agencies regarding workplace conditions;
- Filing a lawsuit in good faith against TELUS International;



33

TELUS000033

- Participating in in an internal investigation or an investigation conducted by an administrative agency regarding workplace conditions;
- Requesting an accommodation under applicable law;
- Requesting or taking leave under applicable law;
- Refusing to follow directions from a superior that a team member believes in good faith to violate  applicable law;

Although not an exhaustive list, below are examples of conduct that could be considered to be an adverse employment action for purposes of this policy:

- Termination from employment;
- Demotion of position;
- Reduction of work hours;
- Failure to promote or award salary increases;
- Disciplinary actions;
- Poor performance evaluations

## What are Good Faith Behaviors?

Good Faith Behaviors are reasonable actions carried out for a legitimate business purpose. Even if they are unpleasant or uncomfortable for a team member, they do not violate the Policy. The following Good Faith Behaviors are examples of appropriate and acceptable work-related conduct that do not fall within the definition of Unacceptable Behavior:

- Respectfully debating an idea or decision, such as:
  - Disagreements or differences of opinion, when handled professionally and without resulting in Unacceptable Behavior

Management and direction of team members when handled respectfully, such as:
- Assigning or reassigning tasks, even when they are difficult, new, or unexpected



TELUS000034

- Providing feedback or conducting a performance review, including critical feedback shared constructively

- Conducting an investigative meeting to explore facts and explanations for possible misconduct

- Discussing absenteeism or concerns with attendance at work

- Making a change in a team member's work environment or work location  Any action taken by TELUS International as a result of a violation of this Policy

## Complaints made in Bad Faith

A complaint made in bad faith is a one that alleges conduct under this policy, which is found to be knowingly false, trivial, frivolous, or vexatious. These complaints diminish the trust and value of the resolution process. Confirmed incidents of Discrimination or Harassment, breaches of confidentiality, Retaliation, or deliberately making false claims may result in discipline up to and including separation of employment.

## What should team members do when Unacceptable Behavior occurs?

### When unacceptable behavior occurs?

When team members experience or become aware of Unacceptable Behavior, including as a bystander, they have a responsibility to report it to their leader, Human Resources, the Ethics Line, and or through a Respectful Workplace Incident Form located in Ethics Hub. TELUS International will address the conduct confidentially to the extent possible and in a timely manner, in accordance with applicable legislation and TELUS International policies, to restore a physically and psychologically safe workplace.

Team members are encouraged to address unhealthy conflicts that would not amount to Unacceptable Behavior quickly and directly with the person involved if they are comfortable doing so.



TELUS000035

## Scope & Responsibilities

### Who does the Policy apply to?

This Policy applies to all TELUS International team members and contract employees of TELUS International. This Policy complements TELUS International's Code of Ethics and Conduct.

Our TELUS International team members are governed by the laws of the countries in which they operate and will adapt this Policy as appropriate in accordance with local laws.

While customers, suppliers, and other stakeholders are not directly subject to our internal policies, TELUS International expects respectful and non-discriminatory, and non-harassing behavior from them, as we do from our own team.

### When and where does the Policy apply?

This Policy applies to Unacceptable Behavior that has the potential to negatively impact the workplace, adversely affect employee relationships, or lead to adverse job-related consequences for the impacted individual(s). This may include behavior that occurs either during or outside of working hours and in any location where work-related interactions take place, whether physical or virtual.  This includes circumstances in which domestic violence would likely lead to physical or psychological harm in the workplace.

Examples include:

- activities on Company premises
- work-related travel, conferences or training sessions
- social functions associated with work or coworkers
- social media activity accessible by team members
- work-related volunteer activities (i.e., TDOG)



TELUS000036

## What are the expectations of team members at TELUS International?

At TELUS International, all team members and contract employees are expected to act professionally and respectfully and intervene or seek support to minimize and resolve Unacceptable Behavior impacting the workplace.

Because of their influence and authority, leaders are responsible for modeling the highest standards of behavior, taking action to prevent and resolve Unacceptable Behaviors, and setting the tone for healthy workplace interactions. When a complaint is shared with a leader, the leader is responsible to notify Human Resources, the Ethics Line, or file an Incident Form located in Ethics Hub. for guidance on addressing the issue.

Team members are encouraged to contact their leader, Human Resources, or file an incident form if they have any questions about their rights or responsibilities under this Policy. For more details, see Appendix A: Responsibilities.

## Prohibition on Forced Labor

TELUS International is committed to complying with and respecting individuals' rights under applicable human trafficking, forced labor, and child labor laws.

TELUS International does not tolerate, engage in or support human trafficking, forced labor, or child labor of any kind through its activities, including in its supply chain, or assist clients or any other party in doing so. TELUS International forbids harsh or inhumane treatment, including corporal punishment or the threat of corporal punishment.

TELUS International respects its team members' rights to agree to terms and conditions of employment voluntarily without coercion and freely terminate their employment on appropriate  notice where applicable. TELUS International ensures that its employees are of legal working age for their position and complies with local laws for youth employment or student work, such as internships or apprenticeships.



TELUS000037

**Pay Equity**

TELUS International will comply with all applicable laws regarding pay equity between men and women and other protected groups. Any pay discrepancies in pay for substantially similar work will be based on bona fide business factors other than sex. Furthermore, nothing in TELUS International's policies should be construed to prohibit team members from discussing their own wages.

# What are examples of Unacceptable Behaviors that would violate the Policy?

Unacceptable Behavior can take many forms and can include a single incident or multiple incidents over a period of time. They are typically any words, gestures, or behaviors that could reasonably cause offense, humiliation, harm, or physical or psychological injury or illness. For detailed definitions, see Definitions.

While the following is not an exhaustive list, some examples of Unacceptable Behavior include:

- jokes, whether written, verbal, or electronic;
- threats, intimidation, and other menacing behavior;
- other verbal, graphic, or physical conduct;
- reinforcing stereotypes or racial, ethnic or gender distinctions (e.g. "those people [referring to a  particular race, nationality or generation] don't do a good job");
- other conduct predicated upon one or more of the Protected Grounds identified in this policy unwanted sexual advances;
- offering an employment benefit (such as a raise or promotion or assistance with one's career) in exchange for sexual favors, or threatening an employment detriment (such as separation, demotion, or disciplinary action) for a team member's failure to engage in sexual activity;
- offensive visual conduct, such as leering, making sexual gestures, displaying sexually suggestive  objects or pictures, cartoons or posters;
- offensive sexually explicit communications in any form, such as graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual,



TELUS000038

suggestive  or obscene letters, notes or invitations, and sexual or gender epithets, derogatory comments or  slurs;

- offensive physical conduct, such as touching, assault, impeding or blocking normal work or movement, on the basis of sex or gender; and

- offensive remarks concerning a person's gender characteristics such as vocal pitch, facial hair, or  the size or shape of a person's body, including remarks that a male is too feminine or a woman is  too masculine; and

- Discrediting a colleague by spreading gossip or rumors

    - Ridiculing or criticizing a team member in front of others

    - Sarcasm and eye rolling with the effect of isolating or embarrassing a team member

    - Yelling or using profanity directed at a team member

    - Questions or remarks about sex, or one's dating or sex life

    - Threatening or violent behavior such as verbal or physical intimidation or destroying property or throwing objects

    - Spreading rumors or participating in gossip about a team member who filed a complaint, or anyone involved in a complaint

## What are the consequences of a Policy violation?

Respectful behavior is critical to the physical and psychological safety and well-being of our team members. Behavior that violates this Policy – including a complaint made in bad faith, a breach of confidentiality, or retaliation for a complaint – is not acceptable and may result in discipline up to and including termination.

## What resources are available to team members?

| If you'd like to... | Contact |
| --- | --- |



- Seek guidance to resolve an unhealthy conflict or concern

- Make a complaint about Unacceptable Behavior (verbally or in writing) by filing a Respectful Workplace Incident Form at Ethics  Hub

- Your Leader

- Your Human Resources Business Partner
- TELUS International's Ethics hub on Cosmos or your HR partner

Report concerns related to customer or end-user behavior (for frontline team members)

- Access additional support related to the personal impact of a conflict or incident
- Your Leader
- Contact Human Resources for wellness benefits

## Process

### What should I do in the event of an emergency or physical violence?

In an emergency situation, including where there is an imminent threat of physical violence, team members should attempt to remove themselves from the situation if possible and immediately notify appropriate authorities. For emergency, call 911, inform on-site leadership and contact Corporate Security at TIsecurityinvestiations@telusinternational.com (available 24 hours per day)

Non-emergency situations or incidents of physical violence in the workplace where there is no longer an imminent threat should be brought to the attention of a supervisor or leader as soon as possible, who may consult with Corporate Security for guidance at TIsecurityinvestiations@telusinternational.com (available 24 hours per day).

### How will concerns or complaints of Unacceptable Behaviors be handled?

Team members are required to promptly report any incident of Unacceptable Behavior to their  leader. If the leader is unavailable or if the team member believes it would be inappropriate to  contact that



person, the team member should immediately contact another senior-level leader  within the company, Human Resources, or the Ethics hotline.

Team members can raise concerns and make reports without fear of reprisal. TELUS International strictly prohibits retaliation against any team member who makes a report or participates in any investigation of a report. Any leader who becomes aware of possible Unacceptable Behavior must promptly advise Human Resources.  TELUS International will timely designate a qualified individual to conduct a fair, impartial, and thorough investigation of any harassment, discrimination, or retaliation complaints.

Team members will be provided with an appropriate opportunity to be heard. Reports and investigations will be kept confidential to the extent possible; however, complete confidentiality cannot be guaranteed. Investigations will be documented and tracked to ensure reasonable progress.

The investigator will make reasonable conclusions based on the evidence collected. The complaining and accused team members will be informed of the outcome of the investigation as appropriate under the circumstances and the privacy interests of those involved.

The assistance of Security may be requested for an investigation of alleged threats, physical violence, or related issues as appropriate, and their assistance will be provided in a manner consistent with this Policy.

If an investigation finds that prohibited harassment, discrimination, or retaliation has occurred, TELUS International will take appropriate remedial action as well as action to prevent any such future conduct. Any team member found to have engaged in Unacceptable Behavior will be subject to disciplinary action up to and including separation. Any team member who knowingly reports false information or is dishonest during an investigation may be subject to discipline up to and including separation.

Additionally, team members located in certain jurisdictions may be held personally liable for harassing



41

conduct.

## Conflict of Interest

Human Resources will address any complaint of Unacceptable Behavior in an impartial and unbiased manner. In the event that a member of Human Resources has a pre-existing relationship with a team member alleged to have engaged in Unacceptable Behavior, the complaint will be addressed by an alternate Human Resources or investigator as appropriate, at the discretion of management.

## Alternate Resolution Paths

Team members may have the ability to pursue multiple resolution paths for alleged Unacceptable Behavior, by seeking redress under the Canadian Human Rights Act (or applicable provincial Human Rights legislation) or the Criminal Code. In the United States, the Federal Equal Employment Opportunity Commission has the authority to accept and investigate complaints of prohibited harassment and discrimination in employment and to mediate settlements. Additionally, US state agencies (e.g., the California Department of Fair Employment and Housing) may have the authority to issue accusations against employers, conduct formal hearings, and award affirmative relief. State and federal law also prohibit retaliation against team members because the team member has filed a complaint with the EEOC or state agency, participated in an investigation, proceeding, or hearing with either agency, or opposed any unlawful discriminatory practice. If you think you have been harassed or that you have been retaliated against for resisting or complaining, you may file a complaint with the appropriate agency. The nearest office can be found by visiting the EEOC website at www.eeoc.gov or state agency websites (e.g. https://www.dfeh.ca.gov/).

# Training

All TELUS International team members, as well as all contract employees of TELUS International, will complete training on fostering a Respectful Workplace within three months of their hire date, and at least every three years afterward. The training will include an overview of:

- Elements of the Policy



TELUS000042

- Unacceptable Behavior, including the Protected Characteristics of discrimination, set out in the Canadian Human Rights Act, Title VII Civil Rights Act or applicable state/provincial/local legislation
- How to recognize, minimize, prevent and respond to Unacceptable Behavior

Additional training may be provided as determined appropriate, or as part of the resolution of a complaint.

All team members located in states which have specific requirements regarding discrimination and harassment training shall comply with TELUS International's harassment prevention training which conforms to and will be enforced in accordance with applicable state law.

## Confidentiality and Privacy

Every effort will be made to keep personal information confidential in the complaint and resolution process to the extent possible. Personal information obtained about a concern or complaint under this Policy, including names and other identifying information about individuals involved, will not be disclosed unless necessary for the following purposes:

- To conduct a proper and fair investigation of a complaint, including disclosing to the individual alleged to have engaged in Unacceptable Behavior the information necessary to give them a fair opportunity to respond to a complaint
- To obtain legal and other professional advice as appropriate or necessary
- To address the outcome of a complaint, including in relation to corrective or disciplinary action
- To comply with the law or direction from relevant authorities, in relation to litigation, or to protect the safety of an individual

Any disclosure of personal information will be restricted to the minimum amount necessary in the circumstances.



TELUS000043

Unless a member of Human Resources provides permission or direction, a team member must not:

Disclose the name of any party involved in a complaint or the circumstances related to the complaint

- Discuss the complaint with coworkers or any other person.

Any records related to this Policy, including any complaints, resolutions, and reports, will be maintained by Human Resources or the supporting the team as appropriate. Records related to any corrective action may also be maintained in personnel files and with appropriate managers.

## Labor Code Compliance

In accordance with section 127.1 of the Canada Labor Code, Title VII of the Civil Rights Act, and applicable provincial and state regulations, if a team member believes there has been a contravention of the Code as it relates to an occurrence of Harassment and Violence, the team member may make either a verbal or written complaint to Human Resources, the Ethics Line or through a Respectful Workplace Incident Form located in Ethics Hub.

## Fraudulent Activity

All TELUS International Team Members are to conduct their business in an ethical and legal manner. Team Members are expected to work hard, deal fairly, and treat co-workers, clients, and their customers with dignity and respect. Any Team Member who engages in fraudulent conduct will be subject to immediate separation of employment and potential criminal prosecution. TELUS International has a zero tolerance policy for fraudulent and unethical conduct. This includes falsification, misappropriation or misrepresentation of any business information, processes or procedures or client business information, processes or procedures. This further includes any fraudulent or intentional misrepresentations in any reports filed on behalf of the Company with any government agencies, clients, vendors, or other entities doing business with TELUS International.



