*Last paper received car accident. After HR called*

STD Claim Manager: Erin
Phone: 888.842.4462

12/05/2022

Plan/Policy Number: VDT 961718
Plan/Policyholder: TELUS International, US
Administered by: Life Insurance Company of North America

STD Incident #: 13196008
FML Leave ID #: 199163323108

Re: Leave Status Determination

Dear David Islas,

We received your leave of absence request for Employee Health Condition.

The following decision has been made for your leave request:

| Plan | Absence Type | From | Through* | Status | Reason |
|------|-------------|------|----------|--------|--------|
| FMLA | Continuous Leave | 10/14/2022 | 10/13/2023 | Denied | Certification Not Returned |
| STD | Continuous Leave | 10/14/2022 | 10/13/2023 | Denied | Denied |

*If you did not know your leave end date when you filed your leave, the "Through" date listed above is a default date.

| Plan | Time Used as of 12/05/2022 * | Time Remaining as of 12/05/2022 * |
|------|------------------------------|-----------------------------------|
| FMLA | 0 hour(s) / 0 week(s) | 480 hour(s) / 12 week(s) |
| STD | | |

Page 1 of 2

© 2021, New York Life Insurance Company, New York, NY. All rights reserved. NEW YORK LIFE and the New York Life box logo are registered trademarks of New York Life Insurance Company. New York Life Group Benefit Solutions products and services are provided by Life Insurance Company of North America and New York Life Group Insurance Company of NY, subsidiaries of New York Life Insurance Company.

01926 5744570 006501 013001 0002/0004