**Outlook**

---

### Re: Islas v. Telus - Case No. A-24-904438-C - Extension to file response to Complaint

---

| | |
|---|---|
| **From** | Paul Wolfram <pwolfram@acelawgroup.com> |
| **Date** | Wed 11/20/2024 10:50 AM |
| **To** | Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com> |
| **Cc** | Branson, Katy <KBranson@littler.com> |

Extension to December 6, 2024 is fine with us, we will adjust our calendars.

Sincerely,

Paul H. Wolfram, Esq.
Attorney

**KANG & ASSOCIATES, PLLC**
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail [pwolfram@acelawgroup.com](mailto:pwolfram@acelawgroup.com)
[www.acelawgroup.com](http://www.acelawgroup.com)

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

---



[Discrimination and Harassment | Lawyer in Las Vegas | Personal Injury Attorney](http://www.acelawgroup.com)

Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.

www.acelawgroup.com

---

**From:** Rodriguez, Maribel <MRodriguez@littler.com>
**Sent:** Wednesday, November 20, 2024 9:51 AM
**To:** Megan Kay <mkay@acelawgroup.com>
**Cc:** Paul Wolfram <pwolfram@acelawgroup.com>; Branson, Katy <KBranson@littler.com>
**Subject:** Islas v. Telus - Case No. A-24-904438-C - Extension to file response to Complaint

Good Morning Megan,

Per our recent phone conversation, Littler Mendelson has been retained to represent Telus International in the above-referenced matter.  We hereby request an extension until December 6, 2024, to file a response to the Complaint.

Thank you for your consideration in this matter and we look forward to your response.

**Maribel Rodriguez**
Attorney Practice Coordinator
702.862.7715 direct, 816.898.4918 mobile, 702.862.8811 fax
MRodriguez@littler.com



**Fueled by ingenuity. Inspired by you.**

Labor & Employment Law Solutions | Local Everywhere
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.