**Outlook**

---

## Fw: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

**From** Paul Wolfram <pwolfram@acelawgroup.com>

**Date** Mon 12/30/2024 3:57 PM

**To** Jhana Richardson <jrichardson@acelawgroup.com>

---

Sincerely,

Paul H. Wolfram, Esq.
Attorney

**KANG & ASSOCIATES, PLLC**
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

---



[Discrimination and Harassment | Lawyer in Las Vegas | Personal Injury Attorney](www.acelawgroup.com)

Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.

www.acelawgroup.com

---

**From:** Paul Wolfram <pwolfram@acelawgroup.com>
**Sent:** Friday, December 13, 2024 4:59 PM
**To:** Branson, Katy <KBranson@littler.com>
**Cc:** Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>; Forsythe, Lauren <LForsythe@littler.com>
**Subject:** Re: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Hi Katy,

Thank you for your patience on this matter. After speaking with my client, we would not stipulate to arbitration and would oppose attempts to compel arbitration. Let me know if you want to discuss this matter at all.

We will be done with trial today, but I should be available early next week.


Sincerely,

Paul H. Wolfram, Esq.
Attorney

**KANG & ASSOCIATES, PLLC**
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.



[Discrimination and Harassment | Lawyer in Las Vegas | Personal Injury Attorney](www.acelawgroup.com)

Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.

www.acelawgroup.com

---

**From:** Paul Wolfram <pwolfram@acelawgroup.com>
**Sent:** Friday, December 13, 2024 8:39 AM
**To:** Branson, Katy <KBranson@littler.com>
**Cc:** Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>; Forsythe, Lauren <LForsythe@littler.com>
**Subject:** Re: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Katy,

I speak with my client this morning, I will have a response by end of day.


Sincerely,

Paul H. Wolfram, Esq.
Attorney

**KANG & ASSOCIATES, PLLC**
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468

E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.



Discrimination and Harassment | Lawyer in Las Vegas | Personal Injury Attorney

Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.

www.acelawgroup.com

---

**From:** Branson, Katy <KBranson@littler.com>
**Sent:** Thursday, December 12, 2024 4:46 PM
**To:** Paul Wolfram <pwolfram@acelawgroup.com>
**Cc:** Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>; Forsythe, Lauren <LForsythe@littler.com>; Rodriguez, Maribel <MRodriguez@littler.com>; Forsythe, Lauren <LForsythe@littler.com>
**Subject:** Re: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Can you provide a basis for that position, however preliminary? Per court order we have to advise by 12/17 which is when our responsive pleading is due. To preserve fees on BOTH sides, we have given a significant amount of time for you to consult with your client prior to engaging in motion practice, even with your busy schedule, but now that is putting us in a bind. Please advise as soon as possible.

Katy Branson
(725) 295-5091 (c)
(702) 862-7730 (o)

Sent from my iPhone

> On Dec 12, 2024, at 4:33 PM, Paul Wolfram <pwolfram@acelawgroup.com> wrote:

Katy,

We just closed on trial today which unfortunately means I haven't had a chance to discuss with my client. My initial reaction was to not stipulate, and have the Court decide, but I would have to get more information from my client before I can fully take that position. I will try and have a conversation with him this week or early next week.

Sincerely,

Paul Wolfram
Attorney
*Sent from my mobile device, please excuse any typos

**From:** Branson, Katy <KBranson@littler.com>
**Sent:** Thursday, December 12, 2024 1:24:27 PM
**To:** Paul Wolfram <pwolfram@acelawgroup.com>; Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** RE: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Hi Paul,

In follow-up to the message I left with your office, specifically with Hailee (sp?), I wanted to know if you and your client will stipulate to move this case to arbitration based on the documents we provided. Please let me know at your earliest convenience, because if not, we still have to draft a motion to compel arbitration and run it by our client before the fast-approaching December 17 deadline.

Thanks,
Katy

**Katy Branson**
Shareholder
702.862.7730 direct, 725.295.5091 mobile, 702.920.8450 fax
KBranson@littler.com

Pronouns: She/Her

<image001.png>

<image002.png>

Labor & Employment Law Solutions | Local Everywhere
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

**From:** Paul Wolfram <pwolfram@acelawgroup.com>
**Sent:** Thursday, December 5, 2024 12:06 PM
**To:** Rodriguez, Maribel <MRodriguez@littler.com>; Branson, Katy <KBranson@littler.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** Re: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Thank you, everyone.

