**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
pkang@acelawgroup.com
filing@acelawgroup.com
P: 702.333.4223
F: 702.507.1468
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID ISLAS, an Individual,<br><br>             Plaintiff,<br><br>  v.<br><br>TELUS INTERNATIONAL (U.S.) CORP.,<br>a Foreign Corporation; DOES 1 Through<br>25, inclusive; and ROE CORPORATIONS<br>1 Through 25, inclusive,<br><br>             Defendants. | Case No.:  2:24-cv-02230-MDC<br><br><br>**JOINT STATUS REPORT** |

ACE LAW GROUP

[1]

ACE LAW GROUP

**JOINT STATUS REPORT**

Pursuant to this Court's December 3, 2024, Minute Order in Chambers (Docket No. 5), Plaintiff, DAVID ISLAS, and Defendant TELUS INTERNATIONAL (U.S.) CORP., by and through their respective attorneys of record, hereby submit the following Joint Status Report:

**1.  Status of Action**

The action was originally brought on October 22, 2024, in the Eighth Judicial District Court for Clark County, under case No. A-24-904438-C. Defendant was served with the summons and complaint on October 29, 2024. On or about December 2, 2024, Defendant Petitioned for Removal to this Court. On December 3, 2024, a Minute Order from the chambers of the Honorable Judge Maximiliano D. Couvillier III ordered the Statement Regarding the Removed Action and the Joint Status Report. On December 18, 2024, Defendant filed its Statement Regarding Removal.

**2. Action Required from the Court**

Plaintiff filed a Motion to Remand to State Court on December 17, 2024. It is currently being briefed by the parties and is pending determination by the Court.

Defendant filed a Motion to Compel Arbitration and Stay Proceedings on December 18, 2024.  It is currently being briefed by the parties and is pending determination by the Court.

Dated this 2nd day of January, 2025                    Dated this 2nd day of January, 2025

Respectfully submitted,                                         Respectfully submitted,

/s/ Paul H. Wolfram, Esq.                                      /s/ Z. Kathryn Branson, Esq.
PATRICK W. KANG, ESQ.                                  Z. KATHRYN BRANSON, ESQ.
KYLE R. TATUM, ESQ.                                       LITTLER MENDELSON, P.C
PAUL H. WOLFRAM, ESQ.                               3960 Howard Hughes Parkway, Suite 300
ACE LAW GROUP                                              Las Vegas, Nevada 89169
*Attorneys for Plaintiff David Islas*                       *Attorneys for Defendant TELUS International (U.S.) Corp.*

[2]

 Outlook

---

## Re: Case No.: 2:24-cv-02230-MDC-Islas vs. Telus International (U.S.)- Proposed Joint Status Report

---

**From** Paul Wolfram <pwolfram@acelawgroup.com>

**Date** Tue 12/31/2024 10:56 AM

**To** Branson, Katy <KBranson@littler.com>; Jhana Richardson <jrichardson@acelawgroup.com>; Forsythe, Lauren <LForsythe@littler.com>

**Cc** Rodriguez, Maribel <MRodriguez@littler.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>; hcaifano acelawgroup.com <hcaifano@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>

Thank you,

We will accept the changes and submit.

Sincerely,

Paul H. Wolfram, Esq.
Attorney

**KANG & ASSOCIATES, PLLC**
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

---



Discrimination and Harassment | Lawyer in Las Vegas | Personal Injury Attorney

Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.

www.acelawgroup.com

---

**From:** Branson, Katy <KBranson@littler.com>
**Sent:** Tuesday, December 31, 2024 10:42 AM
**To:** Jhana Richardson <jrichardson@acelawgroup.com>; Forsythe, Lauren <LForsythe@littler.com>
**Cc:** Rodriguez, Maribel <MRodriguez@littler.com>; Paul Wolfram <pwolfram@acelawgroup.com>; pkang acelawgroup.com

<pkang@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>; hcaifano acelawgroup.com <hcaifano@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>
**Subject:** RE: Case No.: 2:24-cv-02230-MDC-Islas vs. Telus International (U.S.)- Proposed Joint Status Report

Hi,

Please also copy Lauren Forsythe, the other attorney on this matter.  I made minor changes.  With these changes, you have my approval to affix my signature and file.

Katy

**Katy Branson**
Shareholder
702.862.7730 direct, 725.295.5091 mobile, 702.920.8450 fax
KBranson@littler.com

Pronouns: She/Her



**Fueled by ingenuity. Inspired by you.**

Labor & Employment Law Solutions | Local Everywhere
3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5937

**From:** Jhana Richardson <jrichardson@acelawgroup.com>
**Sent:** Friday, December 27, 2024 2:34 PM
**To:** Branson, Katy <KBranson@littler.com>
**Cc:** Rodriguez, Maribel <MRodriguez@littler.com>; Paul Wolfram <pwolfram@acelawgroup.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>; hcaifano acelawgroup.com <hcaifano@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>
**Subject:** Case No.: 2:24-cv-02230-MDC-Islas vs. Telus International (U.S.)- Proposed Joint Status Report

Good Afternoon Ms. Branson,

Please see attached the Joint Status Report in this matter. Please track any changes you may have and let us know if we may submit to the court with your e-signature. Thank You!

Sincerely,
*Jhana Richardson*
Senior Paralegal

KANG & ASSOCIATES, PLLC
d/b/a ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
Korean Hot Line: 702.493.4047
E-Mail jrichardson@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of KANG & ASSOCIATES, PLLC, or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not

intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.

## Discrimination and Harassment | Lawyer in Las Vegas | Personal Injury Attorney

Located in Las Vegas, Ace Law Group offers aggressive representation for personal injury and employment law cases. Free consult. 702-605-3113.

www.acelawgroup.com

------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.