Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811
kbranson@littler.com

Attorney for Defendant
TELUS INTERNATIONAL (U.S.) CORP.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID ISLAS, an Individual,<br><br>    Plaintiff,<br><br> v.<br><br>TELUS INTERNATIONAL (U.S.) CORP., a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-02230-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO REMAND**<br><br>**[FIRST REQUEST]** |

  Pursuant to LR IA 6-1 and LR 7-1, Plaintiff DAVID ISLAS ("Plaintiff") and Defendant TELUS INTERNATIONAL (U.S.) CORP. ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to Plaintiff's Motion to Remand ("Motion") from the current deadline of December 31, 2024, up to and including **January 7, 2025**.

  Such extension is necessary to allow Defendant sufficient time to respond to the allegations set forth in Plaintiff's Motion. Additionally, due to holiday closures, additional time is needed to allow Defendant to prepare the response.

1  This is the first request for an extension of time to respond to the Motion in this Court.
2  This request is made in good faith and not for the purpose of delay.
3
4  Dated: December 31, 2024                              Dated: December 31, 2024
5  Respectfully submitted,                               Respectfully submitted,
6
7  /s/ Paul H. Wolfram
   PATRICK W. KANG, ESQ.                                 Z. KATHRYN BRANSON, ESQ.
8  KYLE R. TATUM, ESQ.                                   LITTLER MENDELSON P.C.
   PAUL H. WOLFRAM, ESQ.
9  KANG & ASSOCIATES, PLLC                               *Attorneys for Defendant*
                                                         TELUS INTERNATIONAL (U.S.) CORP.
10
   *Attorney for Plaintiff*
11 DAVID ISLAS

12
                                          **IT IS SO ORDERED.**
13
   Dated:  1//3/2025
14
15
16
17                                        _____
                                          Hon. Maximiliano D. Couvillier III
18                                        United States Magistrate Judge