# EXHIBIT "A"

EXHIBIT "A"

Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
kbranson@littler.com

Attorney for Defendant
TELUS INTERNATIONAL (U.S.) CORP.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID ISLAS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>TELUS INTERNATIONAL (U.S.) CORP., a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-02230-MDC<br><br>District Judge: Maximiliano D. Couvillier III<br><br>**DECLARATION OF NOREEN SENDELBACH IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

I, Noreen Sendelbach, declare under penalty of perjury as follows:

1. I am over eighteen years of age and have personal knowledge of the matters set forth in this Declaration, except as to the matters stated upon information and belief, and as to those matters, I believe them to be true. I could and would competently testify about the information that this Declaration contains.

2. I am the Vice President of Human Resources and Total Rewards at TELUS International (U.S.) Corp. I have been in this role since January 2024, however have been employed

by the company since September 2017. This Declaration is made in support of Defendant's Opposition to Plaintiff's Motion to Remand. In my role as Vice President of Human Resources and Total Rewards, I have knowledge of the facts set forth in this declaration based on my review and knowledge of the business records.

3. I am familiar with the operations of TELUS and have access to information and reports maintained and generated in the ordinary course of business concerning Defendant's employees, operations, and business structure. I have knowledge of the facts set out below based on my personal knowledge and/or my review of business records and files of TELUS that are maintained according to its regular practices by individuals with knowledge of the events recorded and that capture events that occurred at or near the time the event was recorded.

4. TELUS is a corporation organized under the laws of Canada and the State of Washington. TELUS' corporate offices and headquarters, which house its executive and administrative functions, are located in Vancouver, Canada. Other administrative support functions of TELUS, including human resources, finance, and legal, are also directed, controlled, and coordinated and conducted primarily in Vancouver, Canada.

5. At all times mentioned in the Complaint, TELUS was, and still is, a Canadian and Washington corporation with its principal place of business in Vancouver, Canada, where its headquarters are located, where its corporate officers work, and where they direct, control and coordinate activities for TELUS.

6. Therefore, TELUS is not a citizen of Nevada.

7. At the date of his termination., Mr. Islas earned $15.00 per hour and worked an average of 40 hours per week.

/ / /

/ / /

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada the foregoing Declaration is true and correct.

Executed this 7 day of January, 2025 in Georgia.

Print: Noreen Sendelbach