# EXHIBIT 1

**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146

[13]

# Corporations and Charities Filing System

☰

## BUSINESS INFORMATION

Business Name:

TELUS INTERNATIONAL (U.S.) CORP.

UBI Number:

602 033 239

Business Type:

WA PROFIT CORPORATION

Business Status:

ACTIVE

Principal Office Street Address:

2251 SOUTH DECATUR BOULEVARD, LAS VEGAS, NV, 89102, UNITED STATES

Principal Office Mailing Address:

2251 SOUTH DECATUR BOULEVARD, LAS VEGAS, NV, 89102, UNITED STATES

Expiration Date:

04/30/2025

Jurisdiction:

UNITED STATES, WASHINGTON

Formation/ Registration Date:

04/28/2000

Period of Duration:

PERPETUAL

Inactive Date:

Nature of Business:

OTHER SERVICES, CONTACT CENTER

## REGISTERED AGENT INFORMATION

Registered Agent Name:

CORPORATION SERVICE COMPANY

Street Address:

300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES

Mailing Address:

300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ALBERTO | GALARZA |
| GOVERNOR | INDIVIDUAL | | MICHAEL | RINGMAN |
| GOVERNOR | INDIVIDUAL | | NICOLE | GUTIERREZ |

Back

| Filing History | Name History | Print | Return to Business Search |