# EXHIBIT 2

ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146

BA20241781558

B3094-1853 10/06/2024 10:40 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20241781558
Date Filed: 10/6/2024

Entity Details

| | |
|---|---|
| Corporation Name | TELUS INTERNATIONAL (U.S.) CORP. |
| Entity No. | 4669462 |
| Formed In | WASHINGTON |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS, NV 89102 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS, NV 89102 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | None |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| + Nicole Gutierrez | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS, NV 89102 | Secretary |
| + Michael Ringman | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS, NV 89102 | Chief Executive Officer, Chief Financial Officer |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|

Directors

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | Active |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B3094-1854 10/06/2024 10:40 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Nicole Gutierrez* | *10/06/2024* |
| Signature | Date |

California
Secretary of State

Business UCC Login

Home
Search
Forms
Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

***Basic Search***

- *A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

***Advanced Search***

- *An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*
- *An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

***Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function*

## TELUS INTERNATIONAL (U.S.) CORP. (4669462)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 12/01/2020 |
| *Status* | Forfeited - FTB |
| *Standing - SOS* | Good |
| *Standing - FTB* | Not Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Inactive Date* | 01/02/2025 |
| *Formed In* | WASHINGTON |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS, NV 89102 |
| *Mailing Address* | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS,NV89102 |
| *Statement of Info Due Date* | 12/31/2025 |
| *Agent* | 1505 Corporation<br>CSC - LAWYERS INCORPORATING SERVICE |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | BECKY DEGEORGE<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>KOY SAECHAO<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>NICOLE STAUSS<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>REBECCA VANG<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>ALEX JENKINS<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>WENDY HARRIS<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>MELISSA DEKOVEN<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>KACI RANSOM<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>ANNETTE KUHLMAN<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>JEROME SUAREZ<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |

Business UCC

Home
Search
Forms
Help

*certified record.*

*Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

Telus

Advanced

Results: 29

| Entity Information | Initial Filing Date | Status |
|---|---|---|
| CALL TEL-USA, INC. (1393815) | 12/11/1986 | Suspended - FTB |
| PETER TELUS INC. (2849283) | 01/10/2006 | Active |
| TELUS AGRICULTURE HOLDINGS (US) INC. (5368242) | 12/12/2022 | Active |
| TEL-US ANSWERING SERVICE (1510985) | 10/17/1989 | Suspended - FTB |
| TEL-US CALL CENTER, INC. (1445139) | 09/12/1988 | Active |
| TELUS COMMUNICATION, INC. (2824582) | 01/17/2006 | Terminated |
| TELUS COMMUNICATIONS (EDMONTON) INC. (1999033) | 01/10/1997 | Forfeited - FTB |

## TELUS INTERNATIONAL (U.S.) CORP. (4669462)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 12/01/2020 |
| *Status* | Forfeited - FTB |
| *Standing - SOS* | Good |
| *Standing - FTB* | Not Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Inactive Date* | 01/02/2025 |
| *Formed In* | WASHINGTON |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 2251 SOUTH DECATUR BOULEVARD LAS VEGAS, NV 89102 |
| *Mailing Address* | 2251 SOUTH DECATUR BOULEVARD LAS VEGAS,NV89102 |
| *Statement of Info Due Date* | 12/31/2025 |
| *Agent* | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | BECKY DEGEORGE 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>NICOLE STAUSS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>REBECCA VANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>ALEX JENKINS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>WENDY HARRIS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>MELISSA DEKOVEN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>KACI RANSOM 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>ANNETTE KUHLMAN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>JEROME SUAREZ 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |

