Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
kbranson@littler.com

Attorney for Defendant
TELUS INTERNATIONAL (U.S.) CORP.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ISLAS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>TELUS INTERNATIONAL (U.S.) CORP., a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-02230-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO RESCHEDULE HEARING (ECF #24)**<br><br>**[FIRST REQUEST]** |

Plaintiff DAVID ISLAS ("Plaintiff") and Defendant TELUS INTERNATIONAL (U.S.) CORP. ("Defendant"), by and through their respective counsel of record and hereby stipulate and agree to reschedule the Motion Hearing currently scheduled for February 7, 2025, at 9:30 am (ECF No. 24) because defense counsel is scheduled to be out of town on that date.  Counsel for the parties have met and conferred regarding availability and provide the following dates in accordance with the Court's clerk's instructions:

**February 13 (morning)**

**February 14 (morning)**

**February 20 (all day)**

**February 21 (all day)**

**Error! Unknown document property name.**

**February 24 (all day)**

**February 28 (all day)**

The parties additionally request that the supplemental briefing (per ECF No. 25) regarding Defendant's Motion to Compel Arbitration (ECF No. 11) also be rescheduled to a seven (7) calendar days in advance of the newly-scheduled hearing date.

The parties submit this request due to scheduling conflicts. It is made in good faith and not for the purpose of undue delay.

Dated: January 28, 2025

Respectfully submitted,

/s/ Paul H. Wolfram
PATRICK W. KANG, ESQ.
KYLE R. TATUM, ESQ.
PAUL H. WOLFRAM, ESQ.
KANG & ASSOCIATES, PLLC

*Attorney for Plaintiff*
DAVID ISLAS

Dated: January 28, 2025

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON P.C.

*Attorneys for Defendant*
TELUS INTERNATIONAL (U.S.) CORP.

### ORDER

The 2/7/2025 hearing (ECF No. 24) is continued to February 20, 2025 at 10:00am in Courtroom 3C. The Supplemental Briefs are due February 13, 2025.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 1/30/2025

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2

Error! Unknown document property name.