**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
P: 702.333.4223
F: 702.507.1468
pkang@acelawgroup.com
filing@acelawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ISLAS, an Individual; | Case No.: 2:24-cv-002230 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO REOPEN** |
| TELUS INTERNATIONAL (U.S.) CORP., a Foreign Corporation; DOES 1-25 inclusive; and ROE CORPORATIONS 1-25 inclusive; | HEARING REQUESTED |
| Defendants. | |

**PLAINTIFF'S MOTION TO REOPEN**

[1]

COMES NOW, Plaintiff, DAVID ISLAS, by and through his attorneys of record, PATRICK W. KANG, ESQ; KYLE R. TATUM, ESQ; and PAUL H. WOLFRAM, ESQ. of the law firm ACE LAW GROUP and hereby submits this Motion to Reopen.

This Motion is made based upon the attached points and authorities, paper, and pleadings on file herein, as well as any oral argument deemed necessary.

DATED this ___20th__ Day of August 2025

**ACE LAW GROUP**

*/s/Paul H. Wolfram, Esq.*
**PATRICK W. KANG, ESQ.**
Nevada Bar No. 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No. 013264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
6480 W. Spring Mtn. Rd., Suite 1
Las Vegas, NV 89146
(702) 333.4223
*Attorneys for Plaintiff*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## LAW AND ARGUMENTS

Plaintiffs filed their Complaint on October 22, 2024, in the Eighth Judicial District Court. Defendant timely removed the case to federal court on December 3, 2024. Based on the removal, the State Court case was closed. Plaintiff filed a Motion to Remand on December 17, 2024. After the matter was briefed by both parties, the Federal Court issued an Order remanding this matter to the Eighth Judicial District Court on February 20, 2025. **Exhibit 1 – Minutes.** Despite several months passing, the case has not been re-opened by the Court Clerk's Office. After multiple calls to the Clerk of the Eighth Judicial District Court and the Clerk of the District of Nevada, this case remains in limbo. Plaintiff respectfully requests the Court re-open this matter to avoid further delay, following remand from Federal Court.

DATED this 20th Day of August 2025.

Respectfully Submitted,

**ACE LAW GROUP**

*/s/Paul H. Wolfram, Esq.*
**PATRICK W. KANG, ESQ.**
Nevada Bar No. 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No. 013264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
6480 W. Spring Mtn. Rd., Suite 1
Las Vegas, NV 89146
(702) 333.4223
*Attorneys for Plaintiff*

[3]

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of ACE LAW GROUP, over the age of 18, neither a party to nor interested in this matter; that on this <u>20th</u> day of August 2025, I served a copy of **PLAINTIFF'S MOTION TO REOPEN** , as follows:

    __X__    by electronic filing notification where specified on the attached service list:

    _____    by mailing a copy thereof enclosed in a sealed envelope with postage prepaid in in the United States Mail at Las Vegas, Nevada, to the counsel of record at the following address:

    _____    by facsimile transmission, pursuant to NRCP(5)(b) and EDCR 7.26, to the following fax number:

TO:    Z. Kathyrn Branson, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Ste. 300
*Attorneys for Defendant*

                                          <u>*/s/ Jhana Richardson*</u>
                                          An Employee of ACE LAW GROUP