# INDEX

Exhibit 1- Minutes

# INDEX