**Outlook**

---

## Activity in Case 2:24-cv-02230-MDC Islas v. TELUS International (U.S.) Corp. Order on Motion to Remand to State Court

---

From  cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>

Date  Thu 2/20/2025 10:49 AM

To  cmecfhelpdesk@nvd.uscourts.gov <cmecfhelpdesk@nvd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 2/20/2025 at 10:48 AM PST and filed on 2/20/2025

**Case Name:**       Islas v. TELUS International (U.S.) Corp.

**Case Number:**       2:24-cv-02230-MDC

**Filer:**

**WARNING: CASE CLOSED on 02/20/2025**

**Document Number:** 32(No document attached)

**Docket Text:**
**MINUTES OF PROCEEDINGS - Motion Hearing held on 2/20/2025 before Magistrate Judge Maximiliano D. Couvillier, III. Crtrm Administrator: _T. Renfro_; Pla Counsel: _Paul Wolfram_; Def Counsel: _Z. Branson_; Recording start and end times: _10:03 - 10:31 am_; Courtroom: _3C_;**

**The Court makes preliminary remarks and hears representation of counsel. IT IS ORDERED that [10] Motion to Remand to State Court is GRANTED as stated on the record. IT IS FURTHER ORDERED that [11] Motion to Compelis DENIED as MOOT. The transcript of these proceedings will serve as the Court's Order.**

**(Copies have been distributed pursuant to the NEF - TR)**

**2:24-cv-02230-MDC Notice has been electronically mailed to:**

Patrick W Kang    pkang@acelawgroup.com, agill@acelawgroup.com, csmith@acelawgroup.com, filing@acelawgroup.com, hcaifano@acelawgroup.com, jrichardson@acelawgroup.com

Z. Kathryn Branson    kbranson@littler.com, jsharpe@littler.com, lforsythe@littler.com, mrodriguez@littler.com

Kyle R. Tatum    ktatum@acelawgroup.com

Paul H. Wolfram    pwolfram@acelawgroup.com

**2:24-cv-02230-MDC Notice has been delivered by other means to:**