**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**ACE LAW GROUP**
6480 W. Spring Mountain Road., Ste.1
Las Vegas, NV 89146
P: (702) 333-4223
F: (702) 507-1468
filing@acelawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ISLAS, an Individual; | Case No.: 2:24-cv-002230 |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REOPEN** |
| TELUS INTERNATIONAL (U.S.) CORP., a Foreign Corporation; DOES 1-25 inclusive; and ROE CORPORATIONS 1-25 inclusive; | |
| Defendants. | |

**1 |** P a g e

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REOPEN

Plaintiff, by and through his attorneys of record, Patrick W. Kang, Esq., Kyle R. Tatum, Esq., and Paul H. Wolfram, Esq. of the law firm ACE LAW GROUP, hereby withdraws Plaintiff's Motion to Reopen, filed on August 20, 2025, is it was inadvertently filed with the incorrect Court. Plaintiff's respectfully requests the motion be withdrawn, as it is moot, that no hearing be scheduled.

Dated this 20th day of August, 2025.

ACE LAW GROUP

*/s/Paul H. Wolfram, Esq.*
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
702.333.4223
*Attorneys for Plaintiff*

**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of ACE LAW GROUP, over the age of 18, neither a party to nor interested in this matter; that on this 20th day of August, 2025, I served a copy of **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REOPEN**, as follows:

___X___    by **electronic** filing notification where specified on the attached service list:

_____    by **mailing** a copy thereof enclosed in a sealed envelope with postage prepaid in in the United States Mail at Las Vegas, Nevada, to the Defendant at the following address:

TO:    Z. Kathyrn Branson, Esq.
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Ste. 300
*Attorneys for Defendant*

_____    by **facsimile** transmission, pursuant to NRCP(5)(b) and EDCR 7.26, to the following fax number:

/s/ Jhana Richardson_____
An Employee of ACE LAW GROUP

ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146