TELUS000044

## Personal Relationships Affecting the Workplace

TELUS International strongly believes that a work environment where Team Members maintain respectful relationships along with clear boundaries between personal and business interactions is necessary for effective business operations. While TELUS International encourages harmonious relationships in the workplace, this policy governs how personal relationships with co-workers must be conducted during working hours, at work-related events, or in situations that could impact employment.

"Personal relationship" under this policy is defined as a relative, co-habitant, and/or a relationship between individuals who have or had a continuing romantic or close personal affiliation. Where doubts exist as to whether a relationship is a personal relationship, Team Members should make judgments based on the overall spirit and intent of this policy along with the values and policies of TELUS International in general such as the respectful workplace policy.

TELUS International reserves the right to take prompt action if an actual or potential conflict of interest arises concerning Team Members who occupy positions at any level (higher or lower) in the same line of authority that may affect employment decisions.

Team Members in leadership roles and those with authority over the terms and conditions of employment of others, are subject to more stringent requirements under this policy due to their leadership status, their access to sensitive information, and their ability to affect and/or influence the employment of Team Members in subordinate positions.

This policy applies equally to all Team Members, regardless of gender, sexual orientation, sexual identity, or any other protected classification.

Any concerns about the administration of this policy should be addressed to Human Resources.



45

TELUS000045

### Applicable all Team Members:

- A Team Member who is involved in a personal relationship with another Team Member may not occupy a position working directly for or supervise the other Team Member

- TELUS International prohibits any support Team Members (IT, Human Resources, Finance, Security, Global Learning Excellence, WorkForce Management, Quality Analyst, Tier 2, etc.) from having a personal relationship with any frontline or line-level Team Member

- During working time and at work-related events both during and outside of business hours and while on Company premises or away from the workplace, Team Members are expected to conduct themselves in an appropriate professional manner that does not interfere with their work or the work of others

- Any romantic, sexual relationship or close personal friendship that interferes with the Company's culture of spirited teamwork, respectful workplace or the productivity of Team Members will not be tolerated

- Negative behavior which affects the workplace as a result of having a personal relationship with a co-worker will not be tolerated and will be subject to discipline, up to and including separation of employment

- Failure to change behavior and maintain expected work-related conduct is viewed as a violation of this policy and our respectful workplace policy, among others, and will result in discipline up to and including separation of employment

- When a conflict-of-interest or potential risk is identified due to a Team Member's personal relationship with a co-worker, TELUS International will work with the parties and take appropriate action as necessary

- In all cases, TELUS International reserves the right to take unilateral action, including refusal to hire and to eliminate any actual or potential conflicts with this policy. A Team Member's failure to satisfy these notification requirements, or a failure to assist our effort to avoid these types of problems before they occur, may result in discipline up to, and including, separation, especially when the personal relationship results in workplace problems



TELUS000046

**Applicable to leader-level Team Members and above:**

- Any leader or other Company official in a sensitive or influential position with TELUS International must disclose the existence of a personal relationship with another co-worker on their team or within the same reporting structure, immediately. Disclosure should be made to Human Resources which will keep the relationship confidential to the extent possible. Failure to disclose the personal relationship to Human Resources may result in discipline, up to and including separation in accordance with this policy

- The Company will review the circumstances to determine what, if any, actions are necessary to take in regards to assignments and jobs. Matters such as hiring, firing, promotions, performance management, compensation decisions, and financial transactions are examples of situations that may require reallocation of duties to avoid any actual or perceived conflict of interest. Other measures may be necessary, such as transfer of one or both parties to other positions or departments

- If one or both parties refuse to accept a reasonable solution, such refusal will be deemed a voluntary resignation of employment of one or both individuals involved

- Anyone employed in a leadership role must be mindful that personal relationships with Team Members may be perceived as favoritism, misuse of authority or violation of the respectful workplace policy

## Confidentiality

Throughout the course of your employment with TELUS International, Team Members will receive, develop, learn or otherwise be exposed to sensitive, personal, confidential, proprietary or critical information that is maintained as confidential by the Company and not known to the public, including but not limited to: capital, marketing or business plans; budgets and strategies; customer/client lists and records; marketing studies; financial information; projections; cost estimates; cost and pricing practices; personnel records; trade secrets; minutes; data; designs and specifications, whether recorded or unrecorded possessed by TELUS International or used in TELUS International's business (collectively, the "Confidential Information").



It is essential to your employment and the success of TELUS International that Team Members protect the Confidential Information of TELUS International and TELUS International's clients, employees, consultants, suppliers or associates. Team Members must also protect and not disclose trade secrets as defined under the Defend Trade Secrets Act or applicable state law.

Key points to the policy are highlighted below. This does not constitute the entire policy. It is the responsibility of each Team Member to review and adhere to the confidentiality agreement signed at onboarding in its entirety.

During and after your employment with TELUS International, you shall not, other than for the purposes of  your employment with TELUS International, disclose to any person any Confidential Information of TELUS International or of its clients, employees, consultants, suppliers or associates and you shall take all reasonable precautions to protect Confidential Information from such disclosure.

Team Members shall not, in the course of their employment, improperly use or disclose any Confidential or proprietary information or trade secrets of any former or concurrent employer or any other person or entity, nor shall they undertake any activity which could result in the misappropriation of, improper use of or infringe upon the intellectual property rights or otherwise of any former or concurrent employer or any other person or entity.

Upon the separation of employment or upon TELUS International's request, Team Members shall promptly return to TELUS International all materials (in whatever medium) containing or reflecting Confidential Information.

The Federal Defend Trade Secrets Act of 2016 provides immunity in certain circumstances to Company Team Members, contractors, and consultants for limited disclosures of Company Trade Secrets. Specifically, Company Team Members, contractors, and consultants may disclose Trade Secrets:



48

TELUS000048

(1)  in confidence, either directly or indirectly, to a Federal, State, or local government official, or to an attorney, "solely for the purpose of reporting or investigating a suspected violation of law," or (2) "in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal."

Additionally, Company Team Members, contractors, and consultants who file retaliation lawsuits for reporting a suspected violation of law may also use and disclose related Trade Secrets in the following manner:

(1)   the individual may disclose the Trade Secret to his/her attorney, and

(2)  the individual may use the information in related court proceedings, as long as the individual files documents containing the Trade Secret under seal, and does not otherwise disclose the trade secret "except pursuant to court order."

Failure to adhere to this policy may result in discipline up to and including separation of employment and criminal prosecution where appropriate.

## Computer Software Licensing

The Company requires that only properly licensed software be stored in or executed upon its computers. All users shall use software only in accordance with the applicable license agreement on all company equipment and networks. Each software license is presumed to be for a single copy, operating in a single computer unless the license agreement specifically states otherwise. Unless otherwise provided in the applicable software license, any duplication of copyrighted software, except for backup and archival purposes, may result in a violation of the law including a violation of copyright, and accordingly may expose TELUS International to liability. Unauthorized duplication of computer software can also be a criminal offense.



TELUS000049

TELUS Internaitonal's policy is to protect its sensitive, personal, confidential, proprietary and critical information including electronically stored information, and to protect the sensitive, personal, confidential, proprietary and critical information it receives from third parties (including its licensors). Misuse or disclosure of this information could have a detrimental effect on TELUS International or third party company operations. Protection of this information is vital to maintain our competitive edge and safeguard the company's and its employees' futures.

Key points to the policy are highlighted below. This does not constitute the entire policy. It is the responsibility of each Team Member to review and adhere to the confidentiality and software licensing agreement signed at onboarding in its entirety.

- Team Members must use all software in accordance with the applicable license agreements
- Team Members must not make any unauthorized copies of software
- Team Members must not to give software to any outsiders including clients, customers and others without specific authorization
- Team Members must classify and protect sensitive personal, confidential, proprietary or critical information according to TELUS International's security classifications and in accordance with applicable policies
- Team Members must be accountable for all uses of individual user IDs

Team Members learning of any misuse of software or related documentation within the Company shall notify a member of management. Team Members who reproduce, acquire or use unauthorized copies of compruter software will be subject to discipline, up to and including separation of employment.

Failure to adhere to this policy may result in discipline up to and including separation of employment and criminal prosecution where appropriate.



TELUS000050

## Clean Air Policy

TELUS International has created and implemented a clean air policy. This policy applies to all Team Members and visitors. This policy prohibits smoking and use of tobacco products by Team Members in all buildings occupied by TELUS International. TELUS International prohibits any tobacco/vaporizer products at all workstations. In addition, the use of tobacco products in TELUS International-owned or leased vehicles is prohibited. Smoking and tobacco products are defined as: pipe tobacco, cigars, cigarettes, electronic cigarettes, vapes, vaporizer and chewing tobacco.

TELUS International Team Members who wish to smoke are permitted to do so in the designated areas, which will be clearly marked, and only before or after scheduled shifts or during scheduled meal or rest periods.

TELUS International Team Members who are found smoking in a non-designated area will be subject to disciplinary action.

## Occupational Health & Safety Policy

The protection of Team Member health and safety, to prevent accidents, injuries and illness on the job is a priority for TELUS International. A commitment we make to all of our stakeholders supporting our goal to create a best-in-class workplace and be a leader in corporate social responsibility. This commitment is fostered at the executive level and cascaded throughout the organization. It is reflected in our business practices and is a responsibility shared by the entire TELUS International team.

Key points to the policy are highlighted below. This does not constitute the entire policy. It is the responsibility of each Team Member to review and adhere to the policy in its entirety.

Team Members have a responsibility to take reasonable care for the health and safety of themselves and others in the workplace and the WFH workplace, to recognize that injuries are preventable and to take reasonable care to prevent them. All Team Members are expected to:



51

TELUS000051

- Keep all aisles and exits clear and accessible

- Comply with a reasonable request to assist in giving aid or preventing a risk to health and safety; In addition, Team Members shall not obstruct attempts to give aid or attempts to prevent a serious risk to the health or safety of a Team Member in the workplace

- Report all work-related illnesses and injuries, no matter how slight, immediately to management or Human Resources

- Avoid interfering with or misusing equipment provided for Team Members' health, safety or welfare

- Act in a professional manner at all times; horseplay of any kind will not be tolerated

- Observe good housekeeping practices

- Be properly trained and receive authorization before operating any machines or equipment

- Maintain a safe work environment. All Team Members are expected to follow the guidelines of the Occupational Health and Safety Policy, the WFH Checklist and the Pandemic Response Playbook, as well as comply with all signs, instructions and safety standards

- Report any defects or malfunctions in machines or equipment immediately to management

- Follow proper lifting methods at all times. When moving very heavy or awkward equipment or materials, Team Members should ask for assistance or use power equipment

- Be alert to any unsafe condition that could result in injury to Team Members. All unsafe conditions are to be reported immediately to management

- Follow all pandemic related health and safety protocols according to company policy, posted signage and the Pandemic Playbook

## Workers' Compensation Insurance

A comprehensive workers' compensation insurance program is provided at no cost to Team Members. This program covers any work-related injury or illness sustained in the course of employment that requires medical, surgical or hospital treatment.



TELUS000052

Team Members who sustain work-related injuries or illnesses should inform their leader or Human Resources immediately. No matter how minor an on-the-job injury may appear, it is important that it be reported immediately. This will enable an eligible Team Member to qualify for coverage as quickly as possible, and is necessary because workers' compensation insurance is the sole remedy available to Team Members from TELUS International or a client in connection with an on-the-job injury or illness. Neither TELUS International, a client, nor the insurance carrier will be liable for the payment or workers' compensation benefits for injuries that occur during a Team Member's voluntary participation in any off duty recreational, social, or athletic activity sponsored by TELUS International or a client.

# Workplace TELUS International Security

Each Team Member is personally accountable for the protection of TELUS International assets under their control and must take appropriate measures to prevent loss, damage, abuse or unauthorized access in accordance with the **TELUS International Security policies**.

Key points are highlighted below. This does not constitute the entire policy. It is the responsibility of each Team Member to review and adhere to the Security Policies in their entirety. All parties should act in a timely coordinated manner to prevent and to respond to security breaches.

## Identification Badges

Each Team Member is required to wear their identification badges and required to swipe their badge to enter/exit the production floor. Team Members who do not have a badge must check in with the Facilities leader at the start of the shift to obtain a visitor badge which must be returned to the Facilities leader at the end of the shift each day. In the event the Facilities leader is offsite, please see the IT Department.

TELUS International strives to implement a positive security system that provides a safe and secure work environment for everyone. Failure to possess or appropriately use your identification badge affects not only our ability to utilize this system but also your ability to move around the facility.



TELUS000053

Identification badges are a part of the required daily attire. Identification badges must be worn in a visible area at all times. Any Team Member who is present at work without an identification badge is in violation of building security. Each Team Member is required to swipe their badge to enter or exit the production floor. Team Members who do not have a badge must check in with the Facilities leader at the start of their shift to obtain a visitor badge which must be returned to the Facilities leader at the end of their shift each day.

All lost or damaged badges must be reported to a leader at the start of the shift. Failure to bring/utilize a badge three (3) or more times in any sixty (60) day period will result in disciplinary action up to and including separation. TELUS International's IT Department may conduct audits of badges and entries to ensure safety.

## The Internet and Online Services

TELUS International provides authorized Team Members access to on-line services such as the Internet. The Company expects that Team Members will use these services in a responsible way, principally for business-related purposes. Key points to the policy are highlighted below. This does not constitute the entire policy. It is the responsibility of each Team Member to review and adhere to the policy in its entirety

Incidental personal use is permissible, as stated earlier in this policy. But under no circumstances are Team Members permitted to use the Company's access to on-line services to access, download, or contribute to the following:

- Sexually oriented or explicit text or images;
- Any content or activity that violates any other TELUS International policy, including but not limited to the Respectful Workplace Policy;
- Illegal activity under any applicable international, Federal, State or local law;
- Game programs or gambling sites



TELUS000054

Team Members should have no expectation of privacy in any content in a TELUS International computer, including the internet. All computer content, including internet searches, are considered to be the property of TELUS International and may be accessed, used and copied at the discretion of management.

## Social Media

At TELUS International, we embrace and utilize social media channels in our business and understand that social media can be a fun and rewarding way for our Team Members to share life and opinions with family, friends and co-workers around the world. Additionally, use of social media carries with it certain responsibilities. For the purposes of this policy, social media includes all means of communicating or posting information or content of any sort on the Internet, including to your own or someone else's web log or blog, journal or diary, personal website, social networking or affinity website, web bulletin board or a chat room, whether or not associated or affiliated with the Company, as well as any other form of electronic communication.

To assist you in making responsible decisions about your use of social media, we have established these guidelines.

### Guidelines

The same principles and guidelines found in the Company policies apply to your activities online. Ultimately, you are solely responsible for what you post online. Before creating online content, consider some of the risks and rewards that are involved. Keep in mind that any of your conduct that breaches your confidentiality obligations, adversely affects your job performance, the performance of fellow Team Members or otherwise adversely affects clients, suppliers, or any other of the Company's legitimate business interests may result in disciplinary action, up to and including separation of employment. To minimize the likelihood that your social  media activity will be viewed by the Company, ensure that proper security and visibility controls are in place (i.e. mark your account as private) and use good judgment when accepting or requesting friends/followers/subscribers and creating content. However, keep in mind that even if your profile is private or you generate content "anonymously" this can still be discovered by the client or the Company and traced back to you.



TELUS000055

**Be respectful**

Always be fair and courteous to fellow Team Members, clients, suppliers or people who work on behalf of the Company. Also, keep in mind that you are more likely to resolve work-related complaints by speaking directly with your co-workers or by utilizing our Open Door Policy than by posting complaints to a social media outlet. Consistent with our Respectful Workplace Policy and Confidentiality Agreement, avoid using statements, photographs, video or audio that reasonably could be viewed as malicious, obscene, threatening or intimidating, that disparage clients, Team Members or suppliers, reveals confidential information or that might constitute harassment or bullying. Examples of such conduct might include posts that could contribute to a hostile work environment on the basis of race, sex, sexual orientation, disability, religion or any other status protected by law or Company policy. Violation of this policy will not be tolerated and may subject you to disciplinary action, up to and including separation.

Do not create a link from your blog, website or other social networking site to a Company website without identifying yourself as a Company Team Member. Any online posting linked to, connected with or related to a TELUS International social media account (i.e. link, tag, comment or shoutout) or to TELUS International business must comply with all workplace policies, including but not limited to the Respectful Workplace Policy.

Remember that the Internet archives almost everything; therefore, even deleted postings can be searched. Moreover, posts from a private or anonymous account can be traced back to you. Never post any information or rumors that you know to be false about the Company, fellow Team Members, clients, suppliers, and people working on behalf of the Company or confidential information about the Company or our clients.

**Maintain confidentiality**

Regardless if posts are on private or public accounts, you must maintain the confidentiality of TELUS International trade secrets and private or confidential information. Trade secrets may include information regarding client names, employees of the Company or the client, the development of systems, processes, products, know-how and technology.

Do not post client names, internal reports, policies, procedures or other internal business-related confidential communications. In addition you must respect financial disclosure laws. It is a criminal offense to communicate or give a "tip" on inside information to others so that they may buy or sell stocks or securities.



TELUS000056

Failure to adhere to this policy may result in discipline up to and including separation of employment.

## Express only your personal opinions

Never represent yourself as a spokesperson for the Company. If the Company is a subject of the content you are creating, be clear and open about the fact that you are a Team Member and make it clear that your views do not represent those of the Company, fellow Team Members, members, customers, suppliers or people working on behalf of the Company.

If you do publish a blog or post online related to the work you do or subjects associated with the Company, make it clear that you are not speaking on behalf of the Company. It is best to include a disclaimer such as "The postings on this site are my own and do not necessarily reflect the views of the Company."

## Using social media at work

Refrain from using social media while on work time or on equipment we provide, unless it is work-related as authorized by your leader or consistent with the Company Equipment Policy. Do not use the Company email addresses to register on social networks, blogs or other online tools utilized for personal use.

## Retaliation is prohibited

The Company prohibits taking negative action against any Team Member for reporting a possible deviation from this policy or for cooperating in an investigation. Any Team Member who retaliates against another Team Member for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action, up to and including separation.

## Media contacts

Any and all media inquiries should be directed to the Media Relations Department at media@telusinternational.com. Under no circumstances should a Team Member speak to the media on TELUS International's behalf without the involvement of the Media Relations Department. This also includes photo requests, blogs or other internet postings, press mentions and/or quotes on behalf of TELUS International for our clients, vendors, partners, etc.



57

TELUS000057

## Workplace Violence Prevention

Nothing is more important to TELUS International than the safety and security of its Team Members. Threats, threatening behavior, or acts of violence against Team Members, visitors, guests, or other individuals will not be tolerated. Violations of this zero-tolerance policy will lead to discipline up to, and including, separation of employment. The Company has adopted the following guidelines to deal with threats of or actual violence that may occur during business hours or on its premises.

All Team Members, visitors, vendors, and customers should be treated with courtesy and respect at all times consistent with the Respectful Workplace Policy. Team Members are expected to refrain from fighting, "horseplay," or other conduct that may be dangerous to others. Team Members may not possess firearms, weapons, pepper spray, taser guns, or explosives, concealed or otherwise, in any place TELUS International business is conducted. In states that require by law that employers permit storage of weapons in locked vehicles, Team Members may lawfully do so; however, weapons may not be removed from locked vehicles, carry them, brandish them, use them, threaten or otherwise use them for anything other than lawful defensive purposes. Any person who makes threats, exhibits threatening behavior, or engages in violent acts on TELUS International property or anywhere TELUS International is conducting business will be removed from the premises as quickly as safety permits, and shall remain off the premises pending the outcome of an investigation. TELUS International will initiate a decisive and appropriate response. This response may include discipline, up to and including separation of employment, and/or criminal prosecution of the Team Member(s) involved. In carrying out these policies, it is essential that all Team Members understand that no existing policy, practice, or procedure should be interpreted to prohibit decisions designed to prevent a threat from being carried out, a violent act from occurring, or a life threatening situation from developing.

All Team Members are responsible for notifying their leader or Human Resource of any threats witnessed, received, or have been told that another person has witnessed or received. Even without an actual threat, behavior which Team Members regard as threatening or violent, when that behavior is job related or might be carried out on a TELUS International-controlled site, at a work related event or social/volunteer function, a client or vendor site or event, or is in any way connected to TELUS International operations or employment, must be reported immediately. Team Members are responsible for making this report regardless of the relationship between the



TELUS000058

individual who initiated the threat or threatening behavior and the Team Member(s) who were threatened or were the focus of the threatening behavior.

## Drug Free Workplace and Substance Abuse

TELUS International is committed to the health, safety and well-being of all Team Members, and to the prevention of alcohol or illegal drug use that may affect the health, safety, performance and conduct of Team Members at work, or on Company business. As part of this commitment, TELUS International, and all of its Team Members, have a responsibility to maintain a safe workplace, free from the negative effects of alcohol and illegal drug use.

TELUS International will safeguard all information pertaining to a Team Member's drug or alcohol abuse, including health information, to the extent possible in accordance with applicable professional and legal standards. To minimize the risk of unsafe and unsatisfactory performance due to the use of alcohol or other drugs, all Team Members are required to report and remain fit for duty, and adhere to the following standards:

- Illegal drugs and controlled medications: consumption, possession, distribution, or sale of illegal drugs or controlled medications (absent a legally obtained prescription) is prohibited during work shifts, including during meal and rest periods, on Company related business, or on Company premises, including vehicles and equipment. The Company recognizes that marijuana is legal for medical and/or recreational use in certain states where we operate. However, the Company prohibits the use, possession, sale, transfer, or storage of any illegal drug or controlled substance on Company premises or while on Company related business, including marijuana as defined under federal law
- Alcohol: possession, consumption, distribution or sale of alcoholic beverages, and use of alcohol, is prohibited during work shifts, including during meal and rest periods, on Company related business or on Company premises, including vehicles and equipment. Occasionally, alcohol will be served during work-related social functions. All Team Members are expected to moderate alcohol consumption and comply with all policies contained in this handbook, including the Respectful Workplace Policy. Team members are expected to maintain the highest level of professionalism and performance at all times.



## Violations

A Team Member in violation of this policy will not be permitted to remain at work, may be subject to a reasonable suspicion drug test at a facility of the Company's choosing and will be suspended pending an investigation. Failure to consent to a reasonable suspicion drug test may result in discipline up to and including separation of employment.

To the extent permissible under applicable law, a Team Member who has violated the standards set out in this policy, may be subject to discipline up to, and including, separation of employment.

## Workplace searches

To protect the property, ensure compliance with Company policies and to ensure the safety of all Team Members, clients and the Company, the Company reserves the right to conduct personal searches consistent with federal and state law, and to inspect any property, possessions or articles carried to, on and from the Company's property. In addition, the Company reserves the right to search any Team Member's office, desk, files, locker, equipment or any other area or article on Company or client premises. In this regard, it should be noted that all offices, desks, files, lockers, equipment, etc. are the property of the Company, and are issued for the use of Team Members only during their employment. Accordingly, Team Members should have no expectation of privacy over their property or the spaces that are brought to and from the Company or client premises. Inspection may be conducted at any time at the discretion of the Company.

Team Members entering, working on or leaving Company premises who refuse to cooperate in an inspection conducted pursuant to this policy may not be permitted to enter or return to the premises. Team Members who fail to comply with this policy will be subject to disciplinary action, up to and including separation of employment.

## Privacy

At TELUS International we have a long-standing policy of protecting the privacy of our Team Members in all of our business operations. We believe that an important part of protecting privacy is to be clear about how we handle our Team Members' personal data. We want you to understand the type of information we hold about you, the purposes for which we process your personal information, how we propose to keep it secure and up to date and the circumstances in which this information may be transferred outside the TELUS International entity which employs or engages



TELUS000060

you. Some of the practices in this policy are supplemented or amplified in our country or region specific policies.

This does not constitute the entire policy. It is the responsibility of each Team Member to review and adhere to the policy in its entirety. Please consult TELUScope/privacy for further information regarding our privacy practices and how we approach your particular country's regulations.

## Team Member Expectations

Team Members are expected to perform their jobs in a professional and ethical manner, to treat others fairly and respectfully, to maintain a positive attitude toward their jobs and TELUS International, to always do their best, and to comply with all policies and procedures. All members of the TELUS International team are expected to contribute in order to build and sustain a high performance and caring culture.

While coaching is advisable to correct behavior and performance in many circumstances, it is not required prior to imposing discipline. The type of coaching received will depend on the severity of the misconduct. The Team Member should be aware that his or her job may be in jeopardy if there is a failure to improve any repeat of the inappropriate behavior, conduct, or attendance.

The leader may also use the Hints for Success program. The Hints for Success program is designed to help the leader and the Team Member work together to determine the root cause for performance, behavior and conduct issues and develop a plan to address them.

Hints for Success or disciplinary action may include the following:
- Heads Up/Hint 1
- Hint 2
- Hint 3
- Separation of employment

Depending upon the circumstances, Hints may be progressive; however, these Hints procedures are intended as guidelines. TELUS International, at its sole discretion, will decide the appropriate hint or disciplinary action and may take any of these steps out of order or proceed immediately to separation of employment without prior counseling. TELUS International reserves the right to skip disciplinary steps or repeat disciplinary steps depending on the particular circumstances. Nothing in



TELUS000061

this policy creates a contract of employment or an obligation for TELUS International to follow any particular disciplinary procedure.

Suspension, typically, is not a form of Hints; however, it may be used during an investigation or at the discretion of management when appropriate.

The following list includes examples of unacceptable conduct. This is not an exhaustive list. Failure to meet these behavior expectations will result in Hints up to, and including, separation of employment.

- Failure to adhere to all Company policies, procedures, rules and regulations, including those contained in this handbook
- Failure to properly clock in or out
- Failure to adhere to shift start times, end times, and meal and rest periods
- Misuse, unauthorized use or removal, damage or theft of Company, client, or Team Member property or records
- Dishonesty, misrepresentation, falsification or fraudulent use of Company records, including but not limited to: timekeeping records, employment application, expense reports, client/end-user account information, leave and paid time off requests
- Gambling on TELUS International property
- Work avoidance
- Sleeping on the job while on the clock, outside of meal and rest periods. If a Team Member chooses to take a nap during a meal or rest period they must do so off of the production floor
- Possession of any weapon or explosive anywhere on Company property or while conducting TELUS International business
- Violation of TELUS International Drug and Alcohol policy
- Use of profanity or abusive language with any visitor, member of management, Team Member, customer, end-user or vendor. This includes rude or abusive communication with all parties or unwillingness to assist clients or their customers
- Deliberately disconnecting an end-user or transferring an end-user without providing an appropriate greeting
- Involvement in any criminal activity while on TELUS International property or conducting TELUS International business



TELUS000062

- Threatening to commit a violent act or engaging in violent behavior, even in a joking manner, towards a Team Member or anyone on TELUS International property or while conducting TELUS International business
- Failing to adhere to the TELUS International dress code
- Involvement in negligent or careless activities that jeopardize the health, safety, and well-being of visitors, Team Members, or others
- Physically or verbally harassing Team Members, clients, end-users, vendors or visitors
- Refusal to follow lawful instructions as directed by management and security
- Insubordination or failure to perform work assigned by management
- Failing to cooperate with, hampering or inhibiting an investigation
- Misuse of client, end-user, vendor, or Team Member information including but not limited to, unauthorized disclosure of confidential information or identity theft
- Failure to adhere to work schedules and/or to restrict personal business to personal time
- Retaliation or seeking revenge against any TELUS International Team Member
- Obstructing any process and/or system that may result in a disservice to our clients or their customers
- The use of TELUS International rooms (Break Areas, Lactation Room, Lounge Spaces, Conference Rooms, Offices, Stairwells) other than its intended purpose
- Violation of the Security Policies
- Moving to a new work from home location without prior approval

Team Members subject to discipline may be prohibited from participation in some programs and processes. Examples of programs include: sports and social committee, incentive plans, promotional or transfer opportunities and pay increases. Eligibility may also be dependent upon the nature of the infraction.

Employment at TELUS International is based on mutual consent and both the Team Member and TELUS International have the right to terminate employment at will, with or without cause or notice. The above policy does not change or affect the employment at will relationship.



TELUS000063

## Timekeeping Compliance

### Non-exempt Team Members

Company policy requires Team Members to completely and accurately report all time worked each day. Time worked includes any time spent on work-related duties, including, but not limited to, reviewing and responding to work-related emails and voicemails, reviewing notices or communications issued by management, reviewing work schedules, gathering equipment, and logging on and off the computer. Time worked also includes time spent in meetings with leaders, including Human Resources representatives, to discuss work-related issues, and attending training and seminars required by management.

**No "off the clock" work**: Non-exempt Team Members should never perform work "off the clock." Team Members always remain responsible for keeping leaders informed of any work performed of which leaders may be unaware.

Team Members are not permitted to perform work before the start of their shift, nor after punching out at the end of their shift. To ensure that Team Members receive pay for all hours worked, all Team Members must follow the below rules:

### Start of Shift

- The Company does not require or encourage Team Members to report for work early. If a Team Member arrives at work early, they must not perform any work until his/her shift starts
- Team Members must clock in prior to performing any work (including gathering any work-related items, answering emails, reviewing documents or responding to work-related chats, pings or messages) at the start of shift
- Immediately upon clocking in, Team Members are required to report to a production station and promptly begin work. Any unexcused delays between clocking in and beginning work will be considered a violation of the attendance policy

### Rest Periods

- TELUS International authorizes and permits each Team Member to take a paid, minimum of 10 minute, duty free rest break for every 4.0 hours worked or major fraction thereof ("major fraction" of 4 hours means more than two hours). For example, in an 8-hour shift, each rest



TELUS000064

break will be authorized and permitted near the midpoint of each work period (meaning the midpoint of each 4 hours work period), insofar as practicable but under no circumstances past 4 hours. Additional rest breaks may be provided within the Company's discretion. "Duty free" means that the Team Member is relieved of all duty for the full, uninterrupted, 10 minute rest break, which includes the right to engage in personal activities. For purposes of this policy, a rest break "begins" when the Team Member is relieved of all duty, and "ends" when the Team Member is no longer relieved of all duty. If additional breaks are required under state law, the Company will comply with applicable state law

- Unlike meal breaks, rest breaks are considered "hours worked," and Team Members are not to clock out and back in for rest breaks. They are <u>not</u> to be recorded using TELUS International's timekeeping system. If a Team Member feels unable to take one or more compliant rest breaks in any workday (for example, the Team Member's rest break was interrupted for work-related purposes), the Team Member must immediately inform their leader or Human Resources of the instance and reason

- If a Team Member believes that he or she is being discouraged or impeded from taking the fully compliant rest breaks provided under this policy, he or she must promptly report it to Human Resources. TELUS International will undertake a prompt and thorough investigation of such complaints and take appropriate corrective action as needed. TELUS International strictly prohibits retaliation against any Team Member for reporting such concerns. If additional breaks are required under state law, the Company will comply with applicable state law

## Meal Periods

- Meal periods are at least 30 minutes in length
- In general, team Members must clock out at the start of each uninterrupted meal period and clock back in at the termination of their meal period. Team Members are always free to leave the premises for their meal period. Team Members must always punch out for their meal periods whether or not they leave the premises. The meal period starts when the Team Member clocks out for the meal and the Team Member must clock back in for the meal period promptly after completing the meal period. The Team Member must then promptly return to work
- Team Members are prohibited from performing any work during meal periods. All work must stop when the meal period begins and work may not start until the meal period has ended
- In the rare cases where work interrupts a meal period prior to the end of the full meal period, the Team Member must promptly report it to Human Resources to ensure that the time clocked out from the interrupted meal period will be paid in accordance with applicable law. As soon as the



TELUS000065

Team Member is able, they should punch out for a new, "restarted" uninterrupted meal period which may be subject to a meal period premium in accordance with state law. If the replacement meal period cannot be restarted within the required time period, the Team Member will be paid a meal period premium in accordance with applicable law

- If a Team Member's total work day is more than 5 hours, but not more than 6 hours, the Team Member may, by agreement with TELUS International, choose to voluntarily waive the meal break for these workdays. On workdays with 5 hours or less of work, no meal break is required to be provided. Team Members who choose to voluntarily waive the meal break for workdays of 5 hours or more (but not more than 6 hours) must do so in writing by completing and signing the First Meal Period Waiver Request Form and submitting it to Human Resources. Team Members may revoke the waiver at any time by completing, signing, and submitting to Human Resources the Team Member Revocation of First Meal Period Waiver

- If the Team Member's actual work time (not including the time spent on the first, duty free, meal break) in any workday is more than 10 hours, but not more than 12 hours, and the Team Member has taken a compliant first meal break, the Team Member may, with the agreement of TELUS International, choose to voluntarily waive the second meal break for such workdays. Team Members who choose to voluntarily waive the second meal break must do so in writing by completing and signing the Second Meal Period Waiver Request Form and submitting it to Human Resources. Team Members may revoke the waiver at any time by completing, signing, and submitting to Human Resources the Team Member Revocation of Second Meal Period Waiver

- If a Team Member believes that he or she is being discouraged or impeded from taking the fully compliant meal breaks provided under this policy, he or she must promptly report it to Human Resources. TELUS International will undertake a prompt and thorough investigation of such complaints and take appropriate corrective action as needed. TELUS International strictly prohibits retaliation against any Team Member for reporting such concerns

## End of Shift

- Team Members must complete all work-related activities prior to shift-end time, (including gathering any work-related items, answering emails, reviewing documents or responding to work-related chats, pings or messages)

- Team Members must clock out for the shift at shift end and perform no work after clocking out.

- Unless authorized by a leader, Team Members shall not clock out earlier than the scheduled shift-end time.



If a Team Member forgets to clock in or out, they must immediately notify the leader on duty and complete a missed clock transaction. The leader will verify the actual time worked and make necessary adjustments. Any equipment malfunction or technology issues regarding timekeeping are to be reported to management immediately for further direction.

Additionally, Team Members must review their individual time for accuracy in the time keeping system by close of business by the last working day of the pay period

## Team Member Expectations

- Team Members must make special efforts to ensure that they are using the time clocks properly, and that their working time is accurately captured. Repeated erroneous timecards may be addressed as a performance and/or attendance issue
- Failure to comply with any one of the Company rules described in this Policy shall subject the Team Member to disciplinary action, up to and including separation of employment
- Any unauthorized time worked, including time prior to the shift start time and after clocking out, will be reviewed for potential disciplinary action up to separation of employment
- Team Members who clock out earlier than the end of their shift without leader approval may be disciplined, and/or have this behavior addressed as a performance issue
- Purposeful omitted time clocking designed to avoid the discovery of a tardy, early departure, or late return from break is a serious offense, which will be addressed as a work performance issue, in addition to how such incidents(s) are treated under the attendance guidelines
- Clocking in or recording time for another Team Member is prohibited
- It is a violation of this policy for any member of management to encourage, permit or demand any Team Member to work any amount of time "off-the-clock," or not to record all time actually worked. Failure to adhere to this policy may result in discipline up to and including separation of employment. Any Team Member, who believes a violation of this policy may have occurred, must contact Human Resources

Most importantly, in any situation in which a Team Member believes they were not accurately paid for all of their time worked, should promptly contact their immediate leader, Human Resources and/or Payroll.



TELUS000067

## Downtime

It may be necessary for TELUS International to occasionally issue downtime or reduce scheduled work hours in order to be more cost effective and meet business needs. Downtime may be based on a variety of factors and may occur with or without advance notice.

## Exempt Team Members

Exempt Team Members may be required to keep track of their time when the Company requires them to do so (i.e. Team Members whose time is billed to the client by the hour or Team Members working on specific projects). Exempt Team Members who are required to keep track of their time should discuss timekeeping requirements with their leader and/or Human Resources. Exempt Team Members are expected to follow this policy to the extent it applies to them and their work. Failure to do so may result in discipline up to and including separation.

## Pay Period/Pay Day

A pay period consists of 2 workweeks. Paychecks are distributed within the week following the close of the pay period. Unless otherwise prohibited by applicable law, pay will be distributed via paper check, direct deposit or pay card. Team Members must elect a payment method through Workday.

You have access to view your paycheck stub (wage statement) online on the Company's intranet, which itemizes your pay along with the various deductions required by law or authorized in writing by you. If an error should ever occur on your paycheck stub, immediately report it to Payroll or Human Resources.

## Overtime Pay and Work Schedule for non-exempt Team Members

The nature of our business sometimes requires Team Members to work overtime. Your leader will notify you when you are required to work overtime. We expect and appreciate your cooperation. We will try to provide you with as much advance notice as possible of any overtime that will be required of you. We expect that all Team Members who are scheduled to work overtime will be at work, unless excused by their leader.

Your leader will inform you of the hours you are to work. Due to changing needs of our customers, your actual work schedule may vary from time to time. If it does, you will be notified by your leader. Management retains the right to reassign Team Members to a different shift where it is necessary for the efficient operation of the Company.



TELUS000068

Non-exempt/hourly Team Members, will be paid overtime in accordance with the standards set forth by the FLSA as follows:

- All hours worked in excess of 40 hours in one workweek will be treated as overtime;
- Compensation for hours in excess for the workweek, shall be paid at a rate of one and one-half times the Team Member's regular rate of pay

Non-exempt Team Members located in California will be paid overtime as follows:

- All hours worked in excess of 8 hours in one workday or 40 hours in one workweek will be treated as overtime;
- Compensation for hours in excess of 40 for the workweek, or in excess of 8 hours and not more than 12 hours for the workday, and for the first 8 hours on the 7th consecutive day of work in one workweek, shall be paid at a rate one and one-half times the Team Member's regular rate of pay;
- Compensation for hours in excess of 12 in one workday and in excess of 8 hours on the 7th consecutive workday in a workweek shall be paid at double the regular rate of pay

There may be exceptions to these standards where required by law.

Team Members are not permitted to work overtime unless it has been authorized in advance by their leader. Working overtime without a leader's approval may result in discipline, up to and including separation.

The Company pays all overtime wages required by law, and leaders are expressly forbidden from instructing or encouraging Team Members to work overtime off the clock. Team Members should immediately report to Human Resources any instruction or suggestion by a leader that a Team Member works off the clock.

The Company does not permit Team Members to take compensatory time off in lieu of overtime pay.

All overtime worked must be recorded on your timesheet without exception. Team Members should carefully review their timesheets and pay statements to verify that all overtime hours are properly recorded and paid for. Any Team Member who believes he or she has worked overtime hours that



were not recorded on their timesheet, or not properly paid, should immediately inform Payroll and/or Human Resources. The Company will take prompt action to correct the matter.

The Company respects the right to take a day of rest during a seven-day workweek and it does not encourage or induce Team Members to forego a day off. However, Team Members may voluntarily agree to work a shift on the 7th day. Exceptions may arise in special circumstances.

## Shift Differential

Team Members across all campaigns whose scheduled shift crosses the hours of 11:00 p.m. through 4:59 a.m. are eligible to receive an additional $1.00 per hour for hours worked during those intervals. Shift Differential may vary by campaign. Shift Differential will be included in the regular rate of pay for overtime purposes for non-exempt Team Members. Shift Differential is only applicable while a Team Member's shift falls within the times indicated above and is supported by their campaign. Eg. If a hourly team members works 11:00 p.m. to 12:00 a.m and their hourly rate is $15/hr, then they will receive an additional $1 for the hour worked from 11:00 p.m. to 12:00 a.m plus their hourly rate of $15/hr. In addition, if there is any OT worked during the same work week, the shift differential amount will be included in calculation of the regular rate of pay for the purposes of paying OT pay.

## Lactation Breaks

The Company will provide a reasonable amount of break time to accommodate a Team Member's need to express breast milk for the Team Member's infant child. If possible, the break time should be taken concurrently with other break periods already provided. If this time does not run concurrently with normally scheduled rest periods, non-exempt Team Members should clock out for this time and such time will be unpaid. The Company will also provide the Team Member with the use of a room, or other location in close proximity to the Team Member's work area for the Team Member to express milk in private.

Team Members should notify their immediate leader if they are requesting time to express breast milk under this policy. The Company, however, may in its discretion deny a Team Member's request for a lactation break if the additional break time will seriously disrupt operations. Team Members have a right to file a complaint with the local Labor Commissioner for any violation of this policy or applicable law.



### Conduct at Client's Location

The nature of our Company may require that Team Members perform work connected with a client's assignment at the client's location. All policies contained in the Team Member Handbook apply equally whether a Team Member works in a TELUS International center or at the client's location. The importance of the Team Member expectations when working in a client's location cannot be emphasized enough.

In addition to the behavioral expectations set forth herein, the following guidelines further describe appropriate conduct when working at a client's location:

- Maintain the highest level of professionalism when interacting with the client and and any client employees
- Use good judgment when discussing the internal affairs of our clients or TELUS International with the client and any client employees
- Avoid comments or criticisms involving other companies and their particular work or fees
- Avoid conversations involving client matters in all places that would violate client confidentiality
- Entertain clients only after first receiving approval from your leader
- Do not solicit clients for personal charitable donations

## Attendance

Regular attendance and punctuality are essential to TELUS International's ability to serve our clients and their customers. We expect each Team Member to be present at his/her workstation every scheduled workday. Although unscheduled absences resulting from illness or an unexpected emergency may occur, they are expected to be kept to a minimum to the extent possible through appropriate planning.

Leaders and other exempt Team Members are expected to set an example regarding timeliness and attendance. Failure to report to work on time during regular work days to support your team will not be tolerated and may lead to discipline up to and including separation.

### Occurrences for non-exempt Team Members

Attendance and timeliness issues will be tracked through a system of "occurrences". The following is a breakdown of how occurrences are received:



71

TELUS000071

- Tardy/Leave Early – ½ Occurrences: Clocking in after scheduled work shift, start time (more than 7 minutes) and or leaving work up to 2 hours prior to the end of a scheduled shift
- Tardy/ Leave Early – 1 Occurrence: Clocking in more than 2 hours after scheduled work shift or leaving more than 2 hours prior to the end of a scheduled shift
- Full Day Absence – 1 Occurrence
- No Call/ No Show (1st instance) – 1 Occurrence: Also results in a Hint 3 for a conduct violation
- No Call/ No Show (2nd instance within 12 months) – Separation. TELUS International will accept this as your voluntary resignation and you will be separated for Job Abandonment

A No Call No Show refers to a Team Member who doesn't show up for an entire scheduled shift and doesn't call to notify their leadership.

## Hints for Success process for attendance

The Hints process allows the leader to communicate TELUS International attendance expectations to Team Members and to identify behaviors that need to be corrected. The process is as follows:

1st – 2nd Occurrence    Attendance Policy Review

3rd Occurrence       Hint 1

4th Occurrence       Hint 2

5th Occurrence       Hint 3

6th Occurrence       Separation

Hints will normally follow the above steps; however management reserves the right to use discretion in applying this policy to individual circumstances and surpass any steps of Hints straight to separation of employment if the occurrence numbers have been met. (i.e. A Team Member may not receive a Hint for Success or Warning if they surpass a certain occurrence level and will be skipped to the next level up to and including separation). TELUS International reserves the right to terminate Team Members for patterns of poor attendance, early departure from work, or late arrival to work. Nothing in this policy alters the employment at-will relationship and Team Members may be separated even if the Team Member does not have 6 occurrences at the time of separation.

All occurrences remaining will be removed after a rolling six (6) month period. All new Team Members will start with a negative three (-3) occurrence balance.



Additionally, multiple consecutive absences from three (3) to five (5) days with appropriate documentation will result in incurring only one (1) occurrence for the entire absence upon management approval. Without documentation, the Team Member will receive an occurrence for each absence and be subject to possible Hints per the Attendance Policy Hints Process up to and including separation. Repeated and excessive medical documentation should be brought to the attention of your Human Resources contact immediately.

## Attendance During Training

For the purposes of this policy, training is any time prior to being cleared to the production floor.
In the event that a Team Member misses any time during training, management in collaboration with the Team Member will determine if the absence will have a negative effect on the Team Member's ability to successfully complete the necessary requirements of the training class.

The following parameters are in effect for training only:

- Up to 4 weeks of training = maximum of 1 day missed
- 5 - 9 weeks of training = maximum of 2 days missed
- 10 weeks or greater of training = maximum of 3 days missed

Additional information regarding training attendance will be discussed during training. Campaign training may vary by week and management will determine if additional days will be allotted.

## Dress Code

The impression created by TELUS International to clients, fellow Team Members, and the community is very important. Team Members should dress and appear as neat and well-groomed as possible. We trust our Team Members to use good judgment by ensuring adherence to the dress code.

The dress code at TELUS International is business casual. If a client's dress code differs from business casual, Team Members may be required to dress in accordance with the client's dress code.
Basic elements for **appropriate and professional** business attire include clothing that is neat, clean and covers the body. leaders may not wear shorts unless approved for a sponsored event. Footwear must be worn at all times during working hours.



Violation of policy include:

- Clothing that violates TELUS International's Respectful Workplace Policy
- Visible tattoos that violate TELUS International's Respectful Workplace Policy
- Piercings that impact one's ability to effectively perform position responsibilities
- Visible undergarments
- Hoods, billed hats or sunglasses while inside
- Flip flops, slippers, slides (pool shoes)
- Clothing that allows undergarments to show
- Ripped or torn clothing (inexcessive, fashionably ripped clothing is permitted)
- Beachwear, sweatpants, gym attire, pajamas or loungewear (unless during certain Company dress-up events)

Leaders are expected to set the example for all Team Members under this policy and address deviations under this policy. Leaders may exercise reasonable discretion to determine appropriateness in Team Member's dress and appearance. Team Members may be asked to leave the premises until they return appropriately dressed. Non-exempt Team Members will not be paid for the time away from work and will incur an attendance infraction. The Company will make accommodations to the attendance policy if needed to accommodate sincerely held religious beliefs of a Team Member.

Team Members are expected to follow good hygiene and proper personal grooming guidelines. As many Team Members work in one building, Team Members should be mindful of others, and are encouraged to avoid using excessive fragrances.

Any Team Member unsure of what is appropriate should keep in mind the spirit of this policy and check with a leader.

## Device and Email Usage

Team Members should have no expectation of privacy in any content in a TELUS International device, including any email system. All content, including messages generated on or handled by TELUS International owned devices, systems, applications or programs, including deleted and back-up copies, are considered to be the property of TELUS International and may be accessed,



TELUS000074

used and copied at the discretion of management. TELUS International email and devices, including internet access, must be used only for business activities. Any violation may result in discipline up to and including separation.

Key points to the policy are highlighted below. This does not constitute the entire policy. It is the responsibility of each Team Member to review and adhere to the **TELUS International Security Policies** in their entirety.

## Standards for Usage

Electronic mail systems must employ personal user-IDs and associated passwords to isolate the communications of different users.

Team Members must not use an email account assigned to another individual to either send or receive messages. If there is a need to read another's mail (while they are away on vacation for instance), message forwarding and other facilities must be used instead.

Use of email must not involve personal solicitation, must not be associated with any outside business activity, and must not potentially embarrass TELUS International or jeopardize its brand or its clients.

Recognizing that some information is intended for specific individuals and may not be appropriate for general distribution, email users must exercise caution when forwarding messages. Unless the information owner/originator agrees in advance, or unless the information is Public Domain, Team Members must not forward messages to any email address outside of the TELUS International network, including personal email addresses.

In addition, Team Members may not use Company systems to do any of the following:

- To download, save, send access or forward any site or content that the Company deems a violation of any Company policy, including but not limited to the Respectful Workplace Policy and Harassment, Discrimination and Anti-Retaliation Policies;
- To download anything from the internet (including shareware or free software) without the advance written permission of IT;
- To attempt or to gain unauthorized or unlawful access to computers, equipment, networks, or systems of the Company or any other person or entity;



TELUS000075

- To infringe any intellectual property rights held by the Company, including but not limited to copyrights;
- To violate or attempt to violate any law

All messages and activity sent by, on or through the TELUS International network or TELUS International devices are owned by TELUS International. TELUS International reserves the right to monitor, access and disclose all messages and activity sent over the email system and network, for any purpose. TELUS International may also disclose email messages or device activity to law enforcement officials without prior notice to the Team Members who may have sent or received such messages.

Violations of this policy may result in discipline up to and including separation of employment. When appropriate, the Company may advise legal officials or appropriate third parties of violations and cooperate with official investigations. The Company prohibits retaliation against anyone who reports possible policy violations or assists with investigations.

### Bring Your Own Device Policy (BYOD)

Team Members who use their own devices to check email or conduct business activities must strictly follow the Company's BYOD Policy and download the TELUS International Mobile Device Management (MDM) software. Please refer to the BOYD Policy within the **TELUS International Security Policies** for further details.

## Outside Employment

Team Members are permitted to engage in outside work or hold other jobs, subject to certain restrictions as outlined below.

Activities and conduct away from the job must not compete, conflict with or compromise the Company interests or adversely affect job performance and the ability to fulfill all responsibilities to TELUS International. Team Members are prohibited from performing any services for customers on non-working time that are normally performed by TELUS International. This prohibition also extends to the unauthorized use of any Company tools or equipment and the unauthorized use or application of any confidential information. In addition, Team Members are not to solicit or conduct any outside business during paid working time.



Team Members are cautioned to consider carefully the demands that additional work activity will create before accepting outside employment. Outside employment will not be considered an excuse for poor job performance, absenteeism, tardiness, leaving early, refusal to travel or refusal to work overtime or different hours. If outside work activity causes or contributes to job-related problems, it must be discontinued, and, if necessary, normal disciplinary procedures will be followed to deal with the specific problem.

In evaluating outside work, management and Human Resources will consider whether the proposed employment:

- May reduce the Team Member's efficiency in working for TELUS International
- Involves working for an organization that does a significant amount of business with TELUS International, such as major contractors, suppliers and clients
- May adversely affect TELUS International's brand or its clients
- Involves a conflict of interest

## Benefits

All full time Team Members will be able to choose from a wide variety of plans that offer quality coverage with a range of costs, including medical, dental, vision, life, disability, retirement and more. A complete guide is available from your leader or Human Resources. digital.benefitsnow.com/TELUS.  Effective dates vary based on class and employing entity.

## Paid Time Off (PTO)

In addition to holidays each year, TELUS International provides Paid Time Off (PTO) to allow Team Members time to rest and rejuvenate, take sick days or to handle personal matters. PTO varies based on position and tenure. PTO allotment increases with the number of years employed by the Company. Team Members working in paid sick leave jurisdictions may use PTO for paid sick leave reasons.  This policy is designed to comply with and will be implemented in accordance with all applicable state and local laws including applicable paid sick leave laws.

### Accrual Rules

PTO accrues on a bi-weekly (per pay period) basis. Accrual begins on the first full pay period and ends on the last day of the pay period in which a Team Member works. Hours are not accrued for



partial pay periods worked.  Team member's PTO accrual will be capped at 1.5 times your annual allotment.   Please contact your leader or Human Resources to obtain a copy of your accrual schedule.

PTO can only be requested after training when the Team Member transfers to the production floor. New hires are eligible to use PTO after 60 days of employment. Accrual is based on the number of years of employment and regular, full-time status. At each anniversary date, the accrual rate will increase on the first pay date following the actual anniversary date.

PTO accrual does not continue during a leave of absence, which includes FMLA, Medical, Personal and Military Leaves.

If an observed holiday falls during a Team Member's scheduled PTO, the time will be counted as a holiday and not PTO.

Team Members are required to use any accrued and unused PTO time prior to the use of unpaid time off including while on disability, personal leave or family medical leave to the extent allowed by law. Team Members on leave or on suspension by the Company will not accrue PTO hours while on leave or suspension.

PTO may be requested in increments of 30 minutes and may not exceed normally scheduled hours. Team Members working in paid sick leave jurisdictions may use PTO to attend medical appointments or receive care for their own medical condition or the medical condition of a family member, for time off resulting from sexual assault or domestic violence involving a Team Member or family member, to take time off because place of employment or child's school has been closed due to public health emergency, or any other reason allowed under applicable law. The Company requires written verification from a healthcare provider for sick leave absences longer than 3 days. If verification is requested, the Team Member must provide it within 5 calendar days of the absence. Multiple day absences with appropriate documentation will not incur any occurrence for the absence. Without documentation, the Team Member will receive an occurrence for each day of absence and be subject to possible disciplinary actions up to and including separation of employment.

PTO should be scheduled and approved in advance through Workday if the leave is foreseeable (e.g. scheduled vacations or doctor's appointments, etc.). For unforeseeable leave, you must notify



your leader as soon as reasonably possible prior to your shift or regular start-time. TELUS International reserves the right to deny requested PTO based on business need in accordance with applicable law.

When multiple PTO requests for the same period are received, approval will typically be granted in order of performance, tenure, and business needs. PTO needed for paid sick leave reasons will be approved with proper notice regardless of business needs.

Team Members will be paid for any accrued, unused PTO in accordance with applicable state or local law.

## Carry over Rules

Team members are allowed to carry over unused PTO up to a cap of 1.5 times the annual accrual rate for all Team Members. Once the maximum accrual cap is reached, any further accruals will be suspended until the PTO balance has dropped below the maximum accrual cap. Once the balance is reduced below the maximum accrual cap, accrual begins again and continues until the accrual cap is reached.

Team Members who are separated from employment within 90 days from start date will not be paid any accrued, unused PTO in their final pay unless prohibited by state law.

The Company prohibits discrimination or retaliation against employees because of a request for PTO for legally-protected paid sick leave purposes, or use of such PTO. If you believe that you have been treated unfairly on account of your use of such PTO, or request for such PTO, please immediately report this concern to Human Resources so that the matter may be reviewed and appropriate corrective action may be taken.

## Holidays

TELUS International is open every day of the year to effectively support the business needs of our clients. As a result, Team Members may be required to work on a holiday. In addition, Team Members working at client sites will be subject to the client's holiday schedule. When a client has a different holiday schedule, your leader and/or Human Resources will let you know which holidays may apply. While the days may differ from those listed below, the remainder of this policy shall apply.



The Company recognizes seven days during the year as paid holidays for its regular, non-seasonal, non-temporary, full-time, benefits-eligible Team Members.

The seven (7) recognized holidays per year are as follows:

- New Year's Day
- MLK Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Day

Recognized holidays for TELUS International Digital Services and Home Office Team Members also include the day after Thanksgiving (TIDS), Christmas Eve (TIDS), and President's Day (Home Office and TIAI).

All Team Members located at TELUS International contact centers are entitled to the following based on their roles:

- 2 unpaid personal days off per year for hourly team members.

One day is awarded from January 1st for January through June and one day awarded July 1st for July through December. Team Members must be hired for at least 30 days to be eligible to receive the floating holidays. Unused floating holidays will not be paid at the time of separation. Any unused floating holidays will be forfeited unless prohibited by state law.

All Exempt Staff located at TELUS International contact centers are entitled to the following based on their roles:

- 2 paid floating holidays for exempt team members

If one of the recognized above holidays falls on Saturday, it normally is observed on the preceding Friday. If a holiday falls on Sunday, it normally is observed on the following Monday.

Team Members are required to work the scheduled day before and the scheduled day after a holiday in order to be eligible for holiday pay.



Team Members with approved/scheduled paid time off before or after a holiday will be eligible to be paid for the holiday.

Team Members are not allowed holiday pay while on unpaid status such as leave of absence or intermittent and continuous FMLA. If a Company holiday occurs on an eligible Team Member's vacation day, it will be counted as a holiday instead of a vacation day.

Non-exempt Team Members who are eligible for paid holidays but who may be required to work on a Company holiday will be paid for their time worked plus 8 or 10 hours of holiday pay based on their regularly scheduled shift. If a non-exempt Team Member is regularly scheduled for 8 hours, they will get 8 hours of holiday pay. If they are scheduled for 10 hours, they will get 10 hours of pay.

When a holiday falls on a non-exempt Team Member's regularly scheduled day off and the Team Member does not work, they will be paid holiday pay. Exempt Team Members working at TELUS International contact centers will be allowed a floating holiday with pay to use within 30 days after the holiday.

- Holiday pay is not considered hours worked in the computation of overtime.
- Team Members must be employed for 30 days to be eligible for holiday pay.
- Time off without pay may be granted to Team Members who desire to observe a religious holiday that is not recognized by TELUS International, provided that it does not result in an undue hardship to the Company.

## PTO upon Separation

To the extent permitted by applicable state law, Team Members who are separated from employment within 90 days from start date will not be paid any accrued, unused PTO in their final pay except when Team members provide written one week (5 business days) notice of voluntary separation from employment. If Team Members provide advance notice, they will be paid accrued unused PTO up to 40 hours on their final paycheck. Any PTO in excess of this will be forfeited and will not be paid unless prohibited by state law.

Team members who are involuntarily separated for violation of company policy (e.g. attendance, performance, fraud, theft, harassment etc.) will not receive pay for accrued, unused PTO time and such time will be forfeited unless prohibited by state law.



TELUS000081

Team members who have more than 90 days of service and are involuntarily separated for any other reason including reduction-in-force, death or disability will be paid any accrued, unused PTO.

If this section conflicts with applicable state law, TELUS International will follow state law requirements. Please contact HR with any questions about the policies in your state.

## Leaves of Absence

TELUS International recognizes that Team Members may on occasion need time away from work due to medical conditions, family care, certain civic obligations or personal reasons. A leave of absence (LOA) is defined as an approved absence from work for a specified period of time. If a Team Member finds that they must be out of work for more than five (5) consecutive workdays or has a medical condition resulting in a periodic short-term absence, he or she should contact his/her immediate leader to determine if a leave of absence may be necessary.

The following types of leaves are available to eligible Team Members:

- Family Medical Leave Act (FMLA)/California Family Rights Act (CFRA)
- Reasonable Accommodations (ADA)
- Medical Leave
- Personal Leave
- Paid Family Leave
- Pregnancy Disability Leave
- Organ Donation and Bone Marrow Leave
- Military Leave
- Military Spouse Leave
- Leave for Crime Victims
- Leave for Court Appearances
- Jury Duty Leave
- Victims of Domestic Violence and Sexual Assault Leave
- Volunteer Firefighter Leave
- Pregnancy Disability Leave
- Civil Air Patrol
- State Mandated Insurance Benefits
- Bereavement Leave



TELUS000082

Other types of leave may be available as required by applicable local or state law. Please contact Human Resources to determine if there are other types of leave offered in your state.

## Family and Medical Leave of Absence (FMLA)

The following policy outlines the provisions of FMLA. An eligible Team Member is entitled to a maximum of 12 workweeks, with an exception of up to 26 weeks of leave (see below), of unpaid leave during a 12 month period under this policy. The 12 month period is determined on a "rolling" 12 month period dating back from the time the leave is requested. Leave may be taken for any one, or for a combination, of the following reasons:

Under FMLA, eligible Team Members may take up to 12 weeks of leave for the following reasons:
- to care for Team Member's child after birth, or placement for adoption or foster care within one year of birth or to care for the child within one year of placement;
- to care for the Team Member's legal spouse, son or daughter, or parent, who has a serious health condition;
- a serious health condition that makes the Team Member unable to perform the job;
- any qualifying exigency arising because the spouse, son, daughter, or parent is a "covered active duty"

Under the FMLA, eligible Team Members may take up to 26 weeks of leave for the following reason:

- to care for a spouse, son, daughter, parent, or next of kin who is a covered military service member with a serious injury or illness (military caregiver leave)

## Eligibility

Team Members are eligible if they have been employed by TELUS International for at least 1 year and worked 1,250 hours over the previous 12 months.

## Interaction between CFRA (California only) and FMLA

Team Members located in California are also entitled to benefits under CFRA. CFRA does differ from the FMLA in some respects, including:



TELUS000083

- Under the CFRA, a Team Member may also qualify for leave in order to care for the serious health condition of a registered domestic partner, grandparent or grandchild, and adult child regardless of mental health

- Under the CFRA, the Company may require a Team Member to obtain the opinion of a second health care provider, at the Company's expense, concerning any information in the medical certification if the Team Member is taking family leave for his or her own serious health condition, but not if the leave is to care for a family member

- Under the CFRA, if additional leave is requested and/or for other circumstances as permitted by law, the Company may require recertification of a serious health condition of a Team Member or a Team Member's spouse, child or parent upon the expiration of the time period the health care provider originally estimated for the need for family leave

Generally, an approved leave under the CFRA runs concurrently with the corresponding FMLA entitlement, if any. Eligible Team Members may take CFRA leave in addition to any leave entitlement they may be eligible for under the California Pregnancy Disability Leave.  For more information on CFRA and the interplay with FMLA, please contact Human Resources.

## Military Caregiver Leave

A Team Member may also take Military Caregiver Leave to care for a spouse, child (of any age), parent or next of kin who is: (1) a current member of the Armed Forces, including the National Guard or Reserves, and who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness, which was incurred in the line of duty (or for a pre-existing injury or illness which is aggravated in the line of duty) and that renders the service member medically unfit to perform the duties of the office, grade, rank, or rating; or (2) a veteran who was a member of any branch of the Armed Forces, including the National Guard or Reserves, and who is undergoing medical treatment, recuperation, or therapy, for a serious injury or illness that occurred in the line of duty (or for a pre-existing injury or illness which was aggravated in the line of duty) at any time within 5 years preceding the treatment, recuperation or therapy. A covered service member incurs a serious illness or injury for purposes of this paragraph when one of the following occurs:

- The injury or illness makes them medically unfit to perform the duties of his or her office, grade, rank or rating.
- It causes the service member to have a VA Service Disability Rating of 50% or greater.



- It is a mental or physical condition substantially impairs their ability to obtain gainful employment
- The VA enrolls the Team Member in the Department of Veteran Affairs Program of Comprehensive Assistance for Family Caregivers.

Eligible Team Members are entitled to a total of 26 weeks of unpaid Military Caregiver Leave during a single 12-month period. This single 12-month period begins on the first day an eligible Team Member takes Military Caregiver Leave (as long as it is within 5 years of the covered service member's active duty) and ends 12 months after that date. Military Caregiver Leave applies on a per-covered service member, per-injury basis, so that a Team Member may be eligible to take more than one 26 week period of Military Caregiver Leave, but no more than 26 weeks of leave may be taken during any one 12-month period.

An eligible Team Member is entitled to a total of 26 weeks of unpaid Military Caregiver Leave during a single 12-month period. This single 12-month period begins on the first day an eligible Team Member takes Military Caregiver Leave and ends 12 months after that date. For example, if a Team Member takes 10 weeks of FMLA leave due to his/her own serious health condition, the Team Member may take only 16 weeks of Military Caregiver Leave during that same 12 month period.

## Definitions:

A "*serious health condition*" referenced above means an illness, injury, impairment, or physical or mental condition that involves:

- In-patient care (i.e., an overnight stay) in a hospital or other medical care facility (including any period of incapacity or any subsequent treatment in connection with such in-patient care)
- A period of incapacity of more than three consecutive full calendar days, and any subsequent treatment or period of incapacity relating to the same condition that also involves (i) treatment two or more times by a health care provider or under the supervision of a health care provider within 30 days of the start of the incapacity, or (ii) treatment by a health care provider on at least one occasion within seven days of the start of the incapacity which results in a regimen of continuing treatment under the supervision of a health care provider
- Any period of incapacity due to pregnancy, or for prenatal care
- Any period of incapacity due to a chronic serious health condition requiring periodic visits of at least twice a year for treatment by a healthcare provider



TELUS000085

- A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective, during which the Team Member (or family member) must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider
- Any period of absence to receive multiple treatments by a health care provider or under the supervision of a health care provider, either for restorative surgery after an accident or other injury, or for a condition that will likely result in a period of incapacity of more than three consecutive calendar days in the absence of medical intervention or treatment

A "qualifying exigency" referenced above refers to the following circumstances:

- Short-notice deployment: to address issues arising when the notification of a call or order to active duty is seven days or less
- Military events and related activities: to attend official military events or family assistance programs or briefings
- Childcare and school activities: for qualifying childcare and school related reasons for a child, legal ward or stepchild of a covered military member
- Financial and legal arrangements: to make or update financial or legal affairs to address the absence of a covered military member
- Counseling: to attend counseling provided by someone other than a health care provider for oneself, for the covered military member, or child, legal ward, or stepchild of the covered military member
- Post-deployment activities: to attend official ceremonies or programs sponsored by the military for up to 90 days after a covered military member's active duty terminates or to address issues arising from the death of a covered military member while on active duty
- Care of the covered military member's parent if the parent is incapable of self- care
- Rest and recuperation: to spend up to fifteen (15) calendar days for each period in which a covered military member is on a short-term rest leave during a period of deployment; or
- Additional activities: for other events where the Company and the Team Member agree on the time and duration of the leave



TELUS000086

## Notification

The Team Member must ordinarily provide TELUS International with 30 days advance notification when the leave is "foreseeable", as in the case of birth or adoption of a child. Taking leave may be denied if requirements are not met.

## Medical Certification

Team Members must provide medical certification to support a request for leave because of a serious health condition, and a fitness for duty report to return to work. The medical certification must be given within 15 days after it is requested, or as soon as reasonably possible under the circumstances. Failure to provide requested medical certification in a timely manner may result in denial of leave until such certification is provided. Time off for a work related injury may be considered as time off under the Family and Medical Leave Act.

## Intermittent Leave

Team Members do not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Team Members must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the Company's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

If a Team Member is unable to report to work when scheduled, the Team Member must personally contact their leader or Human Resources, as soon as it is known that they will be absent or late in accordance with the attendance policy.

## Substitution of Paid Leave for Unpaid Leave

Team Members must use accrued Paid Time Off (PTO) while on unpaid FMLA and LOA. After paid leave balances have been depleted, the Team Member's leave will be unpaid. The substitution of paid time for unpaid FMLA and LOA does not extend the length of leave and the paid time will run concurrently with FMLA entitlement.

Receipt of Disability payments or Workers' Compensation benefits does not extend the maximum amount of job-protected leave time to which a Team Member is eligible under the FMLA.



## Medical and Other Benefits

When applicable during the leave, TELUS International will maintain Team Member health benefits the same as if he or she had continued working. When paid leave is substituted for unpaid family medical leave, TELUS International will deduct the Team Member portion of the health plan premium as a regular payroll deduction. **When the leave is unpaid, the Team Member must make arrangements to pay a portion of the monthly premium. Group healthcare coverage may be terminated if the Team Member's premium payments are more than thirty (30) days late. Additionally, if a Team Member fails to return from leave**, TELUS International may require repayment of premiums paid by the Company for maintaining health coverage, unless the Team Member does not return because of a continuing or recurring serious health condition, or because of other circumstances beyond the Team Member's control.

## Return from Leave

Any Team Member taking a leave under this policy is generally entitled to return to his or her same position or to an equivalent position with equal benefits, pay or other terms and conditions of employment. If a Team Member is designated a key Team Member, the Team Member will be notified and given the opportunity to end the leave and return to work. If the key Team Member remains on leave he or she may not be entitled to reinstatement. Prior to returning from FMLA or ADA leave, the Team Member must provide certification from their health care provider that they are eligible to return to work and able to perform the essential functions of their job.

Team Members will not be retaliated against for exercising their rights under TELUS International leave policies. Full details regarding leave policies may be obtained from Human Resources.

## TELUS International Reasonable Accommodation Medical Leave of Absence

The Company complies with the reasonable accommodation obligations under the Americans with Disabilities Act and will engage in the interactive process to discuss an unpaid leave of absence as a reasonable accommodation with Team Members who are unable to perform the essential functions of their job due to a physical or mental disability. Leave under this policy is at the discretion of management and will be considered in accordance with the reasonable accommodation obligations of the ADA. A reasonable accommodation leave of absence may be provided to Team Members who are unable to perform the essential functions of their job due to physical or mental disability and are not eligible for FMLA. Similarly, leave under this policy may be granted as a reasonable accommodation for Team Members who have exhausted FMLA but are



TELUS000088

unable to return to work due to a disability that prohibits them from performing the essential functions of their job. Leaves of absence under this policy will be handled on a case-by-case basis in accordance with the ADA. The duration of any leave of absence under this policy will vary depending on the particular circumstances of each Team Member's need and whether additional leave is reasonable under the circumstances and/or would create an undue hardship for the Company.

## TELUS International Personal Leave of Absence

TELUS International Team Members are eligible for a personal leave after working for TELUS International for 90 consecutive calendar days in a full-time position prior to requesting the leave. Team Members may take up to 30 days of personal leave during any rolling 12 month period. These requests will be reviewed on a case-by-case basis. Eligible Team Members must use any accrued PTO as part of the personal leave.

Requests for Personal Leaves must be submitted to the Human Resources Department 30 days prior to the commencement of the leave, or as soon as possible. A Team Member requesting Personal Leave may be required to provide appropriate documentation to substantiate the leave request. If leave has already begun, documentation must be provided no later than 2 days after the absence commences. Failure to comply with the requirements may result in denial of the leave and may result in the absences being considered occurrences under the TELUS International attendance policy.

TELUS International will maintain a Team Member's health benefits the same as if he or she had continued working during an approved Personal Leave. When PTO is substituted for unpaid leave, TELUS International will deduct the Team Member portion of the health plan premium as a regular payroll deduction. **When the leave is unpaid, the Team Member must make arrangements to pay the portion of the monthly premium. Group healthcare coverage may be terminated if premium payments are more than thirty 30 days late**. Additionally, if a Team Member fails to return from leave, TELUS International may require repayment of any premium that was paid for maintaining the health coverage. Team Members are not entitled to other benefits during the leave.

If a Team Member does not return to work following an approved leave of absence, the Team Member will be considered to have voluntarily separated their employment unless the Team Member has notified TELUS International in advance and the Team Member's continued absence



has been approved by TELUS International. The date the Team Member was scheduled to return to work will be used as the separation date.

Personal Leaves must be approved by a senior leader and Human Resources. The Team Member will be notified in writing if the leave will be granted or denied.

## Military Leave

TELUS International is committed to complying with the Uniformed Services Employment and Reemployment Rights Act of 1994. All requests for military leave must be submitted to Human Resources as soon as possible but no later than prior to the commencement of Military Leave, unless military necessity prevents prior notification.

The Team Member's employment rights will be preserved while they are on military leave, unless circumstances at TELUS International change drastically while the Team Member is on military leave, making reinstatement impossible or unreasonable. The Team Member will be reinstated after military leave in accordance with applicable state and federal law.

To ensure reinstatement to employment, Team Members should provide proof of honorable discharge from duty; proof of ability to resume the position; dates of duty, and timely notice of intentions to return. Although not required, Team Members may elect to use paid time-off during a military leave.

A Team Member on military leave up to 30 days will not be required to pay more than the standard Team Member share, if any, of the premiums for any group health insurance plan offered by TELUS International. A Team Member on military leave for 31 days or more may be required to pay no more than 102% of the full premium under the plan, up to 18 months from the date of the beginning of the military leave.

## Military spouse leave (California only)

Team Members in California who work at least an average of 20 hours per week and whose spouse or domestic partner is a member of the United States Armed Forces, National Guard, or Army Reserves on active duty in an area of military conflict are eligible to receive up to 10 days off from work, on an unpaid basis, during a period when his or her spouse or domestic partner is on leave from deployment during a period of military conflict, to the extent permitted by applicable law. Team



90

Members must provide notice of the unpaid leave to the Company within 2 business days of receiving official notice that the qualifying military member will be on leave from deployment and provide written documentation certifying that the qualifying military member will be on leave from deployment during the time requested for the unpaid leave of absence. When Military Spouse leave is provided, it shall also count toward the Team Member's FMLA entitlement where legally permissible.

## Jury Duty, Court Attendance and Witness

The Company encourages its Team Members to fulfill their civic duties by reporting for jury duty, attending court and testifying as a witness where compelled. The Company complies with applicable federal and state laws regarding time off for a Team Member to serve on a jury, attend a court hearing or testify as a witness in a court proceeding. Team Members summoned for jury duty or subpoenaed to court are entitled to paid time off up to 8 hours per day for 5 days if a valid proof of service is provided. Team Members may opt to use any available accrued PTO in place of unpaid leave.

If you receive a jury summons, subpoena or court order, you must inform your leader as soon as possible to make arrangements for a leave of absence and provide a copy of your jury duty summons, subpoena or court order to Human Resources. You are expected to return to work if you are excused during regular working hours or released earlier than expected. For jury duty, subpoena or court order leave, you are expected to provide proof of service, when completed, via official certification of jury duty, subpoena or court order issued by the clerk of the court, which must contain the start and completion times and dates of jury duty, subpoena or court order service.

## Victims of domestic violence, sexual assault or stalking

Unpaid time off is available to victims of domestic violence, sexual assault, stalking or other crimes or abuses that caused mental or physical injury or a threat of physical injury for the purpose of appearing in court to obtain legal relief or in response to a subpoena or other court order to appear as a witness; seek medical attention; obtaining services from a domestic violence shelter, program, or rape crisis center; obtaining psychological counseling or participating in safety planning. The Team Member may elect to use any PTO that is available during crime victim leave, or may opt to take the time off without pay.

Victims of domestic violence, sexual assault or stalking should provide reasonable advance notice when possible; otherwise, they must provide, within a reasonable time, evidence from the court,



prosecuting attorney, police or medical professional, domestic violence advocate or advocate for victims of sexual assault or stalking, health care provider or counselor, as appropriate. In addition, the Company will reasonably accommodate the needs of victims of domestic violence, sex offenses or stalking so that they may satisfy the essential elements of their jobs, including implementing safety measures. If you need accommodation, please contact Human Resources.

## Volunteer Firefighter, Reserve Peace Officer, and Emergency Rescue Personnel leave

Team Members will be granted unpaid time off to serve as volunteer firefighters, reserve peace officers, or emergency rescue personnel. Team Members who are volunteer firefighters also are eligible for unpaid leave of up to fourteen (14) days per calendar year for fire or law enforcement training.

Team Members may substitute PTO for any unpaid portion of leave to perform such emergency duties or training.

## Pregnancy Disability Leave of Absence (California only)

Team Members located in California may take PDL In accordance with the following:

- Duration of PDL will be determined by the advice of your physician, but you may take up to 4 months (17 1/3 weeks). Part-time Team Members are entitled to leave on a pro rata basis. The four months (17 1/3 weeks) of leave includes any period of time for actual disability caused by your pregnancy, childbirth, or related medical condition. This includes leave for severe morning sickness and for prenatal care.
- The Company will also reasonably accommodate medical needs related to pregnancy, childbirth, or related conditions or temporarily transfer you to a less strenuous or hazardous position (where one is available) or duties if medically needed because of your pregnancy.
- For calculation purposes, PDL will run concurrently with leave taken under the Company's FMLA and CFRA.

## Notice of Start and Duration of PDL

You must inform your leave administrator and your leader when your leave is expected to begin and how long it will likely last.



TELUS000092

If the need for a leave, reasonable accommodation, or transfer is foreseeable, you must provide reasonable advance notice at least thirty (30) days before the PDL or transfer is to begin. You must consult with Human Resources regarding the scheduling of any planned medical treatment or supervision in order to minimize disruption to the business. Any such scheduling is subject to certification from your healthcare provider and approval from your leader and Human Resources.

If thirty (30) days' advance notice is not possible, notice must be given as soon as practical. Failure to give reasonable advance notice may result in delay of leave, reasonable accommodation, or transfer.

PDL usually begins when ordered by your physician. You must provide the leave administrator with a written certification from a health care provider for need of PDL, reasonable accommodation, or transfer. The certification must be returned within 15 calendar days. Failure to do so may, in some circumstances, delay PDL, reasonable accommodation, or transfer. The certification indicating the need for disability leave should contain:

- A statement that you need to take pregnancy disability leave because you are disabled by pregnancy, childbirth or related medical condition;
- The date on which you became disabled due to pregnancy;
- The probable duration of the period or periods of disability; and
- If you need a reasonable accommodation or transfer, a medical certification is sufficient if it contains all of the following: a description of the requested reasonable accommodation or transfer; a statement that describes the medical advisability of the reasonable accommodation or transfer because of pregnancy; and the date on which the need for reasonable accommodation or transfer became/will become medically advisable and the estimated duration of the reasonable accommodation or transfer.

Leave returns will be allowed only when your physician sends a release.

### Continuous or Intermittent Use Permitted

PDL does not need to be taken in one continuous period of time and may be taken intermittently, as needed. Leave may be taken in increments of 30 minutes.

### PDL

A Team Member will be required to use accrued PTO (if otherwise eligible to take the time) during PDL. The Company may coordinate wages with California State Disability Insurance



(SDI). Wages received during a period of disability, plus disability insurance cannot exceed an individual's weekly wage. Paid vacation time is not considered wages for determining eligibility for SDI benefits for medical leave.

## Temporary Transfer

If intermittent leave or leave on a reduced work schedule is medically advisable, you may, in some instances, be required to transfer temporarily to an available alternative position that meets your needs. The alternative position need not consist of equivalent duties, but must have the equivalent rate of pay and benefits. You must be qualified for the position. The position must better accommodate your leave requirements than your regular job. Transfer to an alternative position can include altering an existing job to better accommodate your need for intermittent leave or a reduced work schedule.

## Reinstatement

If a Team Member is released to resume work on the anticipated date of return, the Team Member will be reinstated on that date. If she is ready to return earlier than the expiration of approved leave, she must notify the Company of readiness to return, and the Company will reinstate within 2 business days, where feasible, after notice of the changed circumstances. Reasonable extensions of leave will be considered for approval if the Team Member provides proper documentation before the original expiration date. Failure to report to work upon expiration of leave will be deemed a voluntary separation of employment.

When a Team Member is ready to return to work, she must obtain a written release from the health care provider certifying that she is able to perform all of the essential duties of the job, with or without reasonable accommodation. The Company will reinstate a Team Member to the job she held before the leave or transfer began unless the Team Member would not otherwise have been employed in the same job at the time reinstatement is requested for legitimate business reasons unrelated to the leave.

If the Company cannot reinstate a Team Member, it will offer the Team Member a comparable position for which she is qualified, provided that a comparable position is available either at the time she returns to work or within sixty (60) days after return. A Team Member has no greater rights under this policy to a comparable job than if she had continued working and not taken leave. The Company reserves the right to select the best qualified candidate for any job vacancy.



TELUS000094

<u>Benefits Continuation</u>

The Company will continue a Team Member's group health plan benefits during PDL, so long as the Team Member pays the regular contribution toward the portion of the benefit premiums. Failure to make these contributions will cause the particular benefit to be discontinued. The Team Member must make the necessary arrangements with Human Resource prior to PDL commencement. In some instances, the Company may recover premiums it paid to maintain health coverage for a Team Member who fails to return to work following PDL.

Team Members located in other states may be eligible for PDL. Please contact Human Resources to find out if any PDL benefits are offered in your state.

## Civil Air Patrol Leave (California only)

To the extent required by law, the Company provides leave to qualifying civilian volunteers in the California wing of the Civil Air Patrol. Team Members who volunteer as part of the California Wing of the civilian auxiliary of the United States Air Force (known as "Civil Air Patrol") may be entitled to up to 10 days of unpaid leave per calendar year to respond to an emergency operational mission of the Civil Air Patrol. To be eligible for such leave, a Team Member must have been employed for at least a 90 day period immediately preceding the commencement of leave.

## Blood, Organ and Bone Marrow Donation Leave (Certain states)

In accordance with applicable state law, the Company shall grant to a Team Member paid or unpaid leaves of absence to assist with organ, blood or bone marrow donation. Please contact Human Resources to find out if your state offers any benefits.

In states where such benefits are offered, a leave of absence may not exceed 30 paid business days to a Team Member who is an organ donor in any one-year period, for the purpose of donating an organ to another person. Additionally, eligible Team Members are entitled to 30 additional days of unpaid leave.

A leave of absence not exceeding 5 business days may be provided to a Team Member who is a bone marrow donor in any one-year period, for the purpose of donating bone marrow to another person.

In order to receive a leave of absence pursuant to this policy and Team Member must have been employed by the Company for at least 90 days and a Team Member shall provide written



verification to Human Resources that he or she is an organ or bone marrow donor and that there is a medical necessity for the donation of the organ or bone marrow.

Any period of time during which a Team Member is required to be absent from a position by reason of being an organ or bone marrow donor will not be considered a break in continuous service for the purpose of the right to salary adjustments, PTO, annual leave, or seniority. During any period that a Team Member takes leave under this policy, the Company will maintain and pay for coverage under any group health plan, for the full duration of the leave.

The Company may require as a condition of a Team Member's initial receipt of bone marrow or organ donation leave that the Team Member take up to 5 days of earned but unused PTO for bone marrow donation and up to two weeks of earned but unused PTO for organ donation.

Notwithstanding existing law, bone marrow and organ donation leave shall not be taken concurrently with any leave taken pursuant to FMLA or CFRA

Leave provided for pursuant to this section may be taken in one or more periods.

Upon expiration of a leave authorized by this policy, the Company will restore the Team Member to the position held by them when the leave began or to a position with equivalent seniority status, Team Member benefits, pay, and other terms and conditions of employment. The Company may decline to restore a Team Member as required in this section because of conditions unrelated to the exercise of rights under this part by the Team Member.

## Paid State Mandated Insurance Benefit Programs (California)

### State Disability Insurance

By state law, we are required to deduct a certain amount from Team Members located in California to provide for State Disability Insurance (S.D.I.). S.D.I. benefits that are payable when you cannot work because of illness or injury unrelated to your employment. For information concerning these benefits, contact your local Employment Development Department, which administers the S.D.I. program.

### Family Temporary Disability Insurance (California)

In addition, for Team Members located in California we are also required to withhold a certain percentage of your wages pursuant to the Family Temporary Disability Insurance Act ("FTDI") in



TELUS000096

order to fund the Paid Family Care Leave Program. FTDI is a disability benefits program that is administered by California's Employment Development Department which allows eligible Team Member to receive compensation for lost wages, for up to six (6) weeks in a twelve (12) month period, if you take time off work to provide care for a seriously ill child, spouse, parent, domestic partner, grandparent, grandchild, sibling, or parent-in-law, or to bond with a minor child within one year of the birth or placement of the child in connection with foster care or adoption.

Despite its name, the FTDI is not a "leave" program; it does not provide you with any entitlement to leave beyond that which you are entitled pursuant to Company policy. In addition, you will be required to use up to 2 weeks of accrued vacation prior to receiving FTDI benefits during any 12 month period. You may also elect to use your PTO during receipt of FTDI benefits. Note that you may not be eligible for FTDI benefits if you are receiving State Disability Insurance, Unemployment Compensation Insurance or Workers' Compensation benefits. You must notify the Company if you intend to file for FTDI benefits.

All claims for FTDI benefits must be submitted directly to the Employment Development Department of the State of California. The Company does not process such claims. The Employment Development Department ultimately determines whether you receive FTDI benefits based on the serious health condition of certain family members that require your care.

## Bereavement Leave

All regular full or part-time Team Members are eligible at the date of hire for Bereavement Leave. Up to 3 days of paid Bereavement Leave are available for the death of:

- A father, mother, grandfather, grandmother
- A spouse, mother-in-law, father-in-law
- A son, daughter, son-in-law, daughter-in-law
- A sister, a brother, sister-in-law, brother-in-law
- A granddaughter, grandson
- Any relative of the Team Member who resides permanently in the Team Member's household

Up to 1 day paid Bereavement Leave to attend services for the death of a relative not covered above. All bereavement leaves requested must be supported by an obituary or service/memorial card to document attendance at the service. If documentation is not received within 1 week of the Team Member's return to work, the time will be unpaid and may result in disciplinary action up to and including separation.



97

## School Appearance and Activities Leave (applicable in certain states)

In accordance with applicable state law, the Company shall grant to a Team Member paid or unpaid leaves of absence to assist with school appearance and activities leave. Please contact Human Resources to find out if your state offers any benefits.

Upon reasonable notice and with appropriate verifying documentation, Team Members may take up to 40 hours per year not to exceed 8 hours in a calendar month for the purpose of either of the following child-related activities:

- To appear at school in conjunction with a child's suspension from class or school
- To find, enroll, or re enroll a child in a school or with a licensed childcare provider, or to participate in activities of the school or licensed child care provider
- Attend parent-teacher conferences
- Volunteer or otherwise be involved in school activities
- Attend school-sponsored events
- To address a child care provider or school emergency
- To address behavioral or discipline problems
- Closure or unexpected unavailability of the school or childcare provider,
- excluding planned holidays
- A natural disaster, including, but not limited to, fire, earthquake or flood

If more than one parent of a child is employed by TELUS International, the entitlement of this policy shall apply only to the parent who first gives notice to their leader unless both Team Members obtain the appropriate approval for the requested time off.

All Team Members must exhaust any remaining PTO before taking unpaid leave under this policy.

## Volunteer Emergency Responder Leave (applicable in certain states)

In accordance with applicable state law, the Company shall grant to a Team Member paid or unpaid leaves of absence to assist with volunteer emergency responder activities leave. Please contact Human Resources to find out if your state offers any benefits.



TELUS000098

## Solicitations, Distributions and Use of Bulletin Boards

In an effort to ensure a productive and harmonious work environment, persons not employed by TELUS International may not solicit or distribute literature in our workplace at any time for any purpose. While we recognize that Team Members have interests and events and organizations outside the workplace, you will not be permitted to solicit or distribute literature concerning outside activities on TELUS International property in work areas during work time.

To govern the solicitation of Team Members or the distribution of literature to Team Members on TELUS International property, the following rules have been established:

- Solicitation by team members is prohibited when the person soliciting or the person being solicited is on working time
- Distribution of literature by Team Members in work areas is prohibited at all times
- Solicitation or distribution of literature by non-Team Members on TELUS International premises is prohibited at all times
- Distribution of literature by Team Members is prohibited when the person distributing literature or the person to whom literature is being distributed is on working time

Working time does not include meal or rest periods, or other periods in which you are not on duty.

All TELUS International facilities will have a bulletin board that is used to provide essential communications and information to Team Members. The bulletin boards are only for TELUS International business, such as to provide information regarding legal regulations, TELUS International policies and procedures, facility events, job postings, and notices of business interest. Human Resources and management are the only individuals permitted to post items on the bulletin board. TELUS International does not allow posters of any kind that are not related to TELUS International or client business. Team Members are prohibited from removing, altering, or defacing any posting on the Company bulletin boards.



## Visitors

In order to ensure the safety and security of TELUS International Team Members, clients, and property, all non-Team Members on Company property must be issued a pass by the appropriate administrative Team Member, on-duty security or front office coordinator. Passes shall be properly designated as "Visitor." All visitors must sign in and out according to the prescribed register.

Any unauthorized visitor failing to secure a pass will be asked to leave the premises until one can be obtained. Please provide 72 hour notice to Security prior to arrival. Children, family members and other visitors of Team Members for reasons other than a drop off or pick up may only be in the center if pre-approved by a member of senior management.

## Adverse Weather Conditions

It is the policy of TELUS International to remain open during most periods of inclement weather or natural disasters; however, where extraordinary circumstances warrant, the Company reserves the right to close the facility. Regardless of whether the facility is open or closed, it is each Team Member's decision as to whether they will show up for work during such weather. If a Team Member elects not to work on a given day, the Team Member must call their leader as soon as possible to allow for adequate coverage. Accrued PTO may be used in lieu of unpaid time due to inclement weather.

## Expense Policy & Guidelines

The TELUS Employee Expense Policy defines the allowable Company-paid expenses that can be incurred by, or reimbursed to, Team Members while carrying out authorized work assignment. Team members must have approval before incurring any business expenses on behalf of the company. Please contact your direct leader regarding the TELUS International expense policy.



TELUS000100

# Mutual Agreement to Arbitrate Claims

I recognize that differences may arise between TELUS International and/or any current and former owners, partners, members, officers, directors, employees, representatives and agents, all parent companies, subsidiaries and affiliated entities, all benefit plans and benefit plan sponsors, fiduciaries, administrators, and all successor and assigns of any of them (collectively and individually, the "Company"), and me during or following my employment with the Company.  I understand that, by signing this Mutual Agreement to Arbitrate Claims (the "Agreement"), both the Company and I are agreeing to resolve any differences between us (except as specifically excepted below) through the binding arbitration procedures explained below.

**Informal Dispute Resolution Requirement.** If a dispute arises out of or relates to my employment, I agree to attempt to resolve the dispute in good faith through amicable negotiations. I agree that such good faith negotiations may occur face-to-face or virtually with a company representative with authority to resolve the matter in dispute. If the parties are unable to resolve the dispute within 30 days (or such period as the parties shall otherwise agree), then any such dispute shall be resolved via binding arbitration as set forth herein.

**Claims Covered by this Agreement**. To the maximum extent allowed by law, the Company and I mutually consent to the resolution by binding arbitration of all claims or causes of action, except as provided below, that the Company may have against me or that I may have against the Company under any federal, state or local law including, but not limited to: any and all claims arising from my employment at TELUS International; claims for breach of any contract or covenant; tort claims; claims for discrimination or harassment of any kind under law; claims for retaliation; claims for violation of public policy; claims for unpaid wages or other wage claims including, but not limited to, claims for overtime pay, meal and rest periods, pay stub violations, minimum wage, back wages, sick leave and vacation leave; claims for violation of any federal, state, local or other law, statute regulation or ordinance, including, but not limited to, all claims arising under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Americans with Disabilities Act of 1990, as amended, the Fair Labor Standards Act, the Equal Pay Act, the Family and Medical Leave Act and any applicable state laws.

**Claims Not Covered by this Agreement.** This Agreement does not apply to claims for workers' compensation or unemployment compensation benefits, claims which fall within the jurisdiction of small claims court or any other claim not subject to arbitration under applicable law. I understand that I may bring issues to the attention of federal, state or local government agencies, which, if the



101

law allows, can seek relief against the Company on my behalf. Also, this Agreement shall not prohibit the Company or me from filing a claim against the other with any federal, state or local government agency.

**Waiver of Right to Class Actions.** I understand that, by signing this Agreement, both the Company and I are giving up any right we may have to participate in a class action or proceeding to the extent permitted by applicable law.  Accordingly, the Company and I may only bring claims against each other in our individual capacities, and neither of us may bring claims against the other as a plaintiff or member in any purported class action or proceeding, unless applicable law holds to the contrary. Furthermore, unless the Company and I agree in writing otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a class action proceeding.

**Federal Arbitration Act Governs.** This Agreement to arbitrate is subject to and governed by the Federal Arbitration Act, 9 U.S.C. Section 1 *et seq.* ("FAA"). State arbitration laws do not apply or govern this Agreement in any respect unless specifically referenced herein.

**Arbitration Procedures.** The Company and I agree that any arbitration shall be in accordance with and under the auspices and rules of the Judicial Arbitration and Mediation Services, Inc. ("JAMS") for the resolution of employment disputes, unless the parties mutually agree to use a different dispute resolution service. The JAMS Employment Arbitration rules & Procedures may be found on JAMS' website at: https://www.jamsadr.com/rules-employment-arbitration/.

The arbitration shall take place in the county where the Company last employed me. This Agreement will be governed by the laws in the state where the Company last employed me. The arbitrator shall be neutral and will be selected by the mutual agreement of the parties.

The arbitrator shall have the authority to grant any party all remedies otherwise available by law, including injunctions, but the arbitrator shall not have the power to grant any remedy that would not be available in state or federal court. The arbitration shall provide for written discovery and depositions as provided in the Federal Rules of Civil Procedure, keeping in mind the goal of achieving a prompt, efficient and affordable process, and for written decision by the arbitrator that includes the essential findings and conclusions upon which the decision is based. The arbitrator's decision must be issued no later than thirty (30) days after a dispositive motion is heard and/or an arbitration hearing has been completed. The arbitrator's decision regarding the claims shall be final and binding upon the parties and shall be enforceable in any court having jurisdiction thereof.



TELUS000102

The arbitrator shall have the exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Agreement including, but not limited to, any claim that all or any part of this Agreement is void or voidable.

**Arbitration Fees and Costs.** I will be required to pay an arbitration fee to initiate any arbitration equal to what I would be charged as if I filed a case in court. To the extent permitted by law, the Company shall pay for the costs of the arbitrator to the extent such costs exceed what would otherwise be incurred in a court proceeding if a judgment is obtained against the Company at the conclusion of the arbitration. However, to the extent permissible under applicable law, and following the arbitrator's ruling on the matter, the arbitrator may rule that the arbitrator's fees and costs be distributed in an alternative manner. Each party shall pay its own or his/her own costs and attorneys' fees, if any. If, however, if any party prevails on a statutory claim that affords the prevailing party attorneys' fees, the arbitrator may award attorneys' fees to the prevailing party to the extent permitted by applicable law.

**Modification/Entire Agreement.** This Agreement to arbitrate shall survive the termination of my employment. It can only be revoked or modified by a writing signed by the parties that specifically states an intent to revoke or modify this Agreement. I also understand this Agreement does not invalidate or supersede any prior arbitration agreement I may have signed with the Company and shall be a continuation of my commitment to mutually agree to arbitrate claims and waive my right to class actions.

**Severability.** If any provision of this Agreement, is found to be unenforceable, in whole or in part, such finding shall not affect the validity of the remainder of this Agreement and this Agreement shall be reformed to the greatest extent possible to ensure that the resolution of all conflicts between the parties as described herein are resolved by neutral, binding arbitration.

**Violation of this Agreement**. Should either party to this Agreement pursue any arbitrable dispute by any method other than arbitration, the other party shall recover from the initiating party all damages, costs, expenses and attorneys' fees incurred as a result of such action or proceeding

**Not an Employment Agreement.** This Agreement does not alter the at will status of my employment.

**I acknowledge that I have carefully read this Agreement and that I understand its terms. I understand that, by signing this Agreement, both the Company and I are giving up any right we may have to a jury trial on all claims we may have against each other.**



TELUS000103

## Acknowledgement Page

Human Resources has prepared this handbook as a guide for policies and general information and expectations regarding Team Member conduct, performance and behavior which should assist you during your employment with TELUS International. TELUS International Human Resources reserves the right to make changes in content or application of its policies as it deems appropriate except the at-will employment relationship and the parties agreement to arbitrate. Any previous policies or procedures on the subjects in the handbook are replaced and superseded by the terms of this handbook. Neither this handbook, nor any other Company communication or practice, are intended to create an employment contract, nor are they to be construed to constitute contractual obligations of any kind between you and TELUS International except the agreement to arbitrate. It is also understood that nothing in this handbook or any other policy or communication changes the fact that employment is at-will for an indefinite period and may be separated at any time without cause and without notice by you, or TELUS International. Nothing in this handbook alters or changes your at-will employment status.

I understand that the provisions of the handbook have been developed at the discretion of management and may be supplemented, revised or rescinded at any time, at TELUS International's sole and absolute discretion with or without notice.

I understand that no Team Member or representative of TELUS International, other than the TELUS International Board of Directors, has any authority to enter into an employment contract or to change the at-will employment relationship, or to make any agreement contrary to the foregoing. I understand that the Board of Directors is not authorized to make such contracts, changes, or agreements orally, and can only do so in writing.

I acknowledge receipt of the Team Member handbook, and understand that my continued employment constitutes acceptance of any changes that may be made in content or application of the handbook.

By signing below I acknowledge that I have been provided this handbook which contains important information on TELUS International's general policies and my responsibilities as a Team Member. I also understand I am expected to read, understand, and adhere to TELUS International policies. If I do not understand the material or have questions related to the material in the handbook, I must contact my leader or Human Resources.

By clicking accept, I also consent to signing or acknowledging TELUS International documents electronically, and I agree that my electronic signature will have the same legal effect as a hand-written signature.



TELUS000104

| VERSION UPDATES | | | |
|---|---|---|---|
| **Version No.** | **Effective Date** | **Prepared By** | **Approved By** |
| 2.0 | June 1, 2022 | Human Resources Law & Governance | Same |

Appendix A: Responsibilities

**TELUS International**

- Making team members, and contractors who are subject to it, aware of this Policy, implementing this Policy, and providing training

- Taking action to correct Unacceptable Behavior and prevent recurrence

- Ensuring the health and safety of team members through supervision and management in accordance with health and safety obligations and this Policy

- Protecting team members from Retaliation and providing support to team members when Unacceptable Behavior has occurred

- Taking reasonable precautions in the circumstances for the protection of a team member  if TELUS International becomes aware that a team member's personal safety is in jeopardy,  including in circumstances where an intimate or domestic partner relationship would likely  expose a team member to physical injury in the workplace

- Compliance with applicable provincial and federal Human Rights or Health & Safety legislation


**Human Resources**

- Supporting the TELUS International team in building a strong culture of inclusiveness and  respect in the workplace by facilitating proactive and creative outcomes to workplace conflicts  through education, consultation, mediation and investigation

- Maintaining records as required by this Policy

- Reviewing, updating and implementing this Policy as required, and in accordance with legislative requirements

- Investigating complaints brought to the attention of TELUS International by team members

- Conducting investigations thoroughly and impartially, or overseeing investigations where applicable



TELUS000105

- Providing guidance or recommendations for resolving unhealthy conflicts or Unacceptable behavior
- For team members within the scope of the Canada Labor Code, Human Resources is the Designated Recipient for reports of Workplace Violence & Harassment

**All team members**

- Creating and maintaining a respectful workplace through their own conduct; treating others with dignity and respect
- Understanding this Policy and supporting or participating in training
- Complying with this Policy and refraining from engaging in Unacceptable Behavior
- Speaking up in a timely way to report observations or experiences when Unacceptable Behavior occurs, regardless of who is involved, or their position in the organization
- Intervening promptly, and taking action where reasonable and safe to do so, to address Unacceptable Behavior, even when the team member is not directly involved
- Consulting with Human Resources or filing a complaint through the Ethics Line or the Incident Form located in Ethics Hub as needed to resolve workplace issues as early as possible
- Supporting, including cooperating fully with, the resolution and investigation of complaints, including by being truthful and forthright
- Maintaining confidentiality
- Cooperating in reaching and implementing resolutions under this Policy including disciplinary measures, corrective action, and restoration of a safe, positive and professional work environment, where necessary.



TELUS000106