Katy,

I will review these this week or over the weekend, and try to have a conversation with my client next week.

Sincerely,

Paul H. Wolfram, Esq.
Attorney

**KANG & ASSOCIATES, PLLC**
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your

workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

| | |
|---|---|
| <~WRD0068.jpg> | **Discrimination and Harassment \| Lawyer in Las Vegas \| Personal Injury Attorney**<br><br>Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.<br><br>www.acelawgroup.com |

**From:** Rodriguez, Maribel <MRodriguez@littler.com>
**Sent:** Thursday, December 5, 2024 11:39 AM
**To:** Branson, Katy <KBranson@littler.com>; Paul Wolfram <pwolfram@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** RE: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Good Day,

Per Katy's email below, attached please find a copy of the bates stamped handbook and acknowledgment history.

Thank you.


**Maribel Rodriguez**
Attorney Practice Coordinator
702.862.7715 direct, 816.898.4918 mobile, 702.862.8811 fax
MRodriguez@littler.com

<image001.png>

<image002.png>


Labor & Employment Law Solutions | Local Everywhere
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

**From:** Branson, Katy <KBranson@littler.com>
**Sent:** Thursday, December 5, 2024 11:30 AM
**To:** Paul Wolfram <pwolfram@acelawgroup.com>; Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** RE: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Thanks, Paul – we filed the stip as you probably saw.

Since we are not in discovery, we did not see the need to produce the entire handbook, as the agreement was at the end, and I can represent to you as a member of the Court that this arbitration agreement is the 2022 version your client signed. We also provided all of the acknowledgments to show he acknowledged the arbitration provision not just once, but multiple times throughout his employment. Nonetheless, and again in an effort to preserve fees and costs and avoid motion practice, we are sending along the 2022 handbook with the arbitration provision at the end, and the acknowledgments (under separate cover, to follow this email). We Bates-stamped the documents for organizational purposes as we would be producing them later on anyway.

Thanks,
Katy

**Katy Branson**
Shareholder
702.862.7730 direct, 725.295.5091 mobile, 702.920.8450 fax
KBranson@littler.com

Pronouns: She/Her

<image001.png>

<image002.png>

Labor & Employment Law Solutions | Local Everywhere
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

**From:** Paul Wolfram <pwolfram@acelawgroup.com>
**Sent:** Thursday, December 5, 2024 9:33 AM
**To:** Branson, Katy <KBranson@littler.com>; Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** Re: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Katy,

I have no edits, you can affix my e-signature.

As to the arbitration agreement: For me to fairly evaluate it, I will need the full employee handbook. As I said previously, it appears this was included in a handbook with at least 104 pages. There also are two separate authorizations for the arbitration agreement, signed approximately 18 months apart and referencing two different versions of the handbook. Based on the information provided, I have no way of knowing whether the arbitration agreement authorization, and the arbitration agreement provision, relates to the 2021 acknowledgement or the 2022 acknowledgement.

I cannot fairly evaluate the agreement and discuss with my client considering the above.

Sincerely,

Paul H. Wolfram, Esq.
Attorney

**KANG & ASSOCIATES, PLLC**
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

<~WRD0068.jpg>    Discrimination and Harassment | Lawyer in Las Vegas | Personal Injury Attorney

Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.

www.acelawgroup.com

**From:** Branson, Katy <KBranson@littler.com>
**Sent:** Wednesday, December 4, 2024 4:36 PM
**To:** Paul Wolfram <pwolfram@acelawgroup.com>; Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** RE: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Hi Paul – are you good with the attached stip?

**Katy Branson**
Shareholder
702.862.7730 direct, 725.295.5091 mobile, 702.920.8450 fax
KBranson@littler.com

Pronouns: She/Her

<image001.png>

<image002.png>

Labor & Employment Law Solutions | Local Everywhere
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

**From:** Branson, Katy
**Sent:** Wednesday, December 4, 2024 1:23 PM
**To:** Paul Wolfram <pwolfram@acelawgroup.com>; Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** RE: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

It's just the handbook so I extracted it.

**Katy Branson**
Shareholder
702.862.7730 direct, 725.295.5091 mobile, 702.920.8450 fax
KBranson@littler.com

Pronouns: She/Her

<image001.png>

<image002.png>

Labor & Employment Law Solutions | Local Everywhere
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

**From:** Paul Wolfram <pwolfram@acelawgroup.com>
**Sent:** Wednesday, December 4, 2024 1:21 PM
**To:** Branson, Katy <KBranson@littler.com>; Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** Re: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Thank you Katy, I will review. I see the arbitration agreement appears to begin on page 101. Would you be willing to send us the remainder of the document?

Sincerely,

Paul Wolfram
Attorney
*Sent from my mobile device, please excuse any typos

---

**From:** Branson, Katy <KBranson@littler.com>
**Sent:** Wednesday, December 4, 2024 12:33:23 PM
**To:** Paul Wolfram <pwolfram@acelawgroup.com>; Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** RE: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Yes of course, that is a reasonable request.  I think we should make the extension 12/17, as that is the Court's deadline by which we have to inform it as to whether or not the case is subject to arbitration and that seems to make logical sense.  We can regroup as needed.  If we stipulate to remove to arbitration, we should be doing it before that date.  If not, we will have to file our motion to compel arbitration by that date and will move to stay the case pending a ruling on the motion to compel arbitration.

Attached is the stipulation for the extension if you agree.

Attached is also the arbitration agreement and your client's acknowledgment history.

Thanks,
Katy

**Katy Branson**
Shareholder
702.862.7730 direct, 725.295.5091 mobile, 702.920.8450 fax
KBranson@littler.com

Pronouns: She/Her

<image001.png>

<image002.png>

Labor & Employment Law Solutions | Local Everywhere
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

**From:** Paul Wolfram <pwolfram@acelawgroup.com>
**Sent:** Tuesday, December 3, 2024 6:51 PM
**To:** Branson, Katy <KBranson@littler.com>; Rodriguez, Maribel <MRodriguez@littler.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** Re: Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Katy,

For the arbitration agreement, I am happy to discuss stipulating to arbitration with my client; however, would you be able to send me the full agreement which my client signed? I can review that and speak with him.

While this is pending, I have no issue in extending the time to Answer. Is two weeks sufficient? Or would you want to push it to after the Christmas holiday, I know scheduling can cause some issues with that.

Sincerely,

Paul H. Wolfram, Esq.
Attorney

**KANG & ASSOCIATES, PLLC**
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146

P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

| | |
|---|---|
| <~WRD0068.jpg> | **Discrimination and Harassment \| Lawyer in Las Vegas \| Personal Injury Attorney** <br><br> Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113. <br><br> www.acelawgroup.com |

---

**From:** Branson, Katy <KBranson@littler.com>
**Sent:** Tuesday, December 3, 2024 2:02 PM
**To:** Rodriguez, Maribel <MRodriguez@littler.com>; Paul Wolfram <pwolfram@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>
**Cc:** Forsythe, Lauren <LForsythe@littler.com>
**Subject:** Islas v. Telus - Case No. A-24-904438-C - Arbitration Agreement

Hi Paul,

To follow-up on the call I just had with your colleague, Joey, I understand you are in trial.

We have an arbitration agreement in this case.  I was calling to see if your client would be willing to stipulate to move this case to arbitration rather than incur fees to move to compel arbitration, and I would like to discuss with you on the phone please.  Also, I understand with your trial you would need some time to discuss this with your client, which is fine, but that would necessitate an extension of time on our end to respond to the Complaint so that Telus does not waive its right to pursue arbitration by litigating this matter in court.  Our response is currently due **Monday, December 9**.

I look forward to hearing from you.  My contact phone numbers are below, please feel free to call me after hours as needed to accommodate your trial schedule.

Katy

**Katy Branson**
Shareholder
702.862.7730 direct, 725.295.5091 mobile, 702.920.8450 fax
KBranson@littler.com

Pronouns: She/Her

<image001.png>

<image002.png>

Labor & Employment Law Solutions | Local Everywhere
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for

the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.