Business UCC

Home

Search

Forms

Help

| | | |
|---|---|---|
| TELUS COMMUNICATIONS (U.S.) INC. (3513545) | 10/24/2012 | Active |
| TELUS COMMUNICATIONS INC. (1999032) | 01/10/1997 | Forfeited - FTB |
| TELUS COMMUNICATIONS, INC. (1584716) | 04/23/1987 | Suspended - FTB |
| TELUS GLOBAL, INC. (3764176) | 03/06/2015 | Terminated |
| TELUS GROUP INTERNATIONAL, INC. (1707045) | 05/22/1992 | Suspended - FTB |
| TELUS Health (California) Ltd (5590441) | 03/20/2023 | Inactive |
| TELUS Health (California) Ltd. (4245005) | 02/22/2019 | Active |
| TELUS Health (California) Ltd. (5730618) | 05/22/2023 | Inactive |
| TELUS HEALTH (US) LTD. (2893750) | 08/23/2006 | Active |
| TELUS INC (3183271) | 12/22/2008 | Forfeited - FTB |
| TELUS INTERNATIONAL (U.S.) CORP. (4669462) | 12/01/2020 | Forfeited - FTB |
| TELUS INTERNATIONAL AI ACQUISITION, INC. (5183042) | 08/02/2022 | Active |
| TELUS INTERNATIONAL HOLDING (U.S.A.) CORP. (4567040) | 02/14/2020 | Active |

## TELUS INTERNATIONAL (U.S.) CORP. (4669462)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 12/01/2020 |
| *Status* | Forfeited - FTB |
| *Standing - SOS* | Good |
| *Standing - FTB* | Not Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Inactive Date* | 01/02/2025 |
| *Formed In* | WASHINGTON |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS, NV 89102 |
| *Mailing Address* | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS,NV89102 |
| *Statement of Info Due Date* | 12/31/2025 |
| *Agent* | 1505 Corporation<br>CSC - LAWYERS INCORPORATING SERVICE |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | BECKY DEGEORGE<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>KOY SAECHAO<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>NICOLE STAUSS<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>REBECCA VANG<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>ALEX JENKINS<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>WENDY HARRIS<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>MELISSA DEKOVEN<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>KACI RANSOM<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>ANNETTE KUHLMAN<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>JEROME SUAREZ<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |

Business UCC

Home

Search

Forms

Help

| | | |
|---|---|---|
| TELUS MEDIA INC. (3385381) | 05/31/2011 | Terminated |
| TELUS Ventures (US) Inc. (6039777) | 01/04/2024 | Active |
| TELUS WIRELESS, INC. (2214806) | 04/04/2000 | Terminated |
| TEL-US, LTD. (198506600035) | 03/05/1985 | Active |
| TEL-US, LTD., INC. (949429) | 01/10/1980 | Suspended - FTB |
| TELUSCA HEALTH AND WELLNESS CENTER, INC. (3916372) | 06/15/2016 | Terminated |
| TELUSCOPIA INVESTMENT GROUP, LLC. (200916910019) | 06/16/2009 | Suspended - FTB |
| TELUSHI ENTERTAINMENT, INC. (2705201) | 09/14/2004 | Terminated |
| TELUSHI VENTURES LLC (200735510174) | 12/18/2007 | Suspended - FTB |

## TELUS INTERNATIONAL (U.S.) CORP. (4669462)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 12/01/2020 |
| *Status* | Forfeited - FTB |
| *Standing - SOS* | Good |
| *Standing - FTB* | Not Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Inactive Date* | 01/02/2025 |
| *Formed In* | WASHINGTON |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS, NV 89102 |
| *Mailing Address* | 2251 SOUTH DECATUR BOULEVARD<br>LAS VEGAS,NV89102 |
| *Statement of Info Due Date* | 12/31/2025 |
| *Agent* | 1505 Corporation<br>CSC - LAWYERS INCORPORATING SERVICE |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | BECKY DEGEORGE<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>KOY SAECHAO<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>NICOLE STAUSS<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>REBECCA VANG<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>ALEX JENKINS<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>WENDY HARRIS<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>MELISSA DEKOVEN<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>KACI RANSOM<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>ANNETTE KUHLMAN<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>JEROME SUAREZ<br>